AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Biediger et al.

DISTRICT OF __Connecticut__

v.

Quinnipiac University

~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:09CV621 (SRU)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/11/09 | | | Kayla Lawler |
| ✓ | | 5/11/09 | | | Stephanie Biediger |
| ✓ | | 5/11/09 | | | Leslie Riker |
| ✓ | | 5/11/09 | | | Erin Overdevest |
| ✓ | | 5/11/09 | | | Robin Sparks |
| ✓ | | 5/11/09 | | | Jack McDonald |
| | ✓ | 5/12/09 | 5/13/09, 5/14/09 | | "           " |
| | ✓ | 5/12/09 | | | Mary Ann Powers |
| ✓ | | 5/13/09 | | | Germaine Fairchild |
| | ✓ | 5/13/09 | | | Becca Kohli |
| | ✓ | 5/13/09 | | | Danielle Caro |
| | ✓ | 5/13/09 | | | Tracy Flynn |

PRESIDING JUDGE: S. R. Underhill

TRIAL DATE(S): 5/11/09, 5/12/09, 5/13/09, 5/14/09

PLAINTIFF'S ATTORNEY: J. Orleans, A. Hernandez, K. Galles

COURT REPORTER: S. Catucci

DEFENDANT'S ATTORNEY: M. Gambardella, J. Bardwid

COURTROOM DEPUTY: B. Sbalbi

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of      Pages