*Plaintiffs? Exhibit List*
*Prelim. Injunc. Hearing May 11, 2009*

| | | |
|---|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER ERIN OVERDEVEST, and KRISTEN CORINALDESI, individually and on behalf of all those similarly situated; LESLEY RIKER on behalf of her minor daughter, L. R., individually and on behalf of all those similarly situated; and ROBIN LAMOTT SPARKS, individually, | ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO: 3:09-CV-00621(SRU) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| QUINNIPIAC UNIVERSITY, | ) ) | May 11, 2009 |
| Defendant. | ) | |

## PLAINTIFFS' PRELIMINARY LIST OF EXHIBITS

*FULL 5/11/09*    1. QU EADA Report 2007-2008 (Lopiano Ex. 6, McDonald Ex. 11)

*FULL 5/11/09*    2. QU EADA Data 2008-09  (Lopiano Ex 8)

*FULL 5/11/09*    3. Ltr from Janet Judge to JBO (Lopiano Ex. 17)

*Last 18 pps. 5/12/09*    4. EADA Reports 1995-96 through 2006-2007

5. D. Lopiano Chart:  QU Historical EADA Figures (1995-2009) (Lopiano Ex. 9)

6. 1979 Policy Interpretation (Lopiano Ex. 2)

*FULL 5/11/09*    7. 1996 Clarification (Lopiano Ex. 3)

*1st page, Fulls 5/11/09*    8. NEC Squad Size Chart (part of Lopiano Ex. 14) [D 0243]

FULL 5/11/09 9.  NCAA Squad Size Chart (part of Lopiano Ex. 14) [D 0244-45]

FULL 5/11/09 10. D. Lopiano "Squad Sizes" Chart (part of Lopiano Ex. 14)

FULL 5/11/09 11. QU Squad Lists 2007-2008  (McDonald Ex. 3)

FULL 5/11/09 12. QU Squad Lists 2008-2009  (McDonald Ex. 1, 2)

FULL 5/11/09 13. Change In Status Reports 2007-08 and 2008-09  (McDonald Ex. 4)

FULL 5/11/09 14. QU Cheer Website (old) (McDonald Ex. 7)

FULL 5/11/09 15. QU Cheer Website (new) (McDonald Ex. 8, plus additional material from current website)

FULL 5/11/09 16. Press Release re Cheer Championship (McDonald Ex. 5)

FULL 5/11/09 17. Memo from Vice President Lynn Bushnell about elimination of athletic programs, dated March 4, 2009 re cutting volleyball, elevating cheerleading program

18. OCR Memo to Chief State School Officers, etc., September 1975 (Lopiano Ex. 18)

FULL 5/11/09 19. OCR letters re cheerleading and definition of "sport"  (Lopiano Ex. 19)

FULL 5/11/09 20. Letter from Robin Sparks to Jack McDonald dated 3/9/09 re: request for EADA reports 1996 to present (McDonald Ex. 9)

| | |
|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER<br>ERIN OVERDEVEST, and KRISTEN<br>CORINALDESI, individually and on<br>behalf of all those similarly situated;<br>LESLEY RIKER on behalf of her minor<br>daughter, L. R., individually and on behalf<br>of all those similarly situated; and<br>ROBIN LAMOTT SPARKS, individually,<br><br>        Plaintiffs,<br>v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>Defendant. | CIVIL ACTION NO:<br>3:09-CV-00621(SRU)<br><br><br><br><br><br><br><br><br><br><br>May 11, 2009 |

## PLAINTIFFS' PRELIMINARY LIST OF EXHIBITS

*FULL 5/11/09*   21. 2007-08 Men's Cross Country /Track Schedule & Results (McDonald Ex. 10)

22. Student-Athletes Receiving a Particular Fund Code dated 4/23/09 re: 2007-08 Academic Year (McDonald Ex. 14)

*FULL 5/11/09* 23. 2008-2009 Scheduling, Pre-Season, Vacation & Travel Guidelines / Coaches – Roster Sizes (Flynn Ex. 15)

24. Donna A. Lopiano Professional Resume (Lopiano Ex. 1)

25. NCAA Publication: "Gender Equity in Intercollegiate Athletics: A Practical Guide for Colleges and Universities – 2008" (Lopiano Ex. 4)

*FULL 5/11/09* 26. EADA Institution Data re: 7/1/2007-6/30/2008 (Lopiano Ex. 5)

27. Instructions for Federal Government and NCAA Athletics Programs Reporting (Lopiano Ex. 7)

Full 5/12/09
28. QU Men's Cross Country /Track 2008 Roster (Lopiano Ex. 10)

FULL 5/12/09 29. QU 2008-2009 Schedules (Lopiano Ex. 11)

30. Chart: Quinnpiac University Comparison of Athletics Participation Numbers (Lopiano Ex. 12)

31. Assurance of Compliance – Civil Rights Certificate (Lopiano Ex. 13)

32. Northeast Conference webpage (Lopiano Ex. 15)

33. NCAA Championships List – Men's & Women's Sports (Lopiano Ex. 16)

FULL 5/11/09 34. Letter from Mary Frances O'Shea to David Stead of Minnesota State High School League re: definition of "drill team and "cheerleading" (Lopiano Ex. 20)

35. Memorandum from Jim Lord, Executive Director of American Association of Cheerleading Coaches & Advisors to Mary Frances O'Shea dated 8/26/98 re: cheerleading as a Title IX sport (Lopiano Ex. 21)

36. Women's Sports Foundation: Cheerleading, Drill Team, Danceline and Band as Varsity Sports: The Foundation Position (Lopiano Ex. 22)

37. Quinnipiac University NCAA Certification Self-Study: Final Report (May 2006)

FULL 5/11/09 38. QU proposed athletic budget

Bridgeport/73061.1/VSCHNEIDER/760300v1

FULL 5/12/09 39. Season of Competition Used 2008-09

4