```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

STEPHANIE BIEDIGER, ET AL       :  No. 3:09cv-621 (SRU)
                                :  915 Lafayette Boulevard
          vs.                   :  Bridgeport, Connecticut
                                :
                                :  May 12, 2009
QUINNIPIAC UNIVERSITY           :

- - - - - - - - - - - - - - - - x


              PRELIMINARY INJUNCTION HEARING


B E F O R E:

     THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.


A P P E A R A N C E S:

     FOR THE PLAINTIFFS:

          PULLMAN & COMLEY
               850 Main Street
               P.O. Box 7006
               Bridgeport, Connecticut 06601-7006
          BY:  JONATHAN B. ORLEANS, ESQ.
               ALEX V. HERNANDEZ, ESQ.

     FOR THE DEFENDANT:

          WIGGIN AND DANA, LLP
               400 Atlantic Street
               P. O. Box 110325
               Stamford, Connecticut  06911-0325
          BY:  MARY A. GAMBARDELLA, ESQ.
               JONATHAN BARDAVID, ESQ.

              Susan E. Catucci, RMR
              Official Court Reporter
              915 Lafayette Boulevard
           Bridgeport, Connecticut  06604
                Tel: (917)703-0761
```

I N D E X


WITNESSES:


JOHN McDONALD
Continued Direct Examination by Mr. Orleans.......277
Cross Examination by Ms. Gambardella..............336

MARY ANN POWERS
Direct Examination by Ms. Gambardella.............408
Redirect Examination..............................472
Cross Examination by Mr. Orleans..................431
Recross Examination...............................473



EXHIBITS:

Plaintiff's
              Exhibit 13......(Full) 282
              Exhibit 39......(Full) 296
              Exhibit 28......(Full) 324
              Exhibit 29......(Full) 325
              Exhibit 4......(Full) 329
              Exhibit 37......(Full) 334/335
Defendant's
              Exhibit F......(Full) 404



-0-

```
 1                    (9:30 O'CLOCK, A. M.)

 2            THE COURT:  Good morning.  Are there any

 3   preliminary matters to take up before we continue with

 4   Mr. McDonald's testimony?

 5            MR. ORLEANS:  Not from the plaintiffs, Your

 6   Honor.

 7            MS. GAMBARDELLA:  Nor the defendants, Your

 8   Honor.

 9            THE COURT:  Very good.  Sir, please.

10   J O H N      M c D O N A L D,     called as a witness

11   on behalf of the Plaintiffs, having been previously duly

12   sworn by the Court, testified as follows:

13            THE COURT:  You're still under oath.

14   CONTINUED DIRECT EXAMINATION

15   BY MR. ORLEANS:

16   Q.   Good morning, Mr. McDonald.

17   A.   Good morning, Jon.

18   Q.   Do you have the exhibit books?

19   A.   No, I don't.

20   Q.   (Hands witness.)

21   A.   Thanks.

22   Q.   You have the last exhibit that we were looking at,

23   the budget document.  Would be number 38 and hopefully it

24   would be in the back, tucked in the back of the book -- in

25   the front?  Thanks.  I've been told it's been tucked into
```

1    the front.

2    A.   There you go.

3    Q.   I think we established yesterday that that's an

4    operating budget document?

5    A.   Proposed, yes.

6    Q.   Proposals, okay.  And the line that shows $12,000 for

7    the competitive cheer team for the upcoming -- or for the

8    past year, that $12,000 wasn't originally part of the

9    varsity athletic budget, correct?

10   A.   No, it was not.

11   Q.   Where was that in the intermurals category?

12   A.   There's a significant amount of outer line items in

13   the Athletic Department that we have.

14   Q.   And for purposes of doing this year's budget,

15   obviously you moved that 12,000 over to the varsity

16   athletics set of line items, and so you're showing an

17   increase from that 12,000 of an additional -- I don't have

18   it in front of me -- I think it's 38, is that correct?

19   A.   That is right.

20   Q.   But the 12, as I say, was not originally in the

21   varsity athletics budget?

22   A.   It was in the Athletic Department but not in the

23   varsity lines.

24   Q.   And, in fact, you still had to retain the 12, retain

25   12,000 or add 12,000 to some other part of the Athletics

1    Department budget to fund the sideline cheer unit for next

2    year, correct?

3    A.   It wasn't 12 but we have put a sideline cheer budget

4    together.

5    Q.   Allocation?

6    A.   Yes.

7             THE COURT:  Just -- sir, I'm going to ask you

8    move that mic away.  We're getting a little feedback.

9    Thank you.

10            MR. ORLEANS:  Sorry about that.  Thanks, Judge.

11   BY MR. ORLEANS:

12   Q.   How much have you allocated for the sideline cheer

13   unit for the '09-'10 year?

14   A.   Ten thousand dollars.

15   Q.   Now, but that budget document also doesn't include

16   scholarships, correct?

17   A.   No, it does not.

18   Q.   Okay.  The volleyball team had five athletic, five

19   full athletic scholarships at its disposal, correct?

20   A.   That is correct.

21   Q.   And what is the proposal for athletic scholarships

22   for the competitive cheer team?

23   A.   For scholarships?

24   Q.   For scholarships.

25   A.   We're planning to start with two per year.  So next

1    year going to propose two.

2    Q.   Now, when you say that next year you're going to

3    propose two, do you mean that two members of the team, the

4    '09-'10 team will receive scholarships or do you mean that

5    in '09-'10, the coach will go recruiting and will award

6    two scholarships for the following year?

7    A.   Like all coaches, it's their decision.  Having been

8    through some new women's sports before, we have situations

9    where they may award some of the scholarship money and it

10    doesn't need to be two people.  The coaches are allowed to

11    break it up into a series of half scholarships or what

12    have you.  So it would be up to the new coach to decide to

13    use those two this year either for current people, or to

14    recruit with for actually the '10-'11 season.

15    Q.   Okay, you said the new coach but it's really going to

16    be the same coach who coached sideline this year, correct?

17    A.   Correct.

18    Q.   That is Ms. Powers; is that her name?

19    A.   Correct.

20    Q.   So your testimony then is that Ms. Powers will have

21    the authority to use up to a total of two athletic

22    scholarships in the '09-'10 year?

23    A.   That is correct.

24    Q.   If your proposal is approved?

25    A.   Yes.

1    Q.   Okay.  But she hasn't gone out recruiting atheletes

2    for the '09-'10 year of varsity competition, has she?

3    A.   She's been involved in the process of recruiting

4    people assuming there's no scholarships.  I mean she would

5    have a competitive cheer team next year like she has had

6    last year.

7    Q.   Okay, but it wasn't going to be a varsity team --

8    A.   No.

9    Q.   Until after -- until March 4th, correct?

10   A.   She's been recruiting, let's assume, without

11   scholarships, which is a normal process for all coaches

12   who have to recruit for nonscholarship athletes because

13   they don't have enough scholarship money.

14   Q.   Okay.  And all the coaches of the varsity teams do

15   some recruiting for non-scholarship athletes as well as

16   for scholarship athletes, correct?

17   A.   Absolutely.

18   Q.   But Ms. Powers couldn't have been recruiting for a

19   varsity team in the current year because by March 4th,

20   applications had to be in and scholarships had generally

21   been awarded, correct?

22   A.   That is correct.

23   Q.   Okay.  Mr. McDonald, would you look at Exhibit 13 in

24   the 1 through 20 notebook?

25              MR. ORLEANS:  Your Honor, my notes aren't clear,

1    has this exhibit been admitted?

2            THE COURT:  My notes indicate admitted in part;

3    that is with respect to the '08-'09 year.

4            MR. ORLEANS:  But not with respect to the 2007,

5    '08 year?

6            MS. GAMBARDELLA:  No objection.

7            MR. ORLEANS:  No objection to that?

8            MS. GAMBARDELLA:  No objection.

9            MR. ORLEANS:  So that is now in evidence.

10           MS. GAMBARDELLA:  That's my present to you

11   today.

12           THE COURT:  To be clear, Exhibit 13 is a full

13   exhibit?

14           MS. GAMBARDELLA:  Yes, I know.

15           THE COURT:  All right, Exhibit 13 is full.

16           MR. ORLEANS:  Thank you.

17           (Whereupon Plaintiff's Exhibit 13 was marked

18       full.)

19   BY MR. ORLEANS:

20   Q.   Mr. McDonald, would you just explain to the court

21   what this document is?

22   A.   This is a series of names that, as the year unfolds,

23   where athletes are either added to their rosters or

24   deleted from their rosters.

25   Q.   And this is something that you require?  Is this

1    information that the coaches are required to submit?

2    A.   Yes.

3    Q.   And this is information that you are required to

4    maintain under NCAA rules?

5    A.   Yes.

6    Q.   So, the first four pages of the exhibit, which are

7    bates numbered D0118 through D0121, show changes in status

8    for the 2007, 2008 year, correct?

9    A.   Yes.

10   Q.   And just to make sure that we understand, we've got

11   name columns and then there's a sports column showing

12   abbreviations for the various sports, correct?

13   A.   Correct.

14   Q.   Okay.  And then there's the date that a change

15   occurred, correct?

16   A.   Correct.

17   Q.   And then there's an indication of what the change is,

18   whether the person has been added to the roster or dropped

19   from the roster, correct?

20   A.   That is correct.

21   Q.   If we're just taking, as an example, the first name

22   is Kelly Calebrese (ph), that's WLA, women's lacrosse?

23   A.   That is correct.

24   Q.   And on April 16, 2008, Ms. Calebrese was deleted from

25   the roster?

```
 1    A.   That is correct.

 2    Q.   Is that correct?  And what does delete mean in this

 3    context?

 4    A.   It means a variety of things.  It could be injury, it

 5    could be just quitting the team, cut from the team, any of

 6    those; maybe more.

 7    Q.   And this is all relative to the roster as of the

 8    first date of competition, correct?

 9    A.   Yes.

10    Q.   Okay.  Could I ask you to take a look, maybe you

11    could keep a finger at Exhibit 13 and just go back to

12    Exhibit 11.  Do that you have in front of you, Mr.

13    McDonald?

14    A.   Yes, I do.

15    Q.   Okay.  This is a document that has been admitted into

16    evidence, according to my notes.

17              THE COURT:  That is correct.

18              MR. ORLEANS:  Thank you.

19    BY MR. ORLEANS:

20    Q.   What is this document?

21    A.   This is the baseball squad list.

22    Q.   Okay.  Referring to the first, the first three pages?

23    A.   Yes.

24    Q.   Okay.  And this shows the athletes on the roster as

25    of the first date of competition, is that correct?
```

1    A.   That is correct.

2    Q.   And can we tell from looking at this document what

3    was the first date of competition?

