```
 1                    MS. GAMBARDELLA:  May I proceed, Your Honor?

 2                    THE COURT:  Please.

 3                    MS. GAMBARDELLA:  That was faster than you said

 4       it was going to be.

 5                    THE COURT:  I was hoping it was going to be

 6       quick.

 7                    MS. GAMBARDELLA:  That's speedy.  Okay.

 8       BY MS. GAMBARDELLA:

 9       Q.   Jack, I think where we left off was we were moving

10       from the atmosphere in '07-'08 when you introduced roster

11       management amongst the coaches and the goals, and let's

12       now go to '08 and '09.  All right?

13            Can you describe to the court the level of

14       commitment -- strike that.

15            Can you describe to the court the change that you

16       observed in the level of commitment, if any, amongst the

17       coaches with respect to roster management moving into

18       2008, 2009?

19       A.   Like an implementation of roster management, now

20       we're dealing with phase two of, shall we say, enforcing

21       it and taking out a lot of the gray area of it.  So as we

22       looked at '07-'08, clearly there was some things that

23       should not happen again.  In '08-'09 it's better.  Keeping

24       in mind that add and deletes will always occur.

25       Q.   Okay.
```

1    A.   And so --

2    Q.   In fact, returning to Exhibit 13, let's go to the

3    form that is bate stamped 0122 and 0123 which is the

4    2008-'09 change in status list.  All right.

5         Now, we still see add, deletes, withdrew on this

6    list, correct?

7    A.   Correct.

8    Q.   And just briefly, again, would the types of reasons

9    for adds and deletions that you gave to the judge as

10   examples in your career remain true for '08 and '09?

11   A.   Yes.

12   Q.   All right.  Do the change in status list necessarily

13   allow you to calculate the total number of athletic

14   participation opportunities on any given team for this

15   academic year?

16   A.   You have to run that one by me again.

17   Q.   These forms are specifically to reflect what?

18   A.   This will reflect the squad lists for the NCAA and

19   those that have been added or deleted.

20   Q.   Okay.  And so, you testified that you saw a level of

21   commitment evolve for the better in '08 and 09, is that

22   correct?

23   A.   Yes.

24   Q.   Have you discussed roster management with coaches for

25   the upcoming year?

1    A.    Yes.

2    Q.    In what context did you have that discussion?  And I

3    don't -- I'm not going to ask you what they said to you;

4    I'm specifically focusing on what you said to them.

5    A.    Clearly, as the unfortunate things happened on

6    March 4th, roster management, adherence to gender equity,

7    Title IX became even a higher priority, and I think the

8    coaches, as soon as last Wednesday, we discussed roster

9    management and its implementation next year.  They will be

10   getting numbers from me shortly.  They know that things

11   have happened.  They know of our commitment to it.  They

12   know things could change, so I think they know what the

13   roster management numbers were last year.  I have told

14   them there could be some tweaking of those numbers up or

15   down based on a few things and then I'll be giving them

16   those numbers soon.

17   Q.    Is one of the few things that could end up resulting

18   in a tweak the actual number of students who arrive on

19   campus?

20   A.    It could be a factor, and clearly because of this

21   situation, because of everybody in college admissions is

22   wondering what their population is going to be next

23   September, so --

24   Q.    Or next term?

25   A.    -- a lot could happen.

1    Q.   All right.  And did you in your experience witness,

2    and just let me briefly say in '07-'08 we had a few

3    coaches with adds/deletes that counsel pointed out for you

4    before the court.  Did you witness the same kind of

5    phenomenon on '08-'09?

6    A.   No.

7    Q.   Okay.  I mean there are add/deletes for other

8    reasons, correct?

9    A.   And there should be.

10   Q.   All right.  Now, do you have any reason, based on

11   anything you've observed or heard, to believe that

12   Quinnipiac will be unable to achieve the proportionality

13   that it has represented it will achieve for next year?