4    A.   Well, I would think the dates we all sign is pretty

5    much the day before or the day of the first date.  That's

6    September 27th.

7    Q.   Okay.  So, the report date on this squad list for

8    baseball is September 27, 2007, and if you go to the third

9    page, that's the date that it's been completed by Tracey

10   Flynn and signed by you, correct?

11   A.   Yes, and head coach.

12   Q.   And also signed by the head coach?

13   A.   Right.

14   Q.   And so the information that is reported on the EADA

15   reports for numbers of players on the squad as of the

16   first date of competition is -- it comes from these squad

17   lists, does it not?

18   A.   That's what we're instructed to do, yes.

19   Q.   And if you would just page through Exhibit 11, I

20   believe -- would you just confirm for me that that

21   includes squad list for men's and women's sports for 2007,

22   2008 at Quinnipiac, understanding that we may be missing a

23   couple because I actually recall that at the deposition,

24   we went through this exercise and there were a few that

25   were missing and they were produced later?

1          MS. GAMBARDELLA:  Yes, correct.

2          MR. ORLEANS:  And I don't think I've added them

3     to the exhibit but we'll try and cure that.  At the moment

4     I don't need to question him about those other pages.  I

5     just want to establish what the documents are.

6     BY MR. ORLEANS:

7     Q.   So, Mr. McDonald, could you just confirm that Exhibit

8     11 is squad lists for Quinnipiac varsity men's and women's

9     sports for 2007, 2008?

10    A.   Yes.

11    Q.   Thank you.  If you then move on to Exhibit 12, is

12    Exhibit 12 squad lists for men's and women's sports for

13    2008, 2009?

14    A.   Yes.

15    Q.   Now, returning then, if we could, to Exhibit 13,

16    would you go to the third pages of that exhibit?  Are you

17    there?

18    A.   Yep.

19    Q.   Okay.  And if you would look down, look down the

20    sports column until you get to the first entry for men's

21    baseball?

22    A.   Correct.

23    Q.   That's Kyle Birdsal (ph)?

24    A.   That is correct.

25    Q.   Deleted on September 27, correct?

1  A.   Correct.

2  Q.   And we have one, two, three, four, five, six -- did I

3  count right?  Six young men who are deleted from the squad

4  on September 27th, is that right?

5  A.   That is correct.

6  Q.   And that's immediately before the first date of

7  competition in baseball that Fall, isn't it?

8  A.   Yes.

9  Q.   Okay.  And then if you would back up to the second

10  page of the exhibit and go down to the bottom of the page,

11  toward the bottom of the page you see Mr. Birdsal six

12  lines up from the bottom?

13  A.   Yep.

14  Q.   And we have the same six young men who are added back

15  to the squad on October 1, 2007, right?

16  A.   Yes.

17  Q.   Okay.  And that's after the first date of

18  competition, correct?

19  A.   That is correct.

20  Q.   Okay.  So you're not required to report to the EADA

21  under the EADA, or to the NCAA, that these six young men

22  were participants in baseball for 2007, 2008, right?

23  A.   That is correct.

24  Q.   Now -- just a moment, Your Honor.

25           THE COURT:  Let me just try and clarify

1       something that --

2                  MR. ORLEANS:  Sure.

3                  THE COURT:  -- that is not clear to me at the

4       moment.  Birdsal is listed on the squad on Exhibit 11.  In

5       fact, all six of these young men appear to be listed on

6       Exhibit 11.  I understood the testimony to be that Exhibit

7       11 is the document that is the source of the EADA report.

8       So, I'm trying to figure out --

9                  MR. ORLEANS:  I understand, Your Honor.  I think

10      the problem is that we don't have the accurate first date

11      of competition.  I think, and we can count to be sure, and

12      refer to another exhibit, I think that you will find if we

13      count the number of athletes on the squad list and then we

14      look at the EADA report, we will find that the number of

15      athletes reported on the EADA is fewer than the number on

16      the squad list reflecting the fact that these six athletes

17      were deleted before the first day of competition and then

18      added back after the first day of competition.

19                 THE COURT:  All right.  Should we do that?

20                 MR. ORLEANS:  Sure, let's do that.

21      BY MR. ORLEANS:

22      Q.   Mr. McDonald, I'm going to ask you if you would look

23      at the squad list for baseball for 2007, 2008 which is the

24      first, the first couple of pages of Exhibit 11?

25      A.   Got it.

1    Q.    Would you please count -- there's not a, there's not

2    a number on the document that lists the number of athletes

3    on the squad.

4              THE COURT:  Well, I count 33.  Somebody correct

5    me if I'm wrong.

6              MR. ORLEANS:  Give me a moment.

7              (Pause)

8              MR. ORLEANS:  I also count 33.

9    BY MR. ORLEANS:

10   Q.    Mr. McDonald, do you count 33?

11   A.    I'll go with the judge and the attorney.

12   Q.    That's because we are so good at math, that's why we

13   became lawyers.

14        Now, the EADA report for 2007, 2008 is Exhibit 1.

15   The information is also reflected in other exhibits but

16   I'm not finding the roster numbers in that exhibit.  Let

17   me see if I can find another source of the EADA.

18        Exhibit 26.  Have to go into the other notebook.  I'm

19   sorry, this notebook system is a little bit unwieldly,

20   maybe because we had too many documents.

21        Mr. McDonald, are you looking at Exhibit 26?

22   A.    Yes, I am.

23   Q.    Okay.  And is that the, is that EADA information for

24   Quinnipiac University for the 2007, 2008 year?

25   A.    Yes, it is.  Looks like it's generated from their

1    website.

2    Q.   Okay.  And it reports the number of participants as

3    of the day of the first scheduled contest for each of the

4    varsity teams?

5    A.   That is correct.

6    Q.   And it reports for baseball 27?

7    A.   That is correct.

8              MR. ORLEANS:  Have we clarified the question?

9              THE COURT:  We closed the loop.  I just wanted

10   to --

11             MR. ORLEANS:  Thank you, Your Honor.  Yes, I

12   appreciate the suggestion that we close the loop properly

13   on that.

14             (Pause)

15             MR. ORLEANS:  I'm sorry, Your Honor.  Give me

16   just a moment.  I need to count --

17             THE COURT:  That's all right.  Let me interrupt

18   some more as long as we're doing this.

19             On the first page of Exhibit 11, the bottom

20   right hand corner, there's the number 27 in a circle.  Do

21   you know why that number is there?

22             THE WITNESS:  No, I don't.

23             THE COURT:  You don't know whose handwriting

24   that is?

25             THE WITNESS:  I know it's not mine.

1           THE COURT:  Okay.

2           MR. ORLEANS:  The handwritten numbers in the

3    lower right hand corner on the pages in Exhibit 11?

4           MS. GAMBARDELLA:  They were on the documents

5    but -- they may be Ms. Flynn's.  They're not mine.

6           MR. ORLEANS:  There were some of yours that were

7    on some pieces of paper that I recall.

8           MS. GAMBARDELLA:  No, they're not mine

9           MR. ORLEANS:  Could I proceed, Your Honor?

10          THE COURT:  Please.

11   BY MR. ORLEANS:

12   Q.   There's another example of what we're guessing at

13   here.  Would you look at the 2007, 2008 squad lists for

14   men's lacrosse?  This is Exhibit 11, and it starts at

15   bates numbered page D0317.  And, Mr. McDonald, I counted

16   and I counted 40 young men listed on, on the squad list.

17   Do you want to doublecheck to be sure that I'm right?

18   You'll take my word for it?

19   A.   I certainly will.

20   Q.   The judge is checking, I can see, which I think is

21   wise.

22          MS. GAMBARDELLA:  Can I just ask for

23   clarification?  Are you merely doing a count of the column

24   on the left or are you taking into account cross-outs all

25   the way to the right or anything of that nature?  You're

1    just counting names on the left?

2              MR. ORLEANS:  I am only counting names on the

3    left.

4              MS. GAMBARDELLA:  Thank you.  Thank you, Judge.

5              THE COURT:  I also got 40.

6              THE WITNESS:  I got 40.

7              MR. ORLEANS:  Okay.

8    BY MR. ORLEANS:

9    Q.   If you look at Exhibit 26, 35 were reported as the

10   number of participants for EADA purposes, correct?

11   A.   That is correct.

12   Q.   Okay.  Now, let's go to Exhibit 13, if we could, the

13   second page of the exhibit.

14   A.   Okay.

15   Q.   Bate number D0119.  If you could look, again, toward

16   the bottom of the page and you see a group of men's

17   lacrosse players deleted just above Birdsal and baseball

18   player, we have -- six -- am I counting right?  Seven

19   men's lacrosse players deleted on, well, on October 4th

20   and October 12th, is that correct?

21   A.   That is correct.

22   Q.   Okay.  And then moving up the page, we see the same

23   seven -- or maybe not the same seven.  Let me see, some of

24   the same seven added back to the squad on the 15th and one

25   on the 25th, correct?

1    A.   That is correct.

2    Q.   Now --

3         THE COURT:  For what it's worth, there also

4    appear to be eight men deleted from lacrosse in August and

5    September on the next page.

6         MR. ORLEANS:  Correct, I see them.  But I don't

7    think we have them added back after the first date of

8    competition.

9         THE COURT:  No, I think though that may account

10   for the difference in those that you noted on the earlier

11   page not being exactly identical.

12        MR. ORLEANS:  Yes, correct.

13   BY MR. ORLEANS:

14   Q.   Now, let me just ask you to continue, if you would,

15   in Exhibit 13, the last two pages are the change in status

16   list for 2008, 2009, correct?

17   A.   Correct.

18   Q.   Now, in this year, Mr. McDonald, weren't there a

19   group of men's lacrosse players who were dropped from the

20   team in the Fall for disciplinary reasons?

21   A.   That is correct.

22   Q.   Okay.  And that group would be reflected on the last

23   page, D0123, around the middle of the page there's a group

24   of men's lacrosse players who were deleted on the 9th of

25   September, 2008, is that right?

1    A.    That is correct.

2    Q.    Now, and as a result of their being dropped for

3    disciplinary reasons, they were not reported as -- or

4    excuse me, because you haven't filed your EADA reports for

5    the '08-'09 year, correct?