14   A.   No.

15   Q.   And on what do you base that level of confidence?

16   A.   Well, as we went through this, the unfortunate

17   process of dropping sports, prong one became a very, very

18   important criteria.  And we have sort of added some

19   sports, we deleted two mens sports, we've tweaked and/or

20   improved roster management.  And we think -- and again,

21   none of this you say is an exact science but we think our

22   commitment from the gender equity, our commitment from

23   pronge one has gone from somewhere around 54, 55 percent

24   all the way to 63 percent.  It's a significant jump.  It's

25   a significant commitment.

1          But we don't know what the class will be in the Fall,

2     but clearly to improve your proportionality for women by

3     almost ten percent is significant and everybody's aware of

4     that number, from university president to the coaches.

5     Q.    But Quinnipiac didn't just wake up a couple weeks ago

6     and say, okay, now we're going to do proportionality?

7     A.    No.

8     Q.    Okay.  So can you tell me why proportionality has

9     been a goal?

10    A.    Well, you can go back to the certification process.

11    It was clearly the planned improvement was to increase

12    women's opportunities by four to seven percent long before

13    2008, 2009.  When there was discussion of dropping sports,

14    I made an effort and succeeded in getting all of the

15    university's administration aware of our commitment to

16    gender equity and the need for the prong one to be met.

17    Q.    But that's been a goal that Quinnipiac has been

18    articulating it would like to achieve starting before

19    March 4th of this year?

20    A.    Absolutely.

21    Q.    Okay.  Now, I just want to briefly touch on the

22    documents that were marked as Plaintiff's Exhibit 28 --

23    no, Exhibit 28.  Which, for the record, are the website

24    rosters for men's cross country track, women's cross

25    country track, it looks like '08 rosters.  And that was

1    Number 28, Jack.

2    A.    Got it.

3    Q.    Now, counsel asked you a few questions about updating

4    this website, and your answer was we do the best we can,

5    correct?

6    A.    Correct.

7    Q.    With respect to calculation of actual athletic

8    participation, athletic participants, how reliable are the

9    on line rosters?

10   A.    Again, the rosters, as we said in deposition, are a

11   media tool to be sure that everybody that is involved with

12   the program is on the site.

13   Q.    Did you say -- I'm sorry, did you say a media tool or

14   immediate tool?

15   A.    Media, publicity.

16   Q.    Thank you.

17   A.    So that those people are there -- for example, you

18   know, to talk about add/delete again, there may be people

19   added and deleted for a variety of reasons, injury,

20   academics, discipline, that might be deleted from the

21   official roster but will remain on the website.

22   Q.    Why would they remain on the website if they were

23   deleted from the official roster?

24   A.    Because they are still essentially a part of the

25   program in, say, managers, eligible athletes, students

1    that were a fifth year eligibility, red shirts.  There are

2    a wide variety of kids who are part of the program.  The

3    parents would like to see their names there.  The coaches

4    there, the student athletes want to see their names there.

5    You click on the name and you get a nice commentary with

6    their photos and bios.  So it's a marketing term.

7         When I say the need to be accurate, it's true, and

8    that's more is the name spelled right, is the bio up to

9    date, is the home town right, Mom's and Dad's name spelled

10   right; those kinds of things that, you know, all websites

11   should be.

12   Q.   Now, I'd like to go to -- well, we have it as

13   Defendant's A but I think plaintiffs marked it already as

14   three.  It's the Janet Judge letter.  It is Plaintiff's 3,

15   Your Honor.

16        All right, Jack, tell me when you're there.

17   A.   I'm there.

18   Q.   Are you there?  Page two of Janet Judge's letter

19   where you were asked about this chart yesterday.  Can you

20   please explain to the court how you arrived at the numbers

21   that are reflected on this chart?

22   A.   Well, your first starting point is the previous year

23   and the original document that I've been using along with

24   my senior staff and sent to the university senior staff

25   had two sets of data.  One was the '08-'09 rosters and

1    participation numbers, and then obviously men's golf,

2    men's outdoor track, women's volleyball were dropped, we

3    then needed to get to our number.  So the starting point

4    for this document was the '08-'09 numbers.  For example,

5    starting at the top, basketball team was 15 for men, 15

6    for women, and that's what we started with.