6    A.    That is correct.

7    Q.    But you will not be required to report them as

8    participants for '08-'09 because they weren't on the squad

9    as of the first date of competition, correct?

10   A.    That is correct.

11   Q.    Okay.  Were they -- did they, in fact, rejoin the

12   men's lacrosse team at some point in the '08-'09 year?

13   A.    Yes.

14   Q.    And did they play?

15   A.    Yes.  I can't speak to all of them but I know some of

16   them played.

17   Q.    Okay.  So they did get to participate?

18   A.    Yes.

19   Q.    And would you take a look through the change in

20   status list for '08-'09 and tell me, if you can, where

21   this change in status list shows those men's lacrosse

22   players being added back to the roster?

23   A.    Are you asking if they're not there?

24   Q.    Yes, that's exactly my point.  I think you'll find

25   they are not there.

1    A.    That's fine.

2    Q.    Maybe we can short circuit -- can you agree with me

3    they are not shown as being --

4    A.    Also, before I would agree to that, I would think

5    that I'm not sure this list, you know, look at the date

6    with the most recent date of '08-'09, is what --

7    Q.    It looks like the most recent dates of change are --

8    March the 20th is the most recent one that I see and the

9    second line, Palmieri, women's softball on page D0122.

10   A.    Right, so I'm just not sure.

11   Q.    You don't know if this list is complete?

12   A.    That's what I'm trying to say.

13   Q.    Okay.  Does the department keep a different document

14   called a season of competition used list?

15   A.    I'm going to say I don't know.  Certainly something

16   that's a major part of our student athlete's life and

17   coach's life.

18   Q.    What's your understanding of what that term would

19   mean, season of competition used?

20   A.    Well, every athlete has four years of competition and

21   they have five years to get it in.  The reason for my

22   hesitation, it's not a document that I sign like I do for

23   these.

24   Q.    All right.

25   A.    But it is a very important piece of intercollegiate

1    athletics.

2    Q.   And so an athlete that participates, plays in the

3    sport during the championship season of that sport would

4    have used a season of competition, correct?

5    A.   That is correct.  It's measured a little differently

6    by sport but the basic theme is student athletes have five

7    years to get four years of competition in.

8    Q.   All right.  And, again, for each sport there's a

9    limit to the number of contests that the athlete can

10   compete in during the championship season before being

11   considered to have used his or her eligibility, is that

12   correct?

13   A.   Yes.  Certain sports have certain ratios as to when

14   you have exhausted that season.  Some are in the -- but

15   that's -- the answer to your question is yes.

16          MR. ORLEANS:  Could we have this marked for

17   idenfication as 39, please?

18          MS. GAMBARDELLA:  No objection.

19          MR. ORLEANS:  Thank you.

20          MS. GAMBARDELLA:  You're welcome.

21          THE COURT:  Exhibit 39 is full.

22          (Whereupon Plaintiff's Exhibit 39 was marked

23      full.)

24          MR. ORLEANS:  And here are a couple spare

25   copies.

1    BY MR. ORLEANS:

2    Q.    (Hands witness)

3    A.    Thanks, Jon.

4    Q.    Sure.  Mr. McDonald, showing you Exhibit 39, that's a

5    document produced by the defendant in the litigation that

6    is headed Season of Competition Used.  Do you recognize

7    that?

8    A.    Yes.

9    Q.    Is it a document that is compiled by the Athletics

10   Department?

11   A.    Yes.

12   Q.    May I see the original for a minute?  I want to make

13   sure that it's not one that I marked up.

14         No, it's not.  I'm sorry, Your Honor.  Just a moment.

15   I have a copy that I marked up and need to find that one.

16         (Pause)

17         Now, do I understand correctly that this, the names

18   listed on this document would be a list of the students in

19   each sport who used a season of competition in the

20   academic year 2008, 2009?

21   A.    Yes.

22   Q.    What does the column on the right, participated flag

23   refer to?

24   A.    Means they stepped on the field and competed for

25   Quinnipiac.

1    Q.   What if somebody doesn't have a "Y" in that column?

2    Have they still used a season of competition?

3    A.   I don't know.  I did not fill out this report.

4    Q.   Okay.  Who would be most familiar with this report?

5    A.   Tracey Flynn.

6    Q.   Okay.  Could I refer you to the third page of the

7    exhibit?  Do you see, a little more than halfway down the

8    page that there starts a list of, of men's lacrosse

9    players?

10   A.   Yes.

11   Q.   Let me call your attention to a number of players.

12   I'm going to refer to them by initials in view of the fact

13   they may be minors.

14            MS. GAMBARDELLA:  Counsel, which document are

15   you on?  I'm sorry.

16            MR. ORLEANS:  I'm on the third page of 39.

17            MS. GAMBARDELLA:  Just to be sure.

18            MR. ORLEANS:  Sure.  It's D0045, the bate

19   number.

20            MS. GAMBARDELLA:  Thank you.

21   BY MR. ORLEANS:

22   Q.   Four down, there's a senior with the initials AA

23   who's added on January 21, 2009.  See him?

24   A.   Uh huh.  (Affirmative.)

25   Q.   I need a verbal, I'm sorry.

1    A.   I'm sorry, yes.

2    Q.   Yes.  And then a couple down, couple more down,

3    there's a junior with the initials BT, also added on

4    January 21, 2009?

5    A.   That is correct.

6    Q.   And at the bottom of the page, initials GM, it says

7    added on 1/21/2008 but I'm guessing that the eight is a

8    typo; would you agree with me on that?

9    A.   That's accurate.

10   Q.   And if you go over to the next page, continuing down

11   the list, a little off the middle there's a senior with

12   initials PE added on January 21, 2009.  And below him,

13   another, a sophomore on January 21, 2009.  And farther

14   down, a junior TK added to the roster on 1/21/2009.  Do

15   you see all those?

16   A.   Yes, I do.

17   Q.   Is that the group of young men who had the

18   disciplinary --

19   A.   There's a variety of reasons why some of them, but

20   most have them are familiar to me because of the

21   disciplinary actions.

22   Q.   And they have all competed this year, have they not?

23   A.   Yes.

24   Q.   Even they don't have a "Y" on the participation

25   column on the right?

1    A.   Yes.  As I say, I'm not sure what criteria they used
2    to put the "Y".
3    Q.   And, again, they are on this list because having
4    competed for Quinnipiac this year, they've used a season
5    of eligibility, is that right?
6    A.   That is correct.
7    Q.   So if I went through this list, Mr. McDonald, and for
8    each sport I counted the number of athletes listed in each
9    sport, I could get a count of the number of athletes in
10   each sport who used a season of eligibility in 2008, '09,
11   is that right?
12   A.   I would say I'm not sure, just because based on the
13   submission of these Y's and A's and Q's, okay, but it's
14   relatively -- this seems to be the sheet we use to
15   establish seasons of eligibility.
16   Q.   Okay.  So you're not sure but if I wanted, if I
17   really wanted to know how many students used a season of
18   eligibility in each sport, is there a better document to
19   go to than this one as a source?
20   A.   No, there's not.  But this doesn't show you if they
21   competed in all the games, 20 percent of the games, or
22   this doesn't help you with that.
23   Q.   Right.
24   A.   That's maybe where the letters come in.
25   Q.   Okay.  But if they didn't compete in all the games,

1    they may still, nonetheless, have used a season of

2    eligibility under NCAA rules, correct?

3    A.   Possible, yes.

4    Q.   Well, I think you said earlier that it varies by

5    sport, but in any sport there's a number of games you have

6    to compete in to be considered to have --

7    A.   Yes.

8    Q.   -- used a season?

9    A.   Yes.

10   Q.   And it's not the majority of the games, is it, in

11   most sports?

12   A.   Most sports, if you played more than 20 percent of

13   your season you have exhausted your year of eligibility.

14   Q.   Okay.  Now, in the current year, '08-'09, there were

15   no athletic scholarships for cheerleaders, is that

16   correct?

17   A.   That is correct.

18   Q.   I think you testified yesterday that your budget,

19   your first budget proposal for the upcoming year reduced

20   the Athletic Department budget by somewhere between five

21   and 10 percent without cutting any sports, correct?

22   A.   My first proposal was to not cut sports, yes.

23   Q.   So you spread the pain around essentially?

24   A.   Yes.

25   Q.   And you achieved the five to ten, the five to ten

1   percent goal with that budget?

2   A.   I think we did.

3   Q.   Okay.  But you were, your superior, that would be

4   Mr. Bellemonte (ph) to whom you report, is that right?

5   A.   Yes.

6   Q.   He came back to you and told you that you had to cut

7   volleyball, is that right?

8   A.   The University needed to cut more as a campus, not

9   just the Athletic Department.  So --

10  Q.   When you say the University needed to cut more as a

11  campus, you mean reduce expenditures, correct?

12  A.   Yes.

13  Q.   But Mr. Bellemonte told you that you had to cut

14  volleyball specifically, didn't he?

15  A.   Told me that more cutting of sports was now on the

16  block.

17  Q.   Okay, I understand.  And did he tell you that you had

18  to cut volleyball?

19  A.   Yes.

20  Q.   Now, where will the varsity competitive cheer team

21  practice?

22  A.   They will practice in the same place they've been

23  practicing for the last few years, which is the rec

24  center.

25  Q.   On the tennis courts?

1    A.    Yes, Court Four.

2    Q.    And they will be practicing more than the sideline

3    cheer squad has been practicing this year, will they not?

4    A.    I don't know the answer to that.

5    Q.    Okay.  There will also be a sideline cheer squad next

6    year, is that correct?

7    A.    That is correct.

8    Q.    Where will they practice?

9    A.    They'll also practice in the rec center.

10   Q.    On the same property?

11   A.    Probably because of the storage of the mats and the

12   state of the equipment, it will be in the same general

13   area.

14   Q.    So your plan is that the competitive cheer and the

15   sideline cheer squads will share that space for practice

16   purposes?

17   A.    I would think so, yes.

18   Q.    And where will the varsity competitive cheer squad

19   compete when they have home competitions?

20   A.    They'll have two places to compete.  One is the older

21   Burt Kahn court we referred to and then we are planning on

22   maybe a competition or two or three in the T D Banknorth,

23   but that's all based on the scheduling of all of the

24   buildings.

25   Q.    I understand.  So you do expect the Burt Kahn court

1    to be available for at least part of the '09-'10 year?