7    Q.   And, by the way, just season of eligibility, you

8    testified that as long as one competition, even one

9    competition is played, I mean -- you said 20 percent of

10   the season, if they play that, have they exhausted their

11   season of eligibility?

12   A.   Different sports, different little nuances to it, but

13   they all have a criteria --

14   Q.   Got it.

15   A.   -- of once you reach a certain level of competition

16   you've exhausted your eligibility.

17   Q.   All right.  Now, this chart that's represented by

18   Plaintiff's Exhibit 3 on page two, that is based on the

19   projected male/female enrollment for academic year

20   '09-'10, correct?

21   A.   Yes.

22   Q.   All right.  What are the various things in your

23   experience -- strike that.

24        Is that based on -- what is that based on, the

25   projected enrollment?  At this point in time how can

1    Quinnipiac project enrollment?  What's the best way to do

2    that?

3    A.   As I say, the bench mark for this was the '07-'08

4    rosters and on that same spread sheet there was EADA

5    criteria I included in it.  That had 61.7 percent which

6    was the female enrollment at Quinnipiac in '07-'08 that we

7    reported to the EADA.  So that 61.7 is a number that we

8    have, we have documented, it's been reported.  We don't

9    know what '09-'10's proportionality will be.

10   Q.   Right.  But 63 percent is based on what?  The

11   projection in this chart?

12   A.   This is the athletic chart.

13   Q.   Understood.

14   A.   Okay.

15   Q.   But it's based on an understanding of 63 percent

16   possible enrollment of females; gender breakdown is 37.08

17   males and 62.92 percent --

18   A.   In the athletic department.

19   Q.   -- in the athletic department.  Page one, I'm sorry.

20   And the paragraph that starts the bigger paragraph, "As a

21   result."

22   A.   Okay.

23   Q.   The letter says that "As detailed below, Quinnipiac

24   University will have approximately 165 male and 280 female

25   atheletes in '09-'10;" do you see that?

1    A.    Yes.

2    Q.    Is that based on acceptance letters that we knew --

3    that went out by mid April?

4    A.    Well, again, this is a two part question.  Based on

5    our projections in '09-'10, we'll have 165 male athletes

6    and 280 female athletes.  That's not the University's

7    number.  So basically saying it would be 37, 62 for the

8    athletic department proportional numbers.

9    Q.    Proportional to undergraduate enrollment?

10   A.    Well, it's proportional to the Athletic Department.

11   It's 37, 63 within the pool of current athletes.

12   Q.    What's your understanding of prong one?

13   A.    Prong one is adherence to the University's

14   proportional male and female numbers.

15   Q.    So, the male/female athletic participation

16   opportunities have to be proportional to what?

17   A.    To the University's male and females on campus.

18   Q.    Got it, okay.

19   A.    I think we're there --

20   Q.    That's right, all right.

21   A.    I'm fine.

22   Q.    So, the projection of the undergraduate population as

23   represented in this letter is the projection of the

24   undergraduate total population, correct?

25   A.    Correct.

1    Q.   Okay.  Now, after acceptance letters go out, when are

2    deposits due for '09-'10?

3    A.   They were May 1st.

4    Q.   Okay.  All right.  In your experience, does

5    everybody, every student who puts down a deposit end up

6    coming to school in September?

7    A.   Not necessarily.

8    Q.   Why would that be?

9    A.   Oh, students will deposit at two or three different

10   schools based on scholarship possibility, based on

11   financial aid, based on not just not being sure.  So, most

12   deposits are 2- to $500 and parents and students will

13   sometimes throw their deposits in two or three different

14   places.

15   Q.   So, out of all the acceptance letters that go out,

16   does every student who gets an acceptance letter put down

17   a deposit?

18   A.   Not necessarily.

19   Q.   And does every student who puts down a deposit end up

20   coming to school in September?