2    A.    Yes.

3    Q.    Now, the Athletic Department at Quinnipiac has not

4    asked the Department of Education Office of Civil Rights

5    to review your plan to make competitive cheer a sport for

6    Title IX purposes, have you?

7    A.    No.

8    Q.    Excuse me just a moment.

9         (Pause)

10        Mr. McDonald, there was some testimony yesterday

11   about roster management and roster size targets, do you

12   recall that?

13   A.    Yes.

14   Q.    When you at Quinnipiac set your squad size targets or

15   your roster targets, did you consult with the coaches

16   about that?

17   A.    Yes.

18   Q.    You asked them for their views on what they think

19   would be appropriate for their sport?

20   A.    Yes and no.

21   Q.    Want to explain that?

22   A.    Be glad to.  The roster management clearly was a

23   commitment to improve our proportional numbers and it's

24   like the setting of a budget or like the setting of

25   scholarships or like any other policies.  Sometimes it's

1   my role with discussion of, shall we say, senior

2   administration to develop policies.  And in the roster

3   management thing, clearly it was a policy that it was the

4   institutional responsibility to increase proportionality,

5   and ask any coach whether they wanted to have something to

6   deleted or something added probably would create

7   significant stir.  As the NEC certification showed, we

8   were committed to improving opportunities for women and

9   that setting of roster management was one of the ways to

10  do that.  So we set up this roster management policy in

11  '07-'08.  Some discussions with coaches, some looking at

12  stat sheets to see how many people really did play

13  throughout the season, but it's really a, shall I say, not

14  a consistent evaluation of every sport.  They are all

15  different, unique and good sports.

16  Q.   So, would it be fair to say then that it's a, it's an

17  executive decision; you may consider what people have to

18  say but ultimately you have the advice of your senior

19  administrators make the decision as to what those targets

20  are going to be?

21  A.   The certification of the Student Welfare Committee

22  was deeply involved in establishing roster management as a

23  priority as well as looking at the numbers.  For example,

24  I may have said yesterday, or maybe in deposition, for

25  example, there's things like what we call like sports.

1    Soccer and soccer are the same.  Track and track.  Ice

2    hockey and ice hockey, they are exactly the same locker

3    room's coaches, that we discovered that some of them were

4    different in the number of men and women on those teams.

5    So we, like, for example, asked the soccer coaches to say

6    you guys get in a room and whether it's ten on both teams

7    or a thousand on both teams, we want both teams to be

8    equal.

9        So, when I said that the coaches were involved, some

10   were because of their -- they were what we call like

11   sports and then there's certain sports that are completely

12   different.

13   Q.    Okay.  In arriving at the roster targets that you

14   established for Quinnipiac, do you consider squad sizes

15   and other Northeast Conference schools?

16   A.    That particular document, no, we didn't.  There are

17   other more reliable documents that I would use,

18   particularly the one from the NCAA, that sort of gives us

19   a guide.  That's more a wide range of schools.  Its

20   Division I, what is we compete against.  Those numbers are

21   established from consistent reporting to the NCAA.

22       The NEC -- no, I'd say the same for the NEC survey in

23   all phases of it.  It's a nice survey done by an athletic

24   director and compliance person in a couple hours.  It's

25   not the detail of the EADA or squad list, so I think the

1    NEC survey really was created for a salary survey and

2    everything else was thrown in, so I don't consider this a

3    reliable source.

4    Q.   All right, I'm not sure that I understood.  Let me go

5    back just to the first question and then we can talk about

6    the document.  Is it -- withdrawn.

7        When you set your annual squad size targets for

8    Quinnipiac, do you consider squad sizes at other NEC

9    schools as useful information?

10   A.   No.

11   Q.   Do you consider squad sizes in the NCAA Division I as

12   useful information?

13   A.   I would say that's a little more reliable, yes.

14   Q.   You would consider that more reliable?  Okay.  Would

15   you take a look at Exhibit 10?  Let me just ask, is this

16   the NCAA squad size information that you would consult?

17   A.   We would, yes.  We have looked at this often.

18   Q.   Okay.  And this particular chart or pair of charts

19   reflects average squad size without regard to whether the

20   school has a football program, correct?

21   A.   Yes.

22   Q.   Is there --

23   A.   Yes.

24   Q.   Is there another survey or chart that you consult

25   that reflects Division I schools that don't have football

1    programs?

2    A.    For this purpose I don't see the need to do that.

3    Q.    Okay.  All right, fine.  And if you would go back to

4    Exhibit 9, let me see, I'm not sure that you're looking at

5    the same document I am -- yes, you are.  Fine.  Thank you.

6          What is this document, Mr. McDonald?

7    A.    This is the NEC survey that we spoke to a moment ago.

8    Q.    Okay.  It says 2008-'09 Athletic Department annual

9    report.  What Athletic Department is that a reference to?

10   A.    The Commissioner of the league asked us to fill

11   out -- it's probably a 25 page report to go over all

12   phases of support for your Athletic Department.

13   Q.    And this chart reports squad sizes for each school in

14   the Northeast Conference and for each sport they offer,

15   correct?

16   A.    That is correct.

17   Q.    And do you have any reason to think it's not

18   accurate?

19   A.    Yeah I do.

20   Q.    Go ahead and tell me why you think it's not accurate.

21   A.    I'm just sort of picking a sport here.  Let's just

22   take men's soccer, and I'll use Sacred Heart which is

23   right here in this community because we know their men's

24   soccer program is 35 there.

25   Q.    Sacred Heart is SHU down in the left column?

1    A.    Yes, it is.

2    Q.    And soccer, they show 35 for men?

3    A.    Correct.

4    Q.    Okay.

5    A.    And so much of what they do using student athletes

6    within their institution instead of recruiting from

7    enrollment so that's a good example, that there are many

8    others here that the numbers are just totally different,

9    and I don't think I'd go to any conference.  I don't go to

10   ECAC hockey for their surveys, I don't go to Great

11   Washington lacrosse for their surveys.  I'd go to anything

12   that I would refer to as the NCAA.

13   Q.    Okay.

14   A.    But the fact of using that -- I'm just picking one

15   out here, that that's a very, very high number.  And I

16   understand why they do it.  It's certainly their -- that's

17   okay for them to do that.

18   Q.    And it's the highest of any Northeast Conference

19   school according to this, according to this chart?

20   A.    Yes, there's some here -- I'm not looking at all the

21   same time but, again, as I said, this would be the last

22   document I'd go to when dealing with --

23   Q.    Fair enough.

24   A.    -- important numbers like this.

25   Q.    Do you know when this document is compiled?  I think

1    you said it's compiled by the Commissioner of the

2    Northeast Conference?

3    A.    It's sent by the Commissioner and it's submitted by

4    each athletic department.

5    Q.    So each athletic department supplies its own numbers?

6    A.    Correct.

7    Q.    They go back to the Commissioner's office and then

8    they are compiled into this chart at the Commissioner's

9    office?

10   A.    Correct.  The deadline for this is usually the middle

11   to end of September.  Most of the seasons in some years we

12   already experienced here that some of these people have

13   not even submitted their squad list at this point, so I

14   don't consider this reliable.

15   Q.    Okay.  Now, Mr. McDonald, coming back to the question

16   of scholarships momentarily, you have committed to honor

17   the existing scholarships for volleyball players who are

18   students at Quinnipiac, correct?

19   A.    Yes.

20   Q.    And that's about three scholarships that you're

21   committed to?

22   A.    I know the program is five and if there's anybody on

23   the current program that's part of that five, we will

24   certainly honor it.

25   Q.    Okay.  And then if you add two scholarships in

1    '09-'10 for cheer squad members, obviously there's not

2    going to be a net savings in the scholarships money,

3    correct?

4    A.   No.  I'm not sure of your question though.

5    Q.   My point is that if volleyball has five scholarships

6    added to it, or allocated to it, correct?

7    A.   Correct.

8    Q.   And if three of those scholarships are going to be

9    honored, and two scholarships are going to be allocated to

10   cheer, five equals five, doesn't it?

11   A.   There's no relationship between the two at all.

12   Q.   Well, the money's the same, is it not?  Five full

13   athletic scholarships are five full athletic scholarships;

14   would you agree with me?

15   A.   Yes, but comparing one sport to the other is not fair

16   to the sports.  This is about volleyball and adding

17   cheerleading.

18   Q.   I'm just comparing dollars.

19   A.   Yes, but it's, you know, a lot of varsity sports that

20   we have with scholarships.

21   Q.   Mr. McDonald, if an athlete lacks sufficient skill or

22   talent to compete at the Division I level but is kept on a

23   team to meet roster management goals, do you consider that

24   that athlete gets a genuine participation opportunity in

25   the sport?

A.   Could you ask that question again?

Q.   Sure.  If an athlete lacks sufficient skill or talent to compete at the Division I level, but is kept on a team in order to meet roster management goals, do you consider that that athlete gets a genuine participation opportunity?

A.   Absolutely.

Q.   And if an athlete is not on the squad the first day of competition but is added to the roster after the first day of competition and plays regularly, do you consider that that athlete gets a participation opportunity?

A.   Absolutely.

Q.   I just wanted to clarify something that came up yesterday.  We were talking about the baseball roster and you said that the first day of competition for baseball was in September, do you recall that?

A.   Yes.

Q.   Thank you.  Now, Fall is not the championship season for college baseball, is it?

A.   No, nor are many other sports.

Q.   Okay.  So the first day of competition isn't necessarily in the championship season for a sport?

A.   That is correct.

Q.   So baseball is really played year round?

A.   Baseball, softball, lacrosse.

1   Q.   And you heard the testimony yesterday about

2   volleyball; they have their championship season in the

3   Fall and they also have competitions in the Spring?

4   A.   That is correct.

5   Q.   And that would be similar to baseball having

6   competitions in the Fall and having its championship

7   season in the Spring, correct?

8   A.   That is correct.

9   Q.   Mr. McDonald, in the last two years, '07-'08 and

10  '08-'09, Quinnipiac has not conducted any formal surveys

11  of student interest in athletic participation, has it?

12  A.   We weren't required to.

13  Q.   Okay, and so the answer is no?

14  A.   No.

15  Q.   Have you undertaken any systematic effort to assess

16  student interest in particular sports?

17  A.   No.

18  Q.   Mr. McDonald, would you take a look at Exhibit 14,

19  please?  Do you have that in front of you?