21   A.   Not necessarily.

22   Q.   All right.  So, if anything, 63 percent projected

23   female undergraduate enrollment was based on the highest

24   possible number of females that could come to school next

25   year, correct?

1            MR. ORLEANS:  Objection, Your Honor.  Leading.

2            THE COURT:  Well, it is.  I'll allow it.

3    BY THE WITNESS:

4    A.   Yes.

5    Q.   It's yes.  Now, can you tell us your understanding of

6    NCAA guidelines?  Not for the whole day.  Just an

7    overview.

8        Let's start this way.  What is the purpose of NCAA

9    guidelines?

10   A.   Wow.  Toughest question of the day.  I've seen a lot

11   of publicity on some of that stuff lately, but the NCAA

12   association is based on -- the rules that are there are

13   rules implemented and designed by us as members,

14   athletic directors and coaches, and over the span of time,

15   most of it has involved recruiting, playing, practicing

16   and scholarships, travel, championships.  It's a 500 page

17   document that encompasses a lot about how we manage our

18   institution.  The self study that you saw earlier is

19   pretty much nothing missing.

20   Q.   What are championship travel squad sizes?

21   A.   The NCAA, through the fortunate financial agreement

22   they have with CBS television, is able to pay for student

23   athletics that qualify for the NCAA championship.

24       So, for example, in this case, if the basketball team

25   wins our league, we obtain a berth to the NCAA tournament,

1    the NCAA pays our way, okay?  But in the same they do for

2    volleyball, they do for track, they do all the sports.  If

3    you make the NCAA tournament, you're reimbursed by the

4    NCAA.  On many occasions they buy the plane tickets in

5    advance to go.

6         That being said, the NCAA, in addition to that, has a

7    championship policy.  How many athletes can you bring, how

8    many administrators, in some cases, how many are in the

9    pep band and all other support people.

10        So, their travel squad size in the championship

11   handbook has been used by a lot of us as what they think

12   is an acceptable amount of people, athletes, to travel to

13   a championship game.

14   Q.   And that was going to be my next question.

15        Let me ask you this.  Do championship travel squad

16   sizes differ from just normal average squad sizes for NCAA

17   purposes?

18   A.   Yes.

19   Q.   And how, and why is it that they would differ?

20   A.   I'm just going to pick out -- well, there's -- again,

21   just to be specific here, there's what they call the

22   travel party, and I'm just going to use, I'll use ice

23   hockey just as an example.  Their travel party, that gets

24   reimbursed by the NCAA.  You're allowed to bring 35

25   people, for example, and that's in the book.  They will

1    reimburse Quinnipiac for 35 individuals, planes, lodging,

2    meals.

3         There's also a policy in the book that only 21

4    members of that hockey team can dress for the game.  So

5    there's 35 travel, 21 dress, and it's up to Quinnipiac.

6    So, from 21 to 35, who are those people going to be?

7    Q.   So you have discretion there.

8    A.   Correct.

9    Q.   And so, do you know what the championship travel

10   squad sizes were for softball in '08 under NCAA

11   guidelines?

12   A.   Why do I think -- I don't -- I did look this up

13   recently.  I'm drawing a blank.  But it's probably 25?

14   I'm not sure.  I have it.

15   Q.   All right.  And the projected roster size for women's

16   softball for Quinnipiac is -- I'm going back to the chart.

17   Looks like 22 for women's softball.  You can go back to

18   Exhibit 3.

19            THE COURT:  Yes, I see it.

20            MS. GAMBARDELLA:  All right, you got it.

21   BY MS. GAMBARDELLA:

22   Q.   Now, there was some testimony -- you were here for

23   Ms. Sparks' testimony, correct?

24   A.   Yes.

25   Q.   And she was asked a question about NCAA certification

1    and she testified she's NCAA certified.  What does that

2    mean?

3    A.   Well, she passed a test and it's a requirement of the

4    NCAA that before athletes are allowed to recruited off

5    campus, you need to pass a certification exam.