20  A.   Cheerleading page?

21  Q.   Yes.  Could you just explain to the court what that

22  exhibit is?

23  A.   This looks to be a cheerleading website.  The

24  beginnings of it looks like it's broken up into different

25  pages.

1    Q.   Well, in fact, it's the Quinnipiac University

2    cheerleading website as it existed before mid April, is

3    that right?

4    A.   That looks familiar, yes.

5    Q.   And it reports the, it lists the members of the

6    cheerleading squad, doesn't it?

7    A.   Yes.

8    Q.   And if you look at the page that's labeled page five

9    of six up in the upper right hand corner of the page?

10   A.   Okay.

11   Q.   You see the second paragraph there about

12   competitions, starts Do you enter competitions, and

13   then --

14   A.   Yes.

15   Q.   -- it goes to say that "Quinnipiac University

16   cheerleaders have been competing for the past six years.

17   However, our main goal is to support both the men's and

18   women's basketball teams."  Did I read that correctly?

19   A.   Yes, you did.

20   Q.   Now, if you would go on to Exhibit 15?

21           MS. GAMBARDELLA:  Fifty or 15?

22           MR. ORLEANS:  Fifteen.  I'm sorry.  We don't

23   have that many.

24           MS. GAMBARDELLA:  Thank God.

25           MR. ORLEANS:  I'm with you on that.  I'm very

1    happy not to have 50.

2    BY MR. ORLEANS:

3    Q.   Mr. McDonald, is this at least a portion -- I'll

4    represent to you that I tried not to leave anything out,

5    but -- of the current website for the competitive cheer

6    squad?

7    A.   This is the roster page of the new competitive cheer

8    website.

9    Q.   Okay.  And this website went up on, around the middle

10   of April, correct?

11   A.   Yes.

12   Q.   Okay.  Sometime after this lawsuit was filed?

13   A.   Don't know the answer to that.

14   Q.   Okay.  Now, do you know whether the, whether the

15   roster that is listed here for competitive cheer in 2008,

16   2009 is the same roster that is listed for, that was

17   listed on the old website for cheer?

18   A.   No, I don't.

19   Q.   You don't know.  Okay.

20        I note that the roster -- I'm still looking at

21   Exhibit 15 -- seems to be almost but not quite exclusively

22   freshmen and sophomores.  Do you notice that?  See that?

23   A.   I do now.

24   Q.   Okay.  Do you know whether there's a reason that the

25   roster is all freshmen and sophomores except for one -- I

1    think there are two juniors.  Except for two juniors?

2    Three?

3    A.   To answer the question, the only thing I can say is

4    that for every year for all of our teams, we have what

5    they call a Senior Day and we didn't have a Senior Day for

6    cheerleading this year because she had no seniors, so I

7    would sense that that's why probably why you don't see a

8    lot of upperclassmen.

9    Q.   Because they don't stay on the team if there's not a

10   Senior Day for them?

11   A.   Once in a while a team sort of cycles out that they

12   don't have seniors, or very few.  That's just a phenomenon

13   of all teams.

14   Q.   Now, coming back to a little bit of your testimony

15   from yesterday about the adding of women's sports, we were

16   talking about the prongs of the Title IX test for equal

17   athletic opportunity; do you recall that?

18   A.   Yes.

19   Q.   You have an understanding what prong two is?

20   A.   Yes, I do.

21   Q.   And that's the, that refers to the -- well, why don't

22   you give me your words?

23   A.   Prong two is a history of program expansion.

24   Q.   History of program expanstion.  And is it your

25   contention, Mr. McDonald, that Quinnipiac University

1   satisfied prong two in the current year and in 2007, 2008,

2   because it has added five women's sports in the 14 years

3   that you've been at Quinnipiac?

4   A.   That is correct.

5   Q.   Now, you testified a minute ago that you didn't

6   consider the squad sizes of other Northeast Conference

7   schools to be particularly useful in setting your roster

8   size targets, correct?

9   A.   Correct.

10  Q.   What did you consider in setting your roster size

11  target of 40 for the competitive cheer squad beginning

12  this Fall?

13  A.   It's actually pretty simple.  Two factors.  One, I

14  think, and again, you can probably count better than I,

15  but currently there are 31 and 32 on the Quinnipiac

16  cheerleading team.  University of Maryland I think had 36.

17  But the real reason was when the team competes nationally

18  and the team competes, there are 25 athletes on the floor

19  competing.  They are all there, like nine in baseball and

20  11 in football and six in ice hockey.  There's 25

21  competing.

22      So, if you were to take the squad sizes of any

23  sport -- and we don't have football but I'll use it as a

24  first example.  My alma mate, Boston College, has 11 on

25  the field, they have 120 on the sideline.  My ice hockey

1    team has six on the ice and the squad size here shows 27

2    and 28.  The volleyball team puts six on the floor and

3    anywhere from ten to 15 on the roster.  So, you could go

4    through any sport and you would find that there is at

5    least double, if not triple, the number of people that

6    compete that are on the roster.

7          So, based on that, based on Maryland with 36, based

8    on Quinnipiac currently had 32, that was the reason.

9    Q.   Football is kind of a special case, isn't it?

10   A.   Football is a sport.  Football reports to the NCAA,

11   it reports to the EADA.

12   Q.   And in hockey, I don't know if you're a hockey guy

13   but you have these interchanging lines, don't you?  Nobody

14   plays the entire game?

15   A.   Nobody reads the rule of the game under the EADA

16   either, so we need to report numbers the way the law asks

17   us to.

18   Q.   Would you agree with me that there's -- withdrawn.

19          Is it fair to describe the cheerleading unit this

20   year, which involved both sideline and some competition,

21   correct?

22   A.   Correct.

23   Q.   Is it fair to describe it as intermural?

24   A.   No.

25   Q.   Okay.

1   A.   Would you like an explanation?

2   Q.   No, I'm actually just looking for a word.  It wasn't

3   varsity, it wasn't club, it wasn't intermural.  I'm not

4   sure what word to use to describe it.

5   A.   I think the appropriate analogy would be club.

6   Q.   Okay.  Is there more work involved in being a

7   Division I varsity athlete than in being a club athlete?

8   A.   Having -- not knowing club sports, I can't speak to

9   that but I would tell you that to be an NCAA Division I

10  athlete is significant, and so I can't speak to club

11  sports but I never was an athlete or a coach.

12  Q.   Okay.  Do you expect that for the members of the

13  varsity competitive cheer team, that being a member of the

14  varsity competitive cheer team next year will be more

15  demanding physically and in terms of time than it was to

16  be a member of the squad this year?

17  A.   I would hope so.

18  Q.   And certainly more demanding than it would be to be a

19  sideline cheerleader?

20  A.   I don't know the answer to that question, but

21  certainly because of the travel and because of the

22  competitions, I would think that it will be a different

23  level.

24  Q.   Okay, and because of training time too?

25  A.   All of the above.

1    Q.    Mr. McDonald, you heard Coach Sparks' testimony

2    yesterday about her conversations with you around the time

3    she was hired?

4    A.    Yes.

5    Q.    Do you recall her asking you about the school's

6    commitment to volleyball?

7    A.    Yes.

8    Q.    Okay.  And what did you say to her at that time?

9    A.    Told her how excited I was about it, that we now had

10   an opportunity to hire a full-time coach.  We had the

11   opportunity to recruit and got our scholarships back and

12   that I looked forward to tremendous success under her

13   leadership.

14   Q.    Did you give her any assurance that the school was

15   committed to the volleyball program?

16   A.    I certainly did, just because we were elevated to

17   full-time, we got our scholarships back, so yeah, I was

18   pretty excited about it.  There were some pretty rough

19   days prior to Robin getting here because the program was

20   in significant flux, and we stayed the course and were

21   able to get it back to a status that was, we considered,

22   Division I.

23   Q.    And when you told Coach Sparks after Spring break

24   this year that you didn't want her around the Athletic

25   Department, I think those might not have been your words

1    but in substance, what did you explain to her was the

2    reason for that?

3    A.    There was a, a significant -- well, I mean this is

4    2009.  There's a significant economic discomfort for

5    everybody everywhere all the time.  And when we had to

6    ask, number one, and we did drop the sport, and there was

7    a, quite a -- and a sport is not just one employee, it's

8    12 students, it's 24 parents.  In three different sports

9    we were dealing with upwards of 50 people, students and

10   coaches, who just saw their sport disappear on them.

11        So, there was considerable anxiety level in the

12   department.  So Robin and the coaches were incredibly

13   uncomfortable with what was going on, so we felt it

14   best -- and people were fearing for their jobs.  As bad as

15   March 4th was, and it was real bad, there were still other

16   employees that were being told their contracts were not

17   being renewed.  I mean we had six or seven or eight

18   full-time employees that also, their contracts were not

19   renewed.  So the time at the department was, I'd say,

20   rough.

21        And so Robin became -- everybody wanted to support

22   her, but at the same time didn't want to be risking any

23   discomfort or being part of anything that could be

24   considered, shall we say, risky.  So I had asked Robin for

25   the sake of her discomfort and for those that were in this

1    department -- I did have some staff members come to me

2    saying we want to support Robin but -- and so I said, you

3    know, you've got a young daughter, go home, take care of

4    her, take your computer home, take yourself home and let's

5    do as much as you can from home.

6    Q.    Okay.  And so your decision to ask her to do that

7    didn't have anything to do with any concern that she was

8    organizing opposition to the decision, did it?

9    A.    You know, that's all second, third-hand rumor, but

10   you know, that was not why, the ultimate reason.  Some of

11   these things trickled out a little bit afterwards but that

12   wasn't a criteria for me.

13   Q.    And, in fact, this is page 111 of the deposition --

14   you recall being deposed at my office?

15   A.    Yes.

16   Q.    A week or so ago?

17   A.    Yes.

18   Q.    And you recall, Mr. McDonald, that I asked you about

19   this decision, "So it didn't have anything to do with any

20   sense that she was organizing opposition to this

21   decision?"  And you responded, "Absolutely not.  It was

22   more the comfort level of those that were still around"?