6    Q.   How many of Quinnipiac's coaches are required to

7    obtain that certification?

8    A.   Everybody.

9    Q.   So that wasn't unique to Ms. Sparks?

10   A.   No.

11   Q.   You heard Ms. Sparks' testimony about indoor/outdoor

12   track at Quinnipiac, and she gave some testimony about

13   sprints and -- I can't read my own writing, but it might

14   be relays?

15   A.   Sprint and field events.

16   Q.   Thank you.  All right.  Was she correct?

17   A.   No.

18   Q.   Tell me what was inaccurate about what she testified

19   to?

20   A.   Quinnipiac does have sprinters on their men's and

21   women's track team, indoor and outdoor.  This is a

22   subjective decision what people think sprints are but I

23   think 200-meters is a sprint.

24   Q.   Okay.  What's your experience with track, by the way?

25   A.   Coached at Boston College track and field for ten

1    years.

2    Q.   Was your son on one of the track teams that got cut?

3    A.   Yes.

4    Q.   Which one?

5    A.   Men's outdoor track team -- or which son?

6    Q.   How many sons do you have?

7    A.   I have four.

8    Q.   That participate in athletics?

9    A.   I have four.  Two of them participated in outdoor

10   track.

11   Q.   Okay, and so they are no longer going to have an

12   outdoor track team at Quinnipiac, correct?

13   A.   One has graduated, one is graduating, so --

14   Q.   All right.  And what was the other men's sport that

15   was eliminated?

16   A.   Golf.

17   Q.   Okay.  With respect to indoor track, outdoor track

18   and cross country track, I want to go to that specifically

19   and ask you first, Jack, why does Quinnipiac on its roster

20   for next year count those sports separately?

21   A.   Because the NCAA has three separate championships for

22   men's cross country, for men's indoor track and for men's

23   outdoor track.  The EADA reporting, which has always been

24   a moveable beast at times, some reports require that we

25   input the data separately of the three sports and other

1    reports has what they refer to as all track combined.  So

2    we consider them three sports.  The NCAA has a minimum

3    that you must have 14 sports to be Division I, and there

4    are many schools in this country who have 14 sports using

5    the three tracks separately.  So if they were to combine

6    the tracks, they would not meet Division I standards and

7    couldn't be Division I.  So, in my lifetime, cross

8    country, indoor track and outdoor track are three separate

9    sports.

10   Q.   There was an expert called in this case, you're aware

11   of that, correct?

12   A.   Yes.

13   Q.   And she's not here and the Judge is going to deal

14   with the testimony separately, but I'm going to ask you

15   some questions.  I'm going to ask you to respond to some

16   of the testimony by the expert on indoor, outdoor and

17   cross country track counting, okay?

18       The expert testified that there were years that

19   Quinnipiac counted them once and years they counted them

20   more than once.  Why would that be?

21   A.   To my knowledge, again, if you were to go through all

22   these EADA years, there were years when the EADA report

23   and, again, up to about 2002 it was one report that we

24   submitted to the NCAA.  After 2002, 2003, there was a

25   report submitted to the NCAA and there was a report

1    submitted to the Department of Education.  Without being

2    exact, one of those two reports recorded individuals by

3    the three sports and the other one recorded all track

4    combined as a referred term.

5          But to be Division I, we are actually reimbursed by

6    the NCAA by the number of sports that you sponsor, and we

7    are reimbursed by having three separate tracks for men and

8    three separate tracks for women.

9    Q.   The expert testified that based on the website

10   rosters, that the participants in those three sports, for

11   example, the participants on the outdoor track team really

12   aren't losing any opportunities because they are going to

13   be able to do the same amount of competitions and the same

14   things on an indoor track team or a cross country track

15   team.  What is your response to that?

16   A.   I wish she was in the room with me when I told those

17   kids they no longer have a sport.  But the answer to the

18   question is it's not true.  There's many events in outdoor

19   track that cannot be participated in indoor track.