23   A.    I stand by both statements.

24   Q.    Okay.

25         (Pause)

1          Mr. McDonald, would you look at Exhibit 28, please?
2     You have that in front of you?
3     A.   Yes, I do.
4     Q.   It's a multi page document.  You may need to take a
5     minute to go through it.  No, wait a minute, I see what's
6     happened here.  Okay, it's actually a shorter document
7     than I thought -- six pages.
8          Could you take a look at that and tell me if you
9     recognize it?
10    A.   I do.
11    Q.   What is it?
12    A.   It's the men's cross country and track website with I
13    guess the corresponding links for roster schedules and
14    you've got the women's here as well, yes.  So that's what
15    it is.
16    Q.   And this is part of the Quinnipiac University
17    Athletic Department website?
18    A.   Yes.
19    Q.   Who's responsible for the information on the website?
20    A.   We have an office of athletic communications and/or
21    sports information that handles this working with the
22    coaches, keeping this up to date, as well as the
23    operations side, the scheduling of events.
24    Q.   And it's part of the normal operation of the Athletic
25    Department to --

```
1    A.   Very much so.

2    Q.   -- to keep this website up to date?

3    A.   As best as possible.  There's parents looking

4    everyday.

5    Q.   And you do your best to make it accurate?

6    A.   I'd say more so than best.  I hold the coaches

7    responsible not for its input but so the data is correct

8    and, as I said, there's tuition paying parents looking at

9    this everyday.

10              MR. ORLEANS:  Okay.  Offer this.

11              MS. GAMBARDELLA:  This is 28?

12              MR. ORLEANS:  This is 28, it's the men's --

13              MS. GAMBARDELLA:  No objection.

14              THE COURT:  All right.  28 is full.

15              (Whereupon Plaintiff's Exhibit 28 was marked

16         full.)

17              MR. ORLEANS:  No objection?  Good.  I'm sorry,

18    Your Honor, I couldn't hear --

19              THE COURT:  It's full.

20              MR. ORLEANS:  Thank you.

21    BY MR. ORLEANS:

22    Q.   Now, if you would go onto Exhibit 29, Mr. McDonald,

23    this one is a little thicker.  Just tell me if you

24    recognize this document.

25    A.   Looks like you printed all the schedules and most, if
```

1    not all the sports.

2    Q.    Again from the Quinnipiac University Athletic

3    Department website?

4    A.    Yes.

5    Q.    Okay.  And similar to the other document, does your

6    Office of Communications --

7    A.    Yes.

8    Q.    I'm mangling the title, but an effort is made to keep

9    this accurate and up to date?

10   A.    Including rain-outs in baseball.

11            MR. ORLEANS:  I'll offer this.

12            MS. GAMBARDELLA:  No objection.

13            THE COURT:  Twenty-nine is full.

14            (Whereupon Plaintiff's Exhibit 29 was marked

15       full.)

16            THE COURT:  I'm assuming you're not offering the

17   handwriting, or maybe you are.

18            MR. ORLEANS:  I'm not offering the handwriting.

19            THE COURT:  All right, very good.

20            MR. ORLEANS:  Thank you for noticing that, Your

21   Honor.  I had not registered it myself.

22   BY MR. ORLEANS:

23   Q.    Mr. McDonald, with respect to the submission of EADA

24   reports, are you familiar with an assurance of compliance

25   that has to be signed on behalf of the University?

```
1    A.    Yes.

2    Q.    Is that something that you sign?

3    A.    Not sure the terminology.  There are documents that I

4    sign, coaches sign, and even the president of the

5    University signs.

6    Q.    Would you look at Exhibit 31, please?

7    A.    Sure.

8    Q.    Do you recognize that as the assurance of compliance

9    that is required to be signed in connection with the EADA

10   reports?

11   A.    I don't know this document.

12   Q.    Okay.  All right.  Mr. McDonald, do you recall

13   receiving a request from Coach Sparks for the University's

14   EADA reports?

15   A.    Yes, I do.

16   Q.    For a period from, I think 1996 to the present?

17   A.    I do.

18   Q.    Okay.  And what did you do with that?

19   A.    I think that was accurately reported yesterday that I

20   told Robin, again, email or not, that any time those kinds

21   of things come in, we send it up to administration.

22   Q.    And are you aware of whether those reports were

23   ultimately delivered to Ms. Sparks and her counsel in

24   connection with this litigation?

25   A.    Seems like they were but -- I know that once counsel
```

1    got involved they would handle it.

2    Q.   Okay, and I'm not asking to reveal any discussions

3    with your counsel.  Would you just look at Exhibit 4,

4    please?

5              MS. GAMBARDELLA:  We don't have an Exhibit 4.

6              MR. ORLEANS:  Do we have an extra set?  We did

7    yesterday --

8              (Conferring with counsel.)

9              MS. GAMBARDELLA:  Thank you very much.

10             MR. ORLEANS:  It was about 1:00 o'clock in the

11    morning that we put this together.

12    BY MR. ORLEANS:

13    Q.   Do you have that, Mr. McDonald?

14    A.   I do.

15    Q.   Do you recognize this rather thick collection of

16    documents as the Quinnipiac College Athletic Department

17    EADA reports for the period, from the 1995, '96 academic

18    year through the 2007, 2008 academic year?

19    A.   I'll take your word for it.  Looks like they are all

20    there, yes.

21    Q.   No, actually I think, as it turned out, there were a

22    few that were missing, but it's a series of EADA reports

23    spanning that --

24    A.   Correct.

25    Q.   -- that period of time, even if every year isn't

1    there.

2    A.    Correct.

3    Q.    And, in fact, you compile those reports and keep them

4    in a notebook in your office, don't you?

5    A.    Yes.

6              MR. ORLEANS:  I'll offer these, Your Honor.

7              MS. GAMBARDELLA:  Your Honor, I'm not sure how

8    many times we have to eliminate this.

9              MR. ORLEANS:  I just want the ruling for the

10   record.  If it's going to be excluded --

11             MS. GAMBARDELLA:  It's excluded on two records.

12   I'm not sure why we're spending more time litigating this

13   when the court already ruled on the lack of probative

14   value of an EADA report from almost 15 years ago and

15   forward.

16             MR. ORLEANS:  Respectfully, Your Honor, I'm not

17   going to repeat my arguments about the importance of the

18   history.  I don't think -- we had not offered this exhibit

19   in any formal way and just wanted the ruling on the

20   record.

21             THE COURT:  I don't see a problem admitting the

22   2007, 2008 report, which appears to be the last 18 pages.

23             MS. GAMBARDELLA:  That was the ruling.  We have

24   no objection to that.

25             THE COURT:  The remainder, for the reasons I

1    previously stated, since this hearing is limited to column

2    one, it does not appear to me to be of any probative

3    value, so I would exclude that portion of Exhibit 4 other

4    than the 2007, 2008 report.

5              MS. GAMBARDELLA:  Right.

6              THE COURT:  As to which I don't understand there

7    to be a objection.

8              MS. GAMBARDELLA:  No, no.  Defendant maintains

9    that it's a weight issue but you've already ruled on

10   admissibility, so --

11             THE COURT:  Fair enough.  So I'm going to admit

12   4 in part, which is the last 18 pages.

13             (Whereupon Plaintiff's Exhibit 4, as described

14        above, was marked full.)

15             MS. GAMBARDELLA:  That was the last 14 pages?

16             THE COURT:  I believe it's 18.  It says one of

17   18, et cetera, at the top.

18             MS. GAMBARDELLA:  Thank you.  I got it.  Thank

19   you, Your Honor.

20   BY MR. ORLEANS:

21   Q.   Mr. McDonald, you sent a memo to Mr. Bellemonte

22   entitled budget cuts in Title IX, did you not?

23   A.   Yes, I did.

24   Q.   And you attached to it an article from the Journal of

25   Sport and Social Issues?

```
 1    A.    I think that's what it's from but it's, what, sports
 2    writing in fiscal austerity, something like that?
 3    Q.    Yes, achieving Title IX gender equity in college
 4    athletics in an era of fiscal austerity?
 5    A.    That is correct.
 6    Q.    And it was an article from 1995 actually, wasn't it?
 7    A.    Yes.
 8    Q.    And did you -- you read the article, did you not?
 9    A.    Many times, not -- yes.
10    Q.    One of the things that the author recommends to
11    athletic departments that are faced with financial
12    concerns is that they undertake a comprehensive Title IX
13    audit.  Is that not -- is that correct?
14    A.    Yes.
15    Q.    And has Quinnipiac undertaken a comprehensive Title
16    IX audit?
17    A.    Most recently.  It was part of the certification we
18    just completed.
19    Q.    So that was back in 2006?
20    A.    Yes.
21    Q.    Okay.  Would you turn to Exhibit 37, please?
22    A.    What number?
23    Q.    Thirty-seven.  It was the last one.  And I think we
24    established yesterday this is the certification self
25    study?
```

1    A.    Yes.

2    Q.    Can I refer you specifically to page 109 and through,

3    from 109 up through -- I'm having trouble finding where

4    it -- you see page 109?

5    A.    Yes, the pages are a little messed up here but

6    this -- this is in the student athletic proffer session?

7    Q.    Yes, operating principle 3.1 gender issues?

8    A.    Yes, my pages are a little messed up here, but --

9    Q.    What I'm trying to --

10   A.    I'm jumping around the pages but go ahead, I'll find

11   it.

12   Q.    What I'm trying to do, Mr. McDonald, is identify the

13   part of the certification self study that would constitute

14   the report of your comprehensive Title IX audit.

15   A.    Okay, there are two things.  There is a section

16   somewhere in here that's student athlete, well, general

17   and student athlete welfare.  There was a separate

18   subcommittee for that group.  It was chaired by Joe Biden

19   (ph) who is our faculty member.  That report, and again my

20   pages are messed up, there's a significant amount of

21   spread sheets here that show a three year survey of

22   important gender equity data for the athletic department,

23   basically salary, scholarships and operating.  The

24   subcommittee went through, in addition to the three prongs

25   of gender equity, there's an important 13 prong questions

1    and/or criteria that -- and it involves locker rooms and

2    training rooms and practice time.  So, anyway, the

3    subcommittee went through all that.  Somewhere in this

4    document is what we call plans for improvement, which

5    basically says these are the things that we have

6    discovered and this is how we plan to improve them.

7        I'm not sure I answered your question.

8    Q.   No, that's -- did that committee produce a report, a

9    written report apart from what's in this --

10   A.   No.

11   Q.   -- certification self study?

12   A.   No, this was clearly required by the NCAA.

13   Q.   Let me come, since you said your pages are messed

14   up -- they sure are.  Okay.  Let's see what we can do.

15   A.   I used to know that book cold but the pages are a

16   little bit --

17   Q.   Let me call your attention, if I could, Mr. McDonald,

18   to the table of contents.