20   Q.   Can you give the judge an example?

21   A.   Ten thousand --

22              THE COURT:  Javelin.

23              THE WITNESS:  Well, that's a fair point.

24   Javelin -- you're pretty good.  Javelin, discus, hammer

25   are the field events but we don't have field events.  So

1    specifically for running events, ten thousand meters,

2    steeple chase, 400-meters, we do not sponsor an indoor

3    track.  And likewise, there's events in indoor track that

4    are not sponsored in outdoor track.

5    BY MS. GAMBARDELLA:

6    Q.   She also testified, looking at the website, and I

7    don't profess to know where she got it from, but she says

8    you have the very same kids doing all three things; they

9    are all the same kids.  Your response to that, Jack?

10   A.   That's true and that's good.  Just like other sports,

11   one sport can be for the entire year.  Traditional and

12   nontraditional seasons of all sports, the year of

13   athletics is always a year round thing so the athletes

14   have an opportunity to play in three different events that

15   are counted by the NCAA, counted by the Department of Ed

16   and they are counted by everybody else.

17   Q.   Well, she says the NCAA requires one combined

18   scholarship number for cross country and/or

19   indoor/outdoor; it treats it as one team.  Your response

20   to that?

21   A.   The response is that the reporting that we do

22   accounts for the duplicated or unduplicated athletes

23   scholarships, it's all recorded in the track and

24   uniqueness of tracks.  It has always been there and it's

25   properly recorded by the two organizations that ask us the

1    information, Department of Ed and the NCAA.

2    Q.   Now, she then testifies and admits that "I think in a

3    case by case analysis, a school could justify cross

4    country being a separate sport but in my looking at this

5    Quinnipiac situation, I don't think there's any question

6    that these three sports, here is a distance built cross

7    country, indoor and outdoor track team.  They don't care

8    about throwing, they don't care about sprints, they are

9    just doing distances."  What's your response to that?

10   A.   We do just distances and we do extremely well at it.

11   Just like Quinnipiac only has certain majors, we only have

12   certain events in track and field and we're excellent at

13   both.

14   Q.   What about sprints?

15   A.   We have some sprints.

16   Q.   Okay.  I want to point your attention to Plaintiff's

17   Exhibit 10.

18         MS. GAMBARDELLA:  Your Honor, some of these

19   exhibits overlap.  I'm not going to -- I mean I don't know

20   if you want me to go through the exercise of marking them

21   as one of ours either.

22         THE COURT:  It's easier for me if you use the

23   ones we worked with.

24         MS. GAMBARDELLA:  Great.

25

1    BY MS. GAMBARDELLA:

2    Q.   Plaintiff's 10.  The first page was the only one, I

3    think, submitted, Judge.

4        We've already identified what this chart is, just the

5    first page, Jack.  And what is represented by the right

6    hand column which starts with year and then under it, you

7    see archery, badminton and so forth.  What does that

8    column represent?

9    A.   The year column?

10   Q.   Yes, yes, yes, the year column.

11   A.   That's the series of years that these reports have

12   been accumulated by the NCAA since they started doing

13   this.

14   Q.   Are indoor/outdoor and cross country track listed

15   separately on this chart?

16   A.   Yes, because they have separate championships.

17           MR. ORLEANS:  Excuse me.  Just for the record,

18   according to my notes, both pages of Exhibit 10 --

19           MS. GAMBARDELLA:  I stand corrected.

20           MR. ORLEANS:  -- are in evidence.  It's Exhibit

21   8 that's only the first --

22           MS. GAMBARDELLA:  Thank you.  I stand corrected,

23   Judge.  I'm only looking at 10.

24           MR. ORLEANS:  Okay.

25

1    BY MS. GAMBARDELLA:

2    Q.    On the second page of Exhibit 10, the sports

3    continue.  That is the average squad size, NCAA men's

4    teams.  The first page was women's, the second page is

5    men, and are those three sports listed separately?