19   A.   Okay.

20   Q.   On page three?

21       THE COURT:  Page 142 is the plan for

22   improvement.

23       MR. ORLEANS:  I'll get to that in a second, Your

24   Honor.

25

```
 1    BY MR. ORLEANS:

 2    Q.    There's a chapter on equity and student athletic

 3    welfare which starts on page 109, correct?

 4    A.    Yes.

 5    Q.    And it includes a variety of materials, including the

 6    gender equity plan for improvement on page 142.  It looks

 7    like the chapter goes through page 183?

 8    A.    Right.

 9    Q.    Is that entire chapter compiled by the committee that

10    you were just --

11    A.    Yes.

12    Q.    Okay.  Would it be fair to characterize this chapter

13    as the report of the committee?

14    A.    It certainly would be fair to characterize the

15    report, audit, self study; you pick a word, it's it.

16    Q.    All right.

17              MR. ORLEANS:  Your Honor, I'm going to renew my

18    offer of that section of this document.

19              MS. GAMBARDELLA:  Which -- if you can just tell

20    me which section?

21              MR. ORLEANS:  It is the chapter on equity and

22    student athlete welfare that begins at page 109 and

23    concludes on page 183 or 84.

24              MS. GAMBARDELLA:  Let me just doublecheck the

25    pages.
```

 1              (Pause)

 2              MS. GAMBARDELLA:  No objection.

 3              THE COURT:  All right, that section of Exhibit

 4    37 is full.

 5              (Whereupon Defendant's Exhibit 37 was marked

 6        full.)

 7              MS. GAMBARDELLA:  Just also include the cover

 8    page.

 9              MR. ORLEANS:  Yes, absolutely.  I'd like to

10    include the cover page and the table of contents.

11    Actually I'd like to include in the offer -- well, for the

12    moment let's just go with the cover page and the table of

13    contents.  There's a whole opening section where it

14    provides information about how the study was conducted.

15    Do you have an objection to that?

16              MS. GAMBARDELLA:  Well, I'm not sure what

17    relevance it is, but --

18              MR. ORLEANS:  It's really just background to

19    understand what the report is.

20              MS. GAMBARDELLA:  Okay.  So what did you want to

21    add?

22              MR. ORLEANS:  The cover page and pages one

23    through 22, just look at the table of contents.  You can

24    see what it is.

25              MS. GAMBARDELLA:  No, I will not object to the

1      cover page through page five.  I haven't had an

2      opportunity to go through --

3              MR. ORLEANS:  Fine.  So the offer at this point

4      is cover page through page five and the chapter that was

5      already admitted.

6              THE COURT:  All right, cover page through five,

7      109 through 184, are all full.

8              MR. ORLEANS:  Thank you.

9              (Whereupon Plaintiff's Exhibit as described

10         above was marked full.)

11             MR. ORLEANS:  All right.  I have nothing further

12     of this witness at this time.

13             THE COURT:  All right.  We're going to pick up

14     with the cross and the cross can include direct, as a

15     practical matter.  Whether on cross or direct, there

16     should not be leading of the witness.

17             MS. GAMBARDELLA:  No, I understand.

18             THE COURT:  All right.

19             THE COURT:  I should note I have an

20     11:00 o'clock proceeding.  I've received word that one of

21     the lawyers is running 20 minutes late so I intend to

22     break at about 11:15, take care of that proceeding, which

23     I'm hopeful will be relatively short, and then return.

24             MS. GAMBARDELLA:  Okay.  So do you want to see

25     what I can do in the next 15 minutes?

```
 1              THE COURT:  You may start for the next 15
 2    minutes and I will advise you that we may to have break.
 3              MS. GAMBARDELLA:  No, just say the word.  All
 4    right, Your Honor, I have everything in hand.
 5    CROSS EXAMINATION
 6    BY MS. GAMBARDELLA:
 7    Q.   Good morning, Mr. McDonald.
 8    A.   Good morning, Mary.  Okay to say Mary?
 9    Q.   I can live with it.
10         All right.  Can you briefly describe for the court
11    your background in school athletics?
12    A.   How far back you want to go?
13    Q.   Not to elementary school, that's for sure.  Why don't
14    we start with your professional career.  Well, let me ask
15    you, do you hold any degrees?
16    A.   Yes.
17    Q.   Okay.  What degrees do you hold?
18    A.   I have a degree in economics and a degree in sports
19    administration.
20    Q.   All right.  And when did you obtain your degree?
21    A.   The economics degree was in '73 and the masters
22    degree was in 2004 -- I'm sorry, 1984.
23    Q.   And how many years' experience do you profess you
24    have in administering school athletic programs?
25    A.   I've been an athletic director for 19 years.
```

1    Q.    And how many of those years were spent in post high

2    school institutions?

3    A.    All 19.

4    Q.    Okay.  And how long have you been with Quinnipiac?

5    A.    Ending 14 years.

6    Q.    All right.  And can you briefly describe the last 14

7    years what your primary responsibilities have been at

8    Quinnipiac University?

9    A.    It's basically overseeing the intercollegiate

10   athletics program and the recreation program, the

11   intermural program, and partially involved with the

12   physical education program.

13   Q.    And from where did you glean your understanding of

14   Title IX?

15   A.    It began at my first experience as athletic director

16   at the University of Denver, at that time in '90 to '95,

17   my senior administrator at the time was named Dianne Went

18   (ph) and she was on the National Gender Equity Task Force,

19   which has got a lot of names that everybody in this room

20   knows.  And she would go to these meetings.  We'd have

21   daily talks.  Back in the late, or back in the seventies I

22   was involved in adding women's track and field at Boston

23   College as a coach.  So it's been the renaissance of the

24   AIW at Division I, NCAA.  There's been an awful lot going

25   on from -- the Title IX came in the seventies, and now

1    it's maturing and, frankly, a rule of thumb in 2009.  So

2    I've been involved with it my whole career.

3    Q.   And in the 14 years that you have spent at

4    Quinnipiac, would you agree that that was the case as

5    well, that part of your responsibilities was to remain

6    familiar with Title IX?

7    A.   Familiar and adhering to, yes.

8    Q.   Okay.  Now, with respect to the 14 years, you were

9    asked by counsel about the history of expansion of women's

10   athletic programs and I think you answered that question.

11   Can you just tell me again what athletic programs have

12   been added for women during your tenure with the

13   University?

14   A.   Upon arriving in 1995, we've -- and just quickly, in

15   14 years we've added five women's sports and two men's

16   sports, so we've actually grown from 14 sports to 21,

17   prior to this situation.

18   Q.   Yesterday when your testimony was commenced, there

19   was a discussion about when ice hockey, women's ice

20   hockey, was added.  You gave one year and then you were

21   pointed to a chart in that self study which said 1998.

22   Can you please explain for the court how to reconcile

23   those answers?

24   A.   In 1999 we made, shall we say, a national

25   announcement, we hired Ben Smith, who was the Olympic

1    coach of the woman's ice hockey program.  They won a gold

2    medal not too long after that, to sort of take us to

3    another level in women's ice hockey.  So we hired Ben as a

4    consultant.  And at that time we elevated our men's ice

5    hockey coach to full-time status.  We announced we would

6    be adding women's ice hockey and then that season began in

7    2000, 2001.

8    Q.    Okay, so the season didn't actually begin in 2000?

9    A.    The announcement was in 1999.

10   Q.    All right.  Was it at varsity level when it was first

11   introduced, women's ice hockey?

12   A.    We had to spend a year as club, learning our ropes,

13   six or eight or ten games.  And then really in 2001, 2002,

14   our first varsity game was against Colgate at Northwestern

15   Ice Pavilion.

16   Q.    Do you have an understanding whether or not the

17   elevation of a woman's program to varsity level would

18   count for purposes of prong two compliance?  And I know

19   you're a layperson, just your understanding?

20   A.    Well, it is what it is.  The word is history and

21   program expansion and clearly in my history at Quinnipiac

22   we've had significant expansion.

23   Q.    And in addition to adding women's athletic

24   participation opportunities, what other indicia of

25   compliance with prong two would you contend Quinnipiac can

1   offer to the court?

2   A.   Well, scholarships have clearly been increased

3   significantly, and I would also add that the teams that

4   we've added were team -- we have more team sports at

5   Quinnipiac for women than we do for men and it just

6   evolved, but that's the way it is.  We have had salaries,

7   scholarships and operating, the three things we referred

8   to many times this week, all of them have increased

9   significantly.

10  Q.   We've already established for the court your

11  understanding -- well, I think everybody agrees that EADA

12  reports reflect numbers as of the first day of

13  competition, correct?

14  A.   Correct.

15  Q.   And they don't have to be modified throughout the

16  season as the roster changes?

17  A.   We go with the instructions.

18  Q.   Okay.  I just want to jump before the break to

19  Plaintiff's Exhibit 3.  While I do this -- is this okay?

20  And also put your finger on Exhibit 11, Jack.

21       Now, Exhibit 3, Your Honor, is that add/delete list

22  and Exhibit 11 are the first date of competition squad

23  lists in Quinnipiac University.  All right?

24       Jack, I'm actually going to point you first to

25  Exhibit 11.  I'm sorry.

1    A.    Okay.

2    Q.    Now, you were asked to count in the left hand columns

3    names, do you remember that?

4    A.    Yes.

5    Q.    And in the far right hand column there are cross-outs

6    and there are indications of change in status.  Do you see

7    those columns in the far right?

8    A.    Yes.

9    Q.    All right.  And at the bottom the number 27 appears,

10   do you see that?

11   A.    Yes.

12   Q.    All right.  And this corresponds with what was

13   reported on the EADA report for that academic year for the

14   first date of competition, correct?

15   A.    Yes.

16   Q.    All right.  And so what is the significance of the

17   column to the right change in status on this particular

18   document?

19   A.    I'm sure, and again, I would defer to Tracey, Tracey

20   Flynn -- that some of these dates might link to the

21   add/delete database.

22   Q.    Right, and the bottom is 27?

23   A.    Right.

24   Q.    All right.  Can you note -- and the documents I

25   understand speak for themselves, but can you, can you

1    reference and connect the names that have cross-outs

2    connected with them to the far right, whether or not they

3    are the same names that correspond with Plaintiff's 13 who

4    are deleted before the first day of competition?

5    A.   I'm not doing it quickly -- oh no, I'm in the wrong

6    sport.  Were you looking at baseball?