6    A.    Yes, they are.

7    A.    Actually -- yes, they are.

8    Q.    Now, the expert testified also -- sorry, Judge.

9    "Quinnipiac's budget for these sports is all one budget

10   for all three."  Do you have a response to that?

11   A.    They are three separate budgets.

12   Q.    Okay.  I don't need to do this because it's the same

13   exact -- can you just briefly describe the different

14   competitions that don't overlap for those three sports at

15   Quinnipiac?

16   A.    I'm not sure what you mean by "don't overlap."

17   Q.    Do they have different seasons?

18   A.    Yes.

19   Q.    What are the three seasons?

20   A.    Fall season, which basically goes -- the championship

21   seasons ends at Thanksgiving.  And then the indoor track

22   season starts December 1st and goes to their championship.

23   Indoor track is the second week of March and then

24   following that, they start and their championship will be

25   June 1st, so it's there's really no overlap.

1          THE COURT:  So, just to be clear, it's cross

2    country in the Fall, indoor track in the Winter, outdoor

3    track in the Spring?

4          THE WITNESS:  Yes.

5          MS. GAMBARDELLA:  All right.

6    BY MS. GAMBARDELLA:

7    Q.   Are there events in, in outdoor track, let's take the

8    program that was eliminated, that don't exist in the other

9    two sports?

10   A.   Yes.

11   Q.   Which ones?

12   A.   According to the NCAA, there's a bunch of them and --

13   Q.   Let's talk about Quinnipiac.

14   A.   Okay.  Again, as I just mentioned, the 400 meters,

15   the ten thousand meter run, the steeple chase are three

16   that just jump out.  There's the sprinters that have done

17   the 200 but there is a 200 indoors but, again, a half a

18   lap outdoors and full lap indoors, they are really two

19   different standards.  They don't run as fast indoors so

20   it's a lot different.

21          So, I think in the events that Quinnipiac has,

22   there's three distinct events in the 400-meter hurdles,

23   the ten thousand and the steeple chase, as well as the 200

24   and the 400 indoors and the indoor laps -- outdoors it's

25   one lap.  I would defer the argument whether they are

1    different but they could be different.  But for

2    Quinnipiac's sake, there are three distinct events outdoor

3    track.

4    Q.    I suppose your son wasn't all that happy with you?

5    A.    I don't think I can say what he told me in this room.

6    Q.    Okay.  So you went home and dealt with some

7    disappointment as well?

8    A.    Yes.

9    Q.    And possible some profanity, I would guess.  I'll

10   withdraw that question.

11        The expert also, in opining that your roster numbers

12   projected for next year were unrealistic, said the

13   following.  She looked at your projected roster for

14   baseball and she said that 25 was unrealistic.  When I

15   pointed out to her it was only two numbers off from last

16   year's, she said, "Well, I think 27 was unrealistic, too.

17   I feel there's pressure on baseball to have a higher

18   number."

19        So, let's talk about whether or not you agree that

20   your roster numbers are unrealistic.

21   A.    They certainly -- like the budgets that were just

22   reduced by ten percent, it's tight.  We had a game on this

23   weekend.  There were 27 people in uniform, 25 -- which is

24   probably not something that the coach is happy with -- and

25   if it goes to 25, it's going to be tighter, particularly

1    in our -- and again using baseball as an example, when

2    pitchers are incredibly important and you play a four game

3    series on Friday, two Saturday and one Sunday, things can

4    get really jammed up with the roster.  So I would say that

5    25 -- is it doable?  Yes.  Is it satisfactory?  No.

6    Q.    No, but the roster is committed to 25 spots?

7    A.    Correct.

8    Q.    And they were committed to 27 last year, correct?

9    A.    That is correct.

10   Q.    When was the most recent men's baseball game on

11   campus?

12   A.    Last weekend.

13   Q.    Did you go and count the players in uniform?

14   A.    I did.

15   Q.    How many were there?

16   A.    Twenty-seven.

17   Q.    Now, the expert also, looking at the NCAA self study

18   that has been talked about as well, says that Quinnipiac

19   misunderstands prong two.  And when I asked her what she

20   meant, she says that "Quinnipiac believes that we're

21   complying with ongoing expansion solely with dollars."