7    Q.   I think I am.  Yes, I am.

8    A.   Sorry, yes.

9    Q.   The names match, right?

10   A.   Yes, there's some similar names, yes.

11            THE COURT:  Just to be clear, when you say

12   cross-outs, you mean handwritten --

13            MS. GAMBARDELLA:  Yes, I do, Judge.

14            THE COURT:  Okay.

15            MS. GAMBARDELLA:  Yes, I do.

16   BY MS. GAMBARDELLA:

17   Q.   Same thing with -- if you go to Exhibit 11, there are

18   a number of pages where in the far right there are

19   handwritten cross-outs with handwritten numbers at the

20   bottom, is that correct?

21   A.   Yes.

22   Q.   All right.  Can you please just briefly explain to

23   the court why athletic participant numbers change from the

24   first day of competition in your experience at Quinnipiac?

25   Let's stick with Quinnipiac.

1    A.   It's the nature of athletics.  Injuries, disciplinary

2    action, we talked earlier about the men's lacrosse

3    situation where athletes were disciplined.  The first day

4    of competition, I would say that in many sports in the

5    Fall, athletes have accumulated some disciplinary

6    sanctions that are occurring in the first day of

7    competition, where a player who, particularly freshmen,

8    sophomores who come back and don't follow the rules and

9    might break a policy, that we have a strict policy that

10   says if you, for example, drink alcohol and you're not 21,

11   you miss a game.  So you might see a significant number of

12   people who cannot, are not allowed to compete those first

13   games in the Fall because of some disciplinary issues,

14   like the men's lacrosse.

15   Q.   Okay.  So let's take potential disciplinary issues,

16   and I'm not going to have you list all the possibilities,

17   but if an athlete is deleted prior to the first day of

18   competition for a disciplinary issue, is it sometimes the

19   case that they might be added back later?

20   A.   Absolutely.

21   Q.   And what would be the example of some of the reasons

22   why they'd be added back later?

23   A.   Well, for example, if they are disciplined and miss a

24   game on that weekend, usually they are weekends --

25   Q.   They paid their dues to society basically?

1    A.    Yes.

2    Q.    Okay.

3    A.    But then there are other good reasons why.  For

4    example, they made the try-out or the coach might not have

5    the person who made it go for the first game.  You know,

6    again, you ask me just about Quinnipiac but anybody who

7    reads the sport page knows what, disabled lists and waiver

8    wires, I mean it's just common, common practice in

9    athletics for men and women that people, the teams are

10   completely different from the beginning of the season to

11   the end of the season.

12   Q.    Can I take you back briefly to the introduction of

13   roster management at Quinnipiac?  Actually it's not going

14   to be so brief.  I don't want to lie --

15   A.    Okay.

16   Q.    -- for the record.

17   A.    Yes, you can.

18   Q.    What is roster management?

19   A.    Well, roster management, as I explained, is the

20   ability -- it sort of came on as gender equity evolved, as

21   I mentioned, where there are schools who want to, have to

22   either get to the numbers, show expansion, so they want to

23   try to meet a prong so they have to sort of say, and

24   there's some strict rules, there's roster management and

25   then there's actual policies.  And so schools will try

1   to -- and I know we're using track or tennis or some

2   schools, for example, have women's swimming and they don't

3   have men's swimming.  That's a policy.  Some schools have

4   40-odd women swimming and there are allowed only 20 on men

5   swimming.  That's a policy.

6        So, I think that roster management isn't quite as

7   strict.  Roster management is sort of let's try to work

8   within the department to try to increase opportunities for

9   our reporting but also to increase opportunities

10  consistent with the university's enrollment and with just

11  basic athletic philosophy that you want to provide as many

12  privileges as possible for women.  So that's what it is.

13  Q.   And when, and I think we've already established when

14  it was first introduced at Quinnipiac but can you remind

15  the court of the first year in which roster management as

16  a policy was implemented?

17  A.   It was a discovery in the self study process in 2006,

18  so that was in '06-'07 we gave it a shot.  We put it on

19  paper.  '07-'08, we put a little more teeth into it, and

20  '08-'09 it's still evolving.  So it's, at the end of the

21  day it's still a process that's trying to attempt to get

22  better, more opportunities for women.

23  Q.   And so the goal of implementing roster management was

24  to improve female athletic participation opportunities?

25  A.   Yes.

Q.   All right.  And what more specifically in terms of
Title IX compliance is the goal of roster management at
Quinnipiac?

A.   Say that again, Mary?

Q.   Let me ask you how does proportionality fit in with
that goal, achieving proportionality?

A.   It's achieving gender equity and meeting the three,
one of the three or all three prongs, but the requirement
is only one of the three prongs, as we know it today.  So
it was clearly a plan for improvement in the self study to
increase our opportunities for women, and roster
management, without adding sports, was the first step to
do that.

Q.   Okay.  And how did the coaches receive this news of
the implementation of roster management starting in
academic year '07?

A.   I'd say fair to poor.

Q.   Okay.  Tell us what you mean by that.

A.   As I said, no coach, no person, no employee likes to
be told this is a new policy that you're going to have to
adhere to.  I mean I can go as simple as we're all going
to wear Nikes and nobody can wear Rebox.  There are
certain times when coaches like to develop their own
particular programs, so when you tell a coach that you
need to hit a certain number, whether it be higher or

1    lower than normal, even though it can be a realistic

2    number, they don't like to be told.  They don't.

3         So I think it met with resistance but I would say

4    that over the span of time, they understand it.  They are

5    trying to help, but they also fall into situations where

6    athletes are disciplined, kids quit -- it's a moving

7    target.

8    Q.   Would the word resistant be accurate to describe some

9    of their attitudes, at least the first year?

10   A.   I don't know if resistance is a little too strong,

11   but questioning, stubborn.

12   Q.   Stubborn, okay.

13   A.   Yeah, I don't think that anybody in the department I

14   considered to be resistant.

15   Q.   All right.  Now, step back to 2007.  Much has been

16   made about Plaintiff's Exhibit 13, so would you mind

17   turning to --

18   A.   That's the delete page?

19   Q.   The add/delete list for 2007, 2008.  It's where I

20   want to concentrate right now, and I don't think I'm

21   understating the testimony is that these pages establish

22   Quinnipiac's manipulation of rosters.  Do you remember

23   hearing that testimony yesterday?

24   A.   Yes.

25   Q.   Okay.  Mr. McDonald, how do you respond to that

1  allegation?

2  A.   I'm happy that there are people trying to get to the

3  number.  I mean they are trying to do what we've asked

4  them to do based on the rules of the EADA.  It's the first

5  day of competition.  No one said you can't do this and I'm

6  not saying that this is right either.

7  Q.   Right.

8  A.   What I am saying is that coaches -- you've never seen

9  add/delete lists for 1996 to 2006, but because of roster

10  management, because of our commitment to improve the

11  numbers, and I can also see other phases of our athletic

12  department that may be, they work it hard and work the

13  gray area.  So I feel good not only -- not about the

14  initial year but I also feel good about the improvements

15  to '08-'09 and -- but there will always be add/deletes.

16  Q.   I understand that.  But I want to focus you

17  particularly on add/deletes before the first day of

18  competition and then adding back right after.  Did there

19  come a time in 2007 when you became aware that a couple of

20  the coaches were doing that?

21  A.   It was pretty obvious that, that this was happening

22  in 2007, 2008.  I'm not sure that you'll see a mass exodus

23  or addition/delete to '08-'09.

24  Q.   Okay, but let's stick to '07.  When the University

25  discovered, I mean you, okay?  When the University,

1    through you, discovered that a couple of coaches had done

2    this, did the University address it?

3    A.    Yes.

4    Q.    Okay.  How did the University address it?

5    A.    Well, it's pretty simple.  From my end, the squad

6    list, as you probably all saw, that needs to be signed by

7    me.  Number one, we count the number before I sign it.  Is

8    this the number that's listed in the book.  And I can't

9    tell you how many times I would say to the compliance

10   person I'm not signing this until it's the number that's

11   correct.

12        And, in addition to that, this mass on/off was made

13   aware in meetings and hallway talk or in meetings with me

14   that this is just clearly not -- not acceptable.

15   Q.    Right.  So it's not a policy Quinnipiac implemented,

16   this is how you get around EADA?

17   A.    No.

18   Q.    Okay.

19   A.    It's -- coaches find ways.  It's just their nature.

20   That's what we pay them to be, to be as good as they

21   possibly can be and in this case -- and I don't mean to

22   circle out some sports, but there's a lot of sports

23   involved that we are disparately trying to reduce the

24   obvious.

25   Q.    And these add/delete reports, do they represent the

1    number of athletes who remained, for example, static

2    throughout the season?  These are just add/deletes,

3    correct?

4    A.   They are add/deletes.

5    Q.   Okay, fine?

6    A.   I mean, as we said earlier, there's a lot of these

7    because on the first day of competition in September they

8    are directly related to discipline actions by me.

9    Q.   And nobody at administration told coaches, this is

10   how you get around it, guys?

11   A.   Not in this or any phase of our policies.

12   Q.   In fact, as part of Exhibit 13 -- let's move now

13   quickly through -- did you want to break, Judge?

14           THE COURT:  I should break, but before we do

15   that, I had one question to throw out.  Looking at Exhibit

16   11.

17           MS. GAMBARDELLA:  Eleven?

18           THE COURT:  How can I tell how many of these

19   players have a full or partial scholarship?  I see a full

20   grant amount and then I see an equivalent award which

21   appears to be a percentage.

22           THE WITNESS:  When you see 1.0 --

23           THE COURT:  That's a full scholarship?

24           THE WITNESS:  I would consider that a full

25   scholarship.  And I'm just looking at baseball.

1          THE COURT:  Right, no, I was, too.

2          THE WITNESS:  Okay.

3          THE COURT:  So there's a number of full

4    scholarships.  There's also a number of partial

5    scholarships and there's a number of nonscholarship

6    players?

7          THE WITNESS:  Correct.

8          THE COURT:  All right, fair enough.

9          All right.  With that, let's take a recess.

10   I'll be back as quickly as I can.

11         MS. GAMBARDELLA:  Should we clear out or --

12         THE COURT:  No, I'm going to go next door again.

13         MS. GAMBARDELLA:  Okay, thank you.

14         (Whereupon a recess was taken from 11:20

15      o'clock, a. m. to 11:55 o'clock, a. m.)