22         And then I say to her, well, Quinnipiac talked about

23   sports that have been added and also dollars, correct?

24   She says, "No, it's only about expansion in scholarship

25   dollars."

1        What's your response to that?

2   A.   I have great respect for the expert but I don't

3   agree.

4   Q.   Tell me why you don't agree.

5   A.   It's about history of program expansion, and the

6   first and foremost way to do that, and this is why

7   proportions are -- when you add a team and you add an

8   athlete, the ripple effect of that is you will be adding

9   dollars, you'll be adding scholarships, you'll be adding

10  practice space, you'll be adding athletic training and

11  you'll be adding sports information.  So by adding an

12  opportunity for one individual or adding a new team, you

13  are adding support.

14       So my question -- my answer to that is when you add

15  women's sports, as we've done, along with that, and

16  clearly the budget history shows, the dollars,

17  scholarships, space, administrative support has also

18  increased.  But the most important thing to do here is to

19  add a sport and then the support is falling in line.

20  Q.   Is Quinnipiac suggesting in its self study -- and I'm

21  confining myself to the excerpts that were already

22  admitted -- was Quinnipiac suggesting in its self study

23  that it would meet prong two simply because dollars went

24  up?

25  A.   No.

1    Q.   Now, I want to revisit the decision-making process

2    which ended up getting us where we are with the specific

3    sports programs being eliminated, Jack, okay?

4              THE COURT:  Let me interrupt, because here's the

5    scheduling issues I've got.  I have actually a luncheon

6    engagement that started a few minutes ago which I probably

7    need to get to.  What I'd like to do is hold lunch for 45

8    minutes, come back at 1:15.  I have a 2:00 o'clock

9    argument next door which is likely to be at least half an

10   hour, and then I need to leave today at 4:30.  So it's not

11   clear to me that you are -- that you're going to finish.

12             MS. GAMBARDELLA:  I have about 40 to 45 minutes

13   left, if we keep going the way we're going.

14             THE COURT:  Okay.  We've got to sort out how and

15   when I see the expert testimony and then I understand the

16   plaintiff's case is finished at that point.

17             MR. ORLEANS:  We do intend to renew our offer of

18   Germaine Fairchild, the softball coach.

19             THE COURT:  Okay, we'll take that up.

20             MR. ORLEANS:  I assume we would take that up.

21             THE COURT:  Okay.  I have tomorrow morning.

22             MS. GAMBARDELLA:  Sure.

23             MR. ORLEANS:  Sure.

24             THE COURT:  It would be wonderful if we could

25   finish the evidence by tomorrow lunchtime.  So I don't

1    know how that works for everybody but --

2             MR. ORLEANS:  It's fine.

3             MS. GAMBARDELLA:  Our witnesses should be fairly

4    swift.

5             MR. ORLEANS:  I think we can do it.

6             MS. GAMBARDELLA:  Tracey is going to be -- I

7    mean a lot of it has been covered.  She's going to be here

8    just for pieces.  You can imagine which pieces.

9             MR. ORLEANS:  Right.

10            MS. GAMBARDELLA:  And then the competitive cheer

11   coach, half hour, 35 minutes?

12            MR. ORLEANS:  And my cross of her is likely to

13   be around that long as well.  I think we have a very good

14   shot at being done by noon tomorrow, Judge.  I apologize

15   it's been taking so longer than we thought.

16            MS. GAMBARDELLA:  And if the additional coaches

17   are put on, I want my two others.

18            THE COURT:  I understand.

19            MS. GAMBARDELLA:  They should be, I'm hoping,

20   short.

21            THE COURT:  Well, in any event, let's recess now

22   until 1:15.  We'll have 45 minutes at that point and then

23   I will be back as quickly as I can and see where we can

24   go.  Thank you all.  We'll stand in recess.

25            MR. ORLEANS:  Thank you.