1           MS. GAMBARDELLA:  Your Honor, this is the

 2    witness we'll be taking out of order.  It's Mary Ann

 3    Powers.

 4           THE COURT:  Please remain standing and raise

 5    your right hand.

 6    M A R Y      A N N      P O W E R S,     called as a

 7    witness on behalf of the Defendant, having been duly sworn

 8    by the Court, testified as follows:

 9           THE COURT:  Thank you, please be seated.

10           MS. GAMBARDELLA:  Your Honor, we just would like

11    to show a video of a competitive cheer competition

12    performed by Quinnipiac.  It is one minute and 50 seconds,

13    it's Exhibit M and there's no objection, correct?

14           MR. ORLEANS:  That is correct.

15           THE COURT:  All right.  That's fine.

16           MS. GAMBARDELLA:  And then I'll have the witness

17    identify it for the record.

18    DIRECT EXAMINATION

19    BY MS. GAMBARDELLA:

20    Q.   Ms. Powers, what are we about to see?

21    A.   You're about to see Quinnipiac's cheerleaders

22    competing down at the Nationals, Datona, Florida District.

23    This is the final stage.  You have to be in the top ten to

24    make finals.

25    Q.   Okay.

1    A.    So, this was the final stage, day two at the

2    preliminary rounds.

3          MS. GAMBARDELLA:   Jonathan, would you give the

4    judge a screen, please?

5          MR. ORLEANS:   Do you mind if I watch it over the

6    witness's shoulder?

7          MS. GAMBARDELLA:   No, fine.   Let's all do that.

8          THE WITNESS:   You should probably start that

9    from the beginning.

10         (Videotape played.)

11         MR. BARDAVID:   That's it, right?

12         THE WITNESS:   That's it.

13         MS. GAMBARDELLA:   Thank you, Your Honor.

14   BY MS. GAMBARDELLA:

15   Q.   All right.   Before we get into more specifics about

16   that particular performance, Ms. Powers, can you just

17   explain to the court who you are?

18   A.    I am Mary Powers.   I have been the head coach of

19   Quinnipiac University Cheerleading for, just finished my

20   11th season.

21   Q.    All right.   And can you just briefly describe your

22   experience with cheerleading?

23   A.    I cheered since -- do I have to go back that far?

24   Q.   As a coach.

25   A.    As a coach, I've coached since 1992.   I started

1    coaching Pop Warner kids and moved to Allstar programs

2    which are independent gyms in the country that develop,

3    compete only cheerleaders, and then moved to Quinnipiac

4    University.

5    Q.   When did you join Quinnipiac?

6    A.   1998 or, actually Quinnipiac College at the time, not

7    University.

8    Q.   Right.  And have you been coach of the cheer team

9    ever since 1998?

10   A.   Yes, I have.

11   Q.   All right.  Can you describe briefly for the court

12   what it is we just saw again?

13   A.   What you just saw was our team competing at College

14   Nationals in Datona.  It's really the finale, the

15   highlight to our season.  We typically compete several

16   times throughout the season as well as cheer for women's,

17   men's basketball games.  What you just saw is a routine

18   that is -- the coaches, we have about two minutes 15

19   seconds to add in various elements of, various elements

20   that we're scored on.  Standing tumbling, running

21   tumbling, partners stunts, pyramids, basket tosses, jumps,

22   dance and choreography.

23       Those elements are all on a grid.  For instance,

24   several of our kids are, in fact, that come to us are

25   level seven, eight and nine gymnasts, which is pretty high

1    level for gymnasts, for persons who have participated in
2    gymnastics their whole life.
3         For instance, in that routine when we're looking at
4    the tumbling portion of this routine, we want to look for
5    the high score on that score sheet on the grid.  It's from
6    nine to 11.  The more of my kids that are executing
7    layouts and pulls, the higher our score is going to be.
8    The same with standard tumbling, they will -- if we
9    execute a team with handsprings we would score between a
10   seven to nine, if they were perfect.  If they were teams
11   standing tucks, which is a no handed back flip, it's on
12   the nine to 11 range.
13        And so, what we do all year long is we train our
14   skills.  Some of our kids I think we started on this year
15   with, out of our 30 kids we started with about 14 standing
16   tucks and by the time we competed in our final
17   competition, we had, we took the floor with 17 standing
18   tucks.  So we are training their gymnastics skills all
19   year long.
20        The other thing you saw in that video were partner
21   opportunities.
22   Q.   Partner opportunities?
23   A.   Partner opportunities, which is there's four
24   positions on our team, a main base, a support base, a back
25   spot and a flyer.  Every single one of those positions is

1   conditioned with spring training according to what they

2   are going to be doing in partner stunting, and there's

3   grips and things they use to elevate that flyer in the

4   air, keep them in the air, catch --

5   Q.   If you could slow down -- I was tired after the

6   video.

7   A.   Okay, we have partners.  The partners opportunities

8   is one of the elements, one of the elements in a

9   competition routine.  And there's four girls involved in a

10  partner stunt group.  We have a fox trot.  Generally the

11  tallest, tallest member of the group because she has to be

12  able to reach the angle of the flyer when she's elevated

13  full out in the routine.

14      We have a main base.  She is usually a shorter one of

15  our bases, has to process a lot of upper body strength,

16  good leg strength.  And a support base and then a flyer.

17      Our fliers usually are, they don't necessarily have

18  to be small, they just have to be able to hold their

19  weight up in the air, have good core middle and be very,

20  very flexible, because we ask them to execute certain body

21  positions in the air, much like you would see, probably

22  you could see in ice skating, something you'd see an ice

23  skater do.  Actually a lot of elements in cheerleading are

24  derivatives of ice skating.  So we would have four

25  positions.

1    Q.    What about gymnastics; are there elements -- you

2    mentioned gymnastics.

3    A.    Gymnastics, there's several things that we score on a

4    score sheet.  We score on standing tumbling, which is

5    just standing there and executing, whether a back hand

6    spring, is a hand spring when you go backwards, you're

7    hitting the ground first with your hands when you rotate

8    backwards.  A standing tuck, you don't.  You just flip.

9    You go straight and you flip and tuck.

10   Q.    All right.

11   A.    That's standing.  And then there's running tumbling

12   which is typically what you would see in an Olympic event

13   when you watch floor exercise?  That's what our girls are

14   trained in, that sort of tumbling, which is back hand

15   springs, falls, layouts, punch fronts, what you see on a

16   gymnastics floor.  What you see when you see the floor.

17   It's not being on that bar, okay?

18   Q.    And we didn't just look at sideline cheering

19   competition, did we?

20   A.    No.

21   Q.    What is the difference between sideline cheer and

22   competitive cheer?

23   A.    Well, sideline cheer is I think what we all know you

24   see cheerleaders do at games when they supporting the

25   people that they are there cheering for, whether it's

```
1   basketball, football.  It's simply you use signs, use of
2   poms, the calling of chants and cheers to inspire the
3   audience to call back and be involved.  Become the sixth
4   man on the bench, per se.  You're leading the crowd.
5        Competitive cheer is you are going for your own score
6   within your own right based on six to eight elements on a
7   score sheet that have been finetuned and finely honed and
8   choreographed and the skills have been worked on during
9   practice sessions all year long.
10  Q.   Can you describe briefly for the court the activities
11  in which the current Quinnipiac cheer team -- let's just
12  take current now, not elevation to varsity level, okay?
13  A.   Okay.
14  Q.   The current activities in which they participate
15  which you could categorize as competitive cheer
16  activities?
17  A.   That would be when they go to a competition and they
18  compete against at least one or several other teams.
19  Q.   And they have been doing that, correct?
20  A.   For ten years.
21  Q.   For ten years, so during your tenure --
22  A.   Well --
23  Q.   Go ahead.
24  A.   The first year I was there when I asked Jack if I was
25  going to be allowed to compete them, he told me, no, their
```

1    main mission was to support Quinnipiac athletics and the

2    girls who had already come from several all star programs

3    at that time had said, Coach, can't you see if you can

4    enter us in at least one competition?  And I said that's

5    not what our athletic director is looking to at this point

6    in time.  And they said, well, can at least we show some

7    of those elements at a game?  Can you put together a

8    routine that we would be able to do at a game?  And I said

9    sure.  And Jack had happened to walk into that practice

10   before one of our final tournament games that year and he

11   saw the girls working on a routine and he saw them

12   actually doing a routine and he said to me what are you

13   doing?  And I said they are doing a competitive cheer

14   routine.  And he said is there anywhere you can use it?  I

15   said we're going to do it at a basketball game and he goes

16   But is there anywhere else you can use it?  I said, Like I

17   told you when you hired me --

18   Q.   Compete?

19   A.   -- compete.

20   Q.   And so how has that changed over the years?

21   A.   He said would you able to compete any time soon?  And

22   I said as a matter of fact on Saturday, the University of

23   New Hampshire and Central Connecticut and Sacred Heart and

24   Southern Connecticut will be completing up at Southern

25   Connecticut's gym.  And he said is it too late to enter?

1    I said no.

2    Q.   So how far back are going with this conversation?

3    A.   1998.

4    Q.   1998, okay.  So as the years have progressed,

5    strike that.

6        The last couple of years, on average, how many

7    competitive cheer competitions have the Quinnipiac team

8    participated in?

9    A.   I would say at the very least three, at the very

10   most, including nationals, six.

11   Q.   Okay.

12   A.   And that's because we would, we've had -- our main

13   mission has been to be present for men's and women's

14   basketball games first, including tournament play.  And so

15   several of the competitions fell on the dates that there

16   would be compete dates and so we were -- we went to

17   sideline cheer for basketball before we competed.

18   Q.   And how, in your understanding how will that change

19   at the varsity level elevation?

20   A.   My understanding is that we will compete within our

21   own right and that we will not be cheering at all,

22   sideline cheering at all for Quinnipiac male or woman's

23   basketball, men or women's basketball, but there will be

24   another team developed for that and that our main goal

25   will be to compete.

1   Q.   All right.  With respect to the competitive cheer

2   competitions in which the students have already been

3   participating, what are some of the institutions against

4   which they've been competing, if you can name some for the

5   court?

6   A.   Last April we -- on April 9th of this past year, at

7   Datona at the college nationals, we came in sixth in the

8   country.  First place was Louisville, University of

9   Louisville.  Second place was University of Maryland.

10  Third place was North Carolina State.  Fourth place was

11  University of South Carolina.  Fifth place was University

12  of New Hampshire.  Sixth place was Quinnipiac.  Seventh

13  place was University of Massachusetts.  Eighth place was

14  University of Pittsburgh, Penn State, University of

15  Florida, University of Illinois, Providence, and about six

16  others did not make the finals.

17  Q.   Do you know which of those universities, if you know,

18  have their competitive cheer team as varsity level?

19  A.   At varsity level defined by -- well, there's two ways

20  of defining it by the athletic departments.

21  Q.   Let's start with their athletic departments.

22  A.   Currently I know that the University of Maryland is

23  compete only.  University of Oregon, Fairmont, which is a

24  Division II school, Morgan, Fall State, Plymouth State and

25  that's what I know to date as far as --

```
1    Q.   Got it.

2    A.   -- varsity status.

3    Q.   If you can look at -- just want to make sure you have

4    the right notebook -- Defendant's Exhibit H, to which

5    there's no objection, Your Honor?

6              THE COURT:  Yes.

7              MS. GAMBARDELLA:  All right.

8    BY MS. GAMBARDELLA:

9    Q.   Can you tell me what is represented by Defendant's

10   Exhibit 8, that document?

11   A.   Okay.  This is the roster of all the teams that

12   competed down at College Nationals and on the preliminary

13   round hoping to make it to finals.

14   Q.   Is Quinnipiac on here?

15   A.   Yes, we are.

16   Q.   Okay.  Can you --

17   A.   We are on the second page, fifth down at 156.

18   Q.   Thank you.

19   A.   We're all girl Division I.

20   Q.   Okay.  Can you go to Defendant's Exhibit J?  There

21   are tabs there, Mary Ann.

22   A.   Yes.

23             MS. GAMBARDELLA:  Your Honor, I believe there's

24   no objection to -- oh, no.

25             MR. ORLEANS:  I think this has an objection.
```

1          MS. GAMBARDELLA:   There is an objection.

2     BY MS. GAMBARDELLA:

3     Q.   Just let me ask the witness first what is represented

4     by Exhibit J.

5     A.   Let me make sure I'm looking at the right one.  Was

6     this the magazine?

7     Q.   It's the magazine article.  If you can just tell us

8     not what's in it but what it is, just identify it?

9     A.   It's an article written about Quinnipiac's

10    competitive cheer after our performance in Datona in

11    2008.

12    Q.   All right.

13         MS. GAMBARDELLA:   Your Honor, we move the

14    admission.  There's been a claim in this case that this

15    team doesn't exist in terms of competitive cheer and this

16    is media recognition that we're providing a sample of.

17         MR. ORLEANS:   Your Honor, the objection is

18    hearsay.  The author appears to be a Jennifer Rene Smith.

19    Obviously I can't examine exam her.  The article contains

20    statements from a member of the team at that time; she's

21    not here in court to be examined.  It's clearly hearsay.

22         MS. GAMBARDELLA:   I will limit the offering to

23    simply corroborate that this team in competitive cheer

24    activities has gotten some national recognition.  In terms

25    of the specific statements, I'm going to ask her about

```
 1    training and conditioning and you can cross Ms. Powers.

 2              MR. ORLEANS:  Well, there's another exhibit to

 3    which I think there's no objection which is Quinnipiac

 4    University's press release about the team's coming in

 5    sixth in the competition that the witness was just

 6    mentioning.  I think that accomplishes the purpose that

 7    counsel has suggested this exhibit is being offered for.

 8    So I will maintain the objection, Your Honor.

 9              MS. GAMBARDELLA:  We would like to offer the

10    article, Your Honor, for that limited purpose.

11              THE COURT:  Well, Exhibit J is hearsay so I'm

12    going to sustain that objection.

13              MS. GAMBARDELLA:  All right.

14    BY MS. GAMBARDELLA:

15    Q.   Let's go to Exhibit K.  Can you tell us what that is?

16    A.   Yes.  That is our website's notation of the girls'

17    placement down in College Nationals this year in Datona.

18    Q.   All right.  And there's a quote from you third

19    paragraph in, quote, "Quinnipiac has consistently remained

20    contenders with very large and well respected programs.

21    Our goal is to qualify for the finals and then move up in

22    the rankings, which we accomplished," end quote.  You're

23    not talking about sideline cheering, are you?

24    A.   No.

25    Q.   And then there's a list of some of the competitors,
```

```
1    couple paragraphs down.  And I think those are some of
2    them that you've already mentioned here today?
3    A.   Correct.
4    Q.   Can you briefly explain to the court what kind of
5    training is required to prepare the students for the type
6    of competition that you've just shared with the court?
7    A.   The girls start training in September.  We start them
8    with strength and conditioning two times a week, in
9    practice three times a week.  They have tumbling
10   instruction once a week during the practice, but they also
11   tumble.  They also do gymnastics at every practice.  They
12   actually just work on all of the elements of what is
13   needed in a competition routine, which is -- we always
14   practice progression of safety first before -- we never
15   assume that the kids that are coming from high school
16   because the rules in high school are so very, very
17   different than they are in college, what they are allowed
18   to do at the high school level.  It's very, very different
19   and much more elevated than what they are allowed to do in
20   college.  So we follow the national progression rules and
21   practice safety drills first with the kids.
22        When we are teaching basket tosses, they take them
23   over to a gym off campus that has a harness and we put the
24   girls in a harness and they work with a gymnastics coach
25   on all of the backward basket tosses.  I'm assuming you
```

1    know what that is.

2              THE COURT:  I do.

3    BY THE WITNESS:

4    A.    Okay.  So we practice the safety of that and then we

5    have the girls who are going to be catching and throwing

6    that basket working on their leg conditioning and their

7    upper body strength conditioning all season long.  Then we

8    do endurance training because it's very, very different

9    when you're running a routine.  Even though it's two

10   minutes and 30 seconds, in those two minutes and 30

11   seconds, it's comparable to a hard sprint.  You're using

12   every single body part.  The girls are using, depending on

13   whether they are executing gymnastics in the routine and

14   then moving on to a basket toss with not even a two second

15   count between the element, they are just moving and it's

16   continuous.  The body's in continuous motion.  So we have

17   to practice endurance skills.

18   Q.    So physical conditioning, that's required?  Required

19   for them to compete?

20   A.    Yes.

21   Q.    All right.  And you're paid a salary by Quinnipiac,

22   correct?

23   A.    Yes, I am.

24   Q.    All right.  Are you on a one year contract?

25   A.    Every year it's renewed.

1    Q.   Every year it's renewed?

2    A.   Yes.

3    Q.   And the school has permitted you to use some of your

4    time on salary to train these students for competitive

5    cheer activities; would that be correct?

6    A.   Yes.

7    Q.   All right.  Now, have you had discussions with Jack

8    McDonald about the elevation of competitive cheer at

9    Quinnipiac to varsity level next year?

10   A.   Very few since the announcement.

11   Q.   Okay.  Since the announcement, have you and he

12   discussed what would need to -- in terms of competitions,

13   what might have to change to be elevated to varsity level?

14   A.   We would have to compete more.

15   Q.   Okay.  And so you are going to compete more, is that

16   correct?

17   A.   Yes.

18   Q.   All right.  How do you know that you will be able to

19   compete more?  Are there enough competitions out there

20   that the students are ready for?

21   A.   The schedule's already up for next year in almost

22   every venue except for the local ones.  The local ones are

23   typically held in high school situations and the CIAC

24   offers those first.  We hold one of those ourselves.  We

25   host a tournament on campus where we bring in over 110

1    teams; high school, all star and college teams.  So CIAC

2    approval doesn't really happen until September.

3    Q.    You'll now be full-time?

4    A.    That's my understanding, correct.

5    Q.    Full time coach, correct?  And you'll be totally

6    devoted to competitive cheer activities, you personally,

7    correct?  Is that your understanding?

8    A.    That's my understanding.

9    Q.    What about scholarships?  Have you had specific

10   conversations with Mr. McDonald yet about scholarships?

11   A.    Just that there would be -- no, not a lot of details,

12   just they would be forthcoming next year.

13   Q.    Okay, great.  How do you know that there's sufficient

14   interest at Quinnipiac for varsity level competitive

15   cheer?

16   A.    By January I had already answered over 100 emails and

17   since January I've already answered over probably 50 more,

18   and the kids who sent in their deposits and have asked,

19   sent me videos of their gymnastics skills and their

20   stunting and pyramid skills.

21   Q.    So by --

22   A.    I would say right now I'm confident that I have over

23   62 kids trying out right now.

24   Q.    So you're talking about the incoming class?

25   A.    Yes.

1    Q.   What has been the expression of interest amongst the

2    current students in competitive cheer?

3    A.   Currently I know that 18 are returning.

4    Q.   Okay.  All right.  You know, you understand that you

5    have been given 40 roster spots to fill for competitive

6    cheer for next academic year?

7    A.   Yes.

8    Q.   All right.  Do you have any doubt that you'll be able

9    to fill those 40 spots?

10   A.   No.

11   Q.   All right.  On what did you base that answer with

12   confidence?

13   A.   I know that my current kids are already worried they

14   are not going to make the team because of the girls coming

15   in.

16   Q.   Okay.

17   A.   And we've ended every single year with an alternate,

18   back up positions in place.  There's been a lot of

19   interest just in emails and kids coming down at

20   competitions to meet me, so some kids go to College

21   Nationals to watch it.  Some kids come up to me at

22   competitions and we -- there's an exchange of phone

23   numbers and emails so they can contact me after they've

24   seen the kids perform.  And they realize right in their,

25   close to their home town, there's a place for them to take

```
 1    their competitive -- there's a lot of all star gyms in

 2    Connecticut, so a lot of the kids competing all the time

 3    want to be part of a college that is also competing and

 4    doing well, so I get a lot of people, lot of kids coming

 5    up to me all the time.

 6    Q.   Are you aware of a stereotype about cheer?

 7    A.   Of course.

 8    Q.   What's the stereotype in your understanding about

 9    cheer?

10    A.   I think it just goes to a frame of reference, and

11    that frame of reference would be, you know, I'm

12    approaching 50 and so that would be the kind of

13    cheerleading that I did, maybe, you know, the bobbie

14    socks, the pony tail and the skirt and the, you know, girl

15    in high school who was looking to be liked by all the

16    boys.  And I don't know one young lady on my team that

17    that's anything she's grown with.

18         What's surprising to me to even hear it anymore, that

19    kind of frame of reference, there's no girls on my team

20    that I coach that's their, that's how they've grown up,

21    but yet the stereotype still exists.  So you wonder who

22    perpetuates it really.  Is it coming from some antique

23    notion from way back when, or is it that people don't want

24    to believe that it has any athletic capacity to it.

25    Q.   Are they athletes?
```

1    A.   They are 100 percent athletes, no doubt about it.  I

2    have a lot of level eight and nine gymnasts on my team,

3    so --

4    Q.   Have you spoken with your students on the team about

5    the fact that whether or not they'll count as athletes is

6    a subject of this lawsuit?

7    A.   Not as a group.  What I've said to them is we are --

8    you, you as a team and you as an individual and your

9    parents and your aunts, your uncles, your brothers and

10   sisters, most of you who are now competing and choosing to

11   do so, have come from a strong gymnastics background and

12   strong competitive cheer background, and so if the

13   stereotype that's brought, if that's put out there for

14   you, you know what you do and it shouldn't matter.  What

15   you do is you just work hard and bring all of yourself

16   onto that mat and continue to train and to believe and to

17   succeed with your team, and you need to forget about the

18   rest of the world because women's sport, in general, I

19   mean I'm old enough that I've seen evolutions take place.

20   Right down from women's basketball to women playing hockey

21   at the college level, whoever would have thought?  And so

22   that sort of thing has just continued to grow and grow and

23   grow.  So why not cheerleading?

24        What I said to the kids is we've got to -- we know

25   that the venues are present out there all the time for us

to compete at.  And I do believe what the -- we know, the

kids know that the Olympic committee is considering it for

the 2016 Olympics because Japan, Korea and France and

Australia want it, but they can't compete with the

Americans right now.

So the kids, I think the kids believe; they just

don't like -- I think what offends them more than anything

is other women kind of knocking them and their athletic

skills.  And yet just as many as with the glass half full

and half empty, the other side of the glass is that there

are so many of their friends and roommates and athletes on

campus who do recognize what they do and have recognized

it then when they were in high school and in grammar

school or before here.  So they are not looking for

permission, they just don't want -- I think the stereotype

is slowly but surely going away.

Q.   Have you gotten a sense from observation or things

that you observe whether they are, from members of your

team or otherwise, the atmosphere on campus toward them

has taken somewhat of a negative turn since this lawsuit

began?

A.   I was surprised to hear some of the things that I

heard.  Because it's about irony.  I mean it's ironic that

seem people make comments about the very people they

support when they do sideline cheer.  That they would take

1   that time away from their academics and be the girl that

2   would support a team by cheering them on and by being

3   present at a time.  And I think that offends them to a

4   degree that they've been supportive of other sports on

5   campus.  One girl had said to me that, you know, she was

6   not going to wear her warm-up since the announcement

7   because somebody had yelled out --

8   Q.   You can say it.

9   A.   Really?

10  Q.   Yeah, really.  She's heard everything.

11  A.   Cheerleaders are fucking up.  But other girls were

12  telling me that the professors were coming up to them and

13  saying, great job, girls, we've been watching you for a

14  long time.  Other girls were telling me that they felt bad

15  about what had happened to three other teams on campus and

16  they were more concerned about that than the elevation,

17  which I totally understood because I somewhat felt the

18  same way.  And then there's girls who felt like they had

19  to defend and I asked them not to.  I just asked them to

20  be emphatic and sympathetic to the other athletes who had

21  their programs cut.

22  Q.   Okay.  Can you quickly go Exhibit F, F as in Frank.

23  It's already been moved, Your Honor.

24  A.   Okay.

25  Q.   All right.  Are you familiar with these materials?

1    A.    Some of them.

2    Q.    All right.

3    A.    I haven't looked at this in a real long time.

4    Q.    Okay.  What is your understanding of what these

5    materials are?

6    A.    This is Maryland's when they had made the decision to

7    make competitive cheer a part of their affidavits.

8    Q.    Do you have these materials from the University of

9    Maryland in your possession as well?

10   A.    I do not.  I had when it was sent to us when we

11   examined it, I want to say it was in 2005.

12   Q.    So, you've had these materials since 2005?

13   A.    Yes.  Maryland's correspondence has been with me

14   since I want to say end of 2004 to 2005.

15   Q.    Just briefly, what's the significance of the

16   University of Maryland materials?

17   A.    They were looking to see how many other teams across

18   the country were hoping to go with competitive cheer only.

19   Q.    Who's "they"?

20   A.    They were the coaches and the athletic department,

21   University of Maryland.

22   Q.    Thank you.

23   A.    Okay.

24   Q.    And have you had any discussions with Mr. McDonald

25   about referencing these materials at all for next year?

1    A.    Not specifically.  We've talked about compliance

2    issues, but --

3    Q.    Okay.

4    A.    You know, how to make a program, get the program off

5    and going from try-out procedures to how many times we

6    were going to compete to budget issues to team position

7    issues to how we would handle the girls being on break,

8    when they would return.

9    Q.    By the way, do you have an understanding of Title IX?

10   A.    Yes.

11   Q.    What's your understanding of -- let me ask you how

12   you gleaned your understanding of Title IX?

13   A.    I gleaned my understanding of Title IX through what

14   our athletic department has educated us, and that is that

15   we look for equity between our athletes, male and female.

16             MS. GAMBARDELLA:  May I have a moment, Your

17   Honor?

18             (Pause)

19             MS. GAMBARDELLA:  No further questions.

20             THE COURT:  All right.  Cross?

21             MR. ORLEANS:  Yes, Your Honor.

22   CROSS EXAMINATION

23   BY MR. ORLEANS:

24   Q.    Good afternoon, Coach Powers.

25   A.    Good afternoon.

1    Q.   You've been waiting a long time?

2    A.   It's okay.

3    Q.   You've been waiting around for a couple days and I'm

4    sorry about that.

5         The last thing you said was you have an understanding

6    of Title 9?

7    A.   Uh huh.  (Affirmative.)

8    Q.   Is it consistent with your understanding of Title IX

9    that Quinnipiac should cut an existing women's sport at

10   the same time it elevates competitive cheer, the status?

11   A.   Is it consistent with what I've been taught or what I

12   believe?  Or --

13   Q.   Well, I asked with your understanding of Title IX?

14   A.   With my understanding of Title IX?

15   Q.   Yes.

16   A.   Could you repeat the question, please?

17   Q.   Is it consistent with your understanding of Title IX

18   that Quinnipiac University should cut an existing women's

19   varsity sport at the same time that it elevates

20   competitive cheer to the status of a varsity sport?

21   A.   I really don't know how to answer that question

22   because I don't know if that's an opinion -- or I'm still

23   not sure, I guess, if you're asking me for my opinion.

24   Q.   Well, I wanted to ask two different questions.  I

25   wanted to ask first whether you understand it to be

1   consistent with Title IX or permitted by Title IX.

2   A.   I don't know that that is consistent.  I don't

3   believe that that is within the relms of, of what -- I

4   don't know if that is the way it's done, to tell you the

5   truth.  I can't honestly answer that question.

6   Q.   And secondly, let me ask you how you feel about it;

7   what's your opinion?

8            MS. GAMBARDELLA:  Objection.  She's not here to

9   render that kind of opinion.  That is way beyond the scope

10  of my direct.

11           MR. ORLEANS:  I think she talked a little in her

12  direct testimony about how she felt.  I'm just trying to

13  get that.

14           THE COURT:  I'm not sure it has adds anything.

15           MR. ORLEANS:  I'll withdraw it.

16           THE COURT:  My sense is nobody here is happy.

17           THE WITNESS:  Right.

18  BY MR. ORLEANS:

19  Q.   Has anyone told you, Coach Powers, that the

20  volleyball players who are the plaintiffs in this suit are

21  claiming that cheerleaders are just sort of bobby socks

22  flirt-with-the-guys kind of people?

23  A.   Has anybody told me they claim that?

24  Q.   That's the question.

25  A.   No.

1   Q.   And certainly none of the volleyball players have

2   said anything to you to suggest that, have they?

3   A.   No.

4   Q.   In fact, you understand that this case is not about

5   whether the cheer squad are athletes; it's about whether

6   competitive cheer is ready to be counted as a sport for

7   Title IX purposes, right?

8   A.   Correct.

9   Q.   Now, counsel made some reference to the Maryland

10  materials which --

11  A.   Uh huh.  (Affirmative.)

12  Q.   -- appear as Exhibit F.  And you said that you have

13  those materials at some point?

14  A.   I had certainly perused them but they were given back

15  to our Athletic Department for their own.  They were sent

16  to us.

17  Q.   You're aware then that there's a process by which a

18  sport can petition the NCAA to be recognized as an

19  emerging sport?

20  A.   I am now aware of that, yes.

21  Q.   And do you know whether any organization has

22  petitioned the NCAA on behalf of competitive cheer to be

23  recognized as an emerging sport?

24  A.   I do not know that, no.

25  Q.   Now, you're in touch with the competitive cheer

1    coaching community, aren't you?

2    A.    It's pretty big, yeah, but I'm -- yeah, I would say I

3    am.

4    Q.    And you get emails from the people at the University

5    of Maryland and from other competitive cheer coaches,

6    don't you?

7    A.    I don't know that it's -- maybe once a month, we

8    might have a question for each other about a venue we're

9    all hoping to attend or about seeing them down at college

10   nationals, or about wishing them well on something I know

11   that they are doing, and the same courtesies are forwarded

12   back to myself.

13   Q.    So you're in the network basically?

14   A.    Of course.

15   Q.    Fair to say?

16   A.    Of course.

17   Q.    So, if there had been a petition to the NCAA to

18   recognize competitive cheer as an emerging sport, do you

19   think you'd know about it?

20           MS. GAMBARDELLA:  Your Honor, she's already said

21   she doesn't know.  It's really speculative --

22           MR. ORLEANS:  It's a different question.

23           MS. GAMBARDELLA:  -- at this point.

24           MR. ORLEANS:  Let me rephrase it.

25

1    BY MR. ORLEANS:

2    Q.    Do you think being in the network of competitive

3    cheer coaches that if there had been a petition to the

4    NCAA to recognize competitive cheer as an emerging sport,

5    would you have heard about if?

6          MS. GAMBARDELLA:  I'm going to -- whether this

7    witness has heard about it is irrelevant, but you know

8    what?  I'm going to withdraw the objection.  Go ahead, do

9    your best.

10   BY THE WITNESS:

11   A.    I've heard that it's the intent for that to be

12   petitioned, to be quite frank.

13   Q.    But you haven't heard that it's happened yet?

14   A.    No.

15   Q.    Okay.  Now, you said that you have no doubt that you

16   can fill 40 spots on the team for next year?

17   A.    No doubt.

18   Q.    And that's based on, you have 18 out of the current

19   28 who are returning?

20   A.    Uh huh.  (Affirmative.)

21   Q.    What have you told them -- excuse me.  What have you

22   told the current group about the level of work that's

23   going to be required now that competitive cheer is going

24   to be a varsity sport?

25   A.    That's a really good question because actually the

1    level of work my girls will have now is a lot less.  They

2    will certainly have some different standards set forth, as

3    all the athletes do, as a collective group, especially

4    when it comes to all the compliance issues and it comes to

5    academics.  They've never had to come in as freshman and

6    do Powers hours before.  They've never been engaged in

7    positive play.  We certainly involve the team in community

8    service.  We did several things on our early years but

9    we've never been under athletics, done that with

10   athletics.  But actually, my team had practiced three days

11   a week strength and conditioned two days a week, and even

12   if it was five basketball games in any one given week,

13   they've taken all five games and cheered on one bus on a

14   game and gone over to a competition to compete within

15   their own right and then still had a practice the next

16   day.  So the girls actually hour-wise by compliance issues

17   will be held to 20 and under rather than the current

18   academic stress that's been on them for many, many years.

19   Q.   What will the competitive season be?

20   A.   It's my understanding that we will be trying out in

21   September and it will go to the end of April.

22   Q.   So, from September to the end of April there's not

23   going to be a defined championship season and --

24   A.   It's been defined that we will compete at least one

25   or two times before the end of the first semester and then

```
 1   we will compete six to seven times after that.
 2   Q.   Okay.  And do you expect to comply with NCAA rules
 3   pertaining to recruiting?
 4   A.   I have not been -- I have not -- they have not
 5   touched base with me on that yet.
 6   Q.   Okay.  So you haven't taken the NCAA coaches
 7   certification class?
 8   A.   No, I'm looking forward to it if given the
 9   opportunity.
10   Q.   Do you know that NCAA rules regarding recruiting
11   prohibit, at least for certain sports competition,
12   intercollegiate competition that is conducted in
13   conjunction with high school or prep school competition?
14           MS. GAMBARDELLA:  Your Honor, this is not a NCAA
15   regulated sport.
16           MR. ORLEANS:  Is that an objection?
17           MS. GAMBARDELLA:  Yeah.  There's no foundation
18   for relevancy to this particular question, what she knows
19   about NCAA.  She's coaching a sport that's not NCAA
20   sponsored.  We've already talked about that.  And you're
21   asking her about NCAA rules when it may not even be
22   applied.
23           MR. ORLEANS:  Well, let me try it another way.
24   BY MR. ORLEANS:
25   Q.   You just don't know whether you're going to be
```

1    required to comply with NCAA rules and recruiting

2    regulations?

3    A.    No, I do not know that yet.  No, I don't.

4    Q.    Do you know whether you're required to comply with

5    any other NCAA regulations, other than recruiting?

6    A.    I know that we are --

7    Q.    Other than recruiting was the end of the question.

8    I'm sorry.

9    A.    I know that we will be asked to comply to what is set

10   forth for all Quinnipiac University athletes.

11   Q.    Okay.  And do you know whether Quinnipiac would risk

12   its Division I status with the NCAA if one of its varsity

13   sports were out of compliance with NCAA rules regarding

14   recruiting, for example?

15           MS. GAMBARDELLA:  Your Honor, there's no

16   foundation that this would put this at risk.

17           MR. ORLEANS:  I'm only asking her whether she

18   knows.

19           THE COURT:  Yes, well --

20           THE WITNESS:  I'm still not sure I know what

21   he's asking me.

22           THE COURT:  That question may be better for

23   Mr. McDonald frankly.

24           MR. ORLEANS:  That's fine, Your Honor.  Thank

25   you.

```
1   BY MR. ORLEANS:

2   Q.   You said something about answering 150 emails?

3   A.   Yes, sir.

4   Q.   Was that from 150 separate individuals?

5   A.   Yes.

6   Q.   But then you said that you expected to have about --

7   have over 62 kids trying out?

8   A.   Correct, sir.

9   Q.   And that's including the returning, the returning

10  class --

11  A.   Yes.

12  Q.   -- or that's in addition to -- okay.

13       In the past, what proportion of the students who have

14  tried out have made the team?

15  A.   I think last year I had 58 kids try out and I took

16  34.

17  Q.   So -- can't do the math that fast in my head.  Is

18  it -- is it better than 50 percent?  Is it better than 60

19  percent?

20  A.   I guess I've never looked at it in percentiles.  I've

21  looked at the skills, what they are able to do, are they

22  able to compete with the team for us to stay within the

23  grid on the score sheet and elevate the score.

24  Q.   What are the criteria for making the team?

25  A.   There's a score sheet involved and there's standing
```

and running tumbling, their position, their unique

position.  If they are going to try a back spot, support

base or a flyer.  Standing and running, tumbling, jumps,

jumps to a gymnast still which we call a double toe or

triple toe back.  A dance portion, and a partner stunt

portion.

Q.   And who does this?  Is this all kids who try out run

through those various elements, depending on what position

they are in?

A.   Well, they try out.  We have a three day clinic prior

to that, so that we are sure that they are practicing

safety first.  They might come from a high school that

might have a very different grip technique, for instance,

that we don't need to be safe and they are able to hold

that player in the air.  Or they might say that they can

tumble without a back spot and they say that because they

want to make the team so badly.  And even if they are on a

matted surface, sometimes when they're doing the back hand

spring, depending -- we can tell if their back hand spring

or if their no hand back hand spring needs proper training

before we let them move forward with that.

     So, we have a score sheet and they come out in groups

of four.  They come out in a stunt group as if they are

going to compete with that stunt group, and then we take

them through their jumps, their standing tumbling, their

1    running tumbling, their dance score.

2    Q.    When you say "we" who is we?

3    A.    My assistant coaches.

4    Q.    How many assistant coaches have you had in the past?

5    A.    Two.

6    Q.    So you've had in addition to yourself --

7    A.    Two.

8    Q.    You've had yourself and two assistants and the three

9    of you watch these tryouts and score?

10   A.    Either the three of us or I've brought in two coaches

11   from other colleges to judge it for us.

12   Q.    Okay, all right.  Now, I thought I heard you say that

13   you follow the national professional rules?

14   A.    Federation rules.  There's national, there's several

15   different rules.  There's an AACCA set of rules which I

16   have to follow.

17   Q.    I'm sorry, say that again?

18   A.    AACCA certification.

19   Q.    Is that the American Association of Cheerleading

20   Coaches and Advisors?

21   A.    Yes.

22   Q.    So there's a certification that you have to have with

23   them?

24   A.    Yes.

25   Q.    And they have a set of safety rules, am I right about

1    that?

2    A.    Absolutely.

3    Q.    Do they have a set of competition rules?

4    A.    No, competition rules are changed from venue to

5    venue.  The NCA, which is the college nationals that we

6    attend, they have their own set of rules for both safety

7    and for -- it's within time restrictions on the routine.

8    Because it's telecast by FOX Sports or ESPN, there's, you

9    know, television rules in order for performance

10   productions.

11   Q.    So NCA, that is the National Cheerleaders Association

12   right?

13   A.    Yes.

14   Q.    And that event that you have mentioned in which you

15   competed is sponsored by the NCA-slash-NDA, correct?

16   A.    National Cheer and Dance.

17   Q.    NDA is National Dance Alliance?

18   A.    Yes.

19   Q.    So the event is the National Cheer and Dance --

20   A.    Correct.

21          MR. ORLEANS:  H, is that correct?

22          MS. GAMBARDELLA:  I don't know.  Are you talking

23   about the schedule?  I think it might be -- H, try H.

24          THE WITNESS:  Are you talking about the

25   actual --

1              MR. BARDAVID:  The NCA roster.

2              MS. GAMBARDELLA:  That's H.

3    BY MR. ORLEANS:

4    Q.   So that's the NCA/NDA Intercollegiate Cheer and Dance

5    Championship that was held in April of this year, correct?

6    A.   Correct.

7    Q.   Okay.  Now, what do you have to do to enter this

8    competition?

9    A.   We either receive a bid by going to camp or by

10   submitting a video of your skills, a skills tape of

11   basic --

12   Q.   Of the team?

13   A.   Yes.

14   Q.   Okay.

15   A.   They basically have all the same elements that are

16   our score sheet that we have already discussed here today;

17   from gymnastics to partner to pyramids to basket tosses to

18   jumps.

19   Q.   And is there a fee, an entry fee that you pay?

20   A.   There's a registration fee, yes.

21   Q.   Okay.  How much is that?

22   A.   It's per participant.

23   Q.   Okay.  So how many participants did you take?

24   A.   We took 26.

25   Q.   Okay.  And what was the fee per participant?

1    A.   Per participant, it was -- it's for their hotel.

2    That fee is for their hotel and their fee per participant

3    is $100.

4    Q.   Okay, and that covers -- there's no separate entry

5    fee to compete in the event?

6    A.   No.

7    Q.   Other than a hotel cost?

8    A.   No -- well, air fare.

9    Q.   Air fare, which the team -- which was paid by

10   Quinnipiac, I assume?

11   A.   In essence.  I suppose you could say that.

12   Q.   Well, it wasn't?

13   A.   I run a competition every single year.

14   Q.   Oh, and you raise money at the competition that you

15   run at Quinnipiac, which is then used to pay those kinds

16   of expenses?

17   A.   That is paid for college nationals.

18   Q.   And what about the next year for the competitive, the

19   varsity competitive team?  Will you will be expected to

20   raise funds through the competition you sponsor to pay for

21   things like --

22   A.   I know that I was to hold that competition and we

23   have not discussed the revenue on that yet.

24   Q.   So you don't know?

25   A.   No.

```
1    Q.    Now, on Exhibit H, this, the NCA collegiate cheer

2    championship, Quinnipiac was in the all girl I Division,

3    correct?

4    A.    All girl Division I, yes.

5    Q.    You said you had to send a tape to get in.  Do you

6    have any idea how many schools sent tapes?

7    A.    I have no idea.

8    Q.    Okay.  And in the first round, this is the -- there

9    are two rounds, right?  A preliminary and then a final?

10   A.    Preliminaries and finals, yes.

11   Q.    And how many schools competed in the first round?

12   A.    In our division?

13   Q.    In your division, yes.

14   A.    Eighteen.

15   Q.    I'm only counting 16 on this schedule, are there --

16   A.    Very well could have been 16.  I thought it was 18, I

17   apologize.

18   Q.    That's okay.  And how many made the finals?

19   A.    Eight.

20         MR. ORLEANS:  And there was actually another

21   video that was marked as an exhibit, I don't know that we

22   objected to --

23         MS. GAMBARDELLA:  It's more of the same and

24   didn't --

25         MR. ORLEANS:  No, I understand, but it's in
```

1    evidence anyway because it was not objected to.  It was

2    offered.

3              MS. GAMBARDELLA:  I didn't put it in.

4              MR. ORLEANS:  I thought everything that wasn't

5    objected to was stipulated in at the outset.  Okay, it

6    doesn't matter.

7    BY MR. ORLEANS:

8    Q.   Let me just ask you, I think I've seen another video

9    of the preliminary competition.

10   A.   Sure.

11   Q.   Is that video available on the Quinnipiac website or

12   somewhere?

13   A.   Yes.

14   Q.   In the preliminary competition, the team opened with

15   a crowd response segment, didn't it?

16   A.   Absolutely, yes.

17   Q.   So, in the preliminary round there was some cheering

18   and then the tumbling and gymnastics, correct?

19   A.   Correct.

20   Q.   And then in the final round, it was tumbling and

21   gymnastics?

22   A.   Correct.

23   Q.   Now, forgive me if counsel already asked you this.

24   Of the teams in the competition in Datona Beach, 2009 NCA

25   competition, how many of those teams were exclusively

1    competitive cheer teams?

2    A.    Exclusively --

3    Q.    Yes, I'm sorry, I'm talking about your --

4    A.    I haven't even asked the ones that did not make

5    finals, as we did.  Competitive only was University of

6    Illinois, Ohio State, Maryland, University of Florida,

7    Cadshaw, University of Maryland, six out of the 16.

8    Q.    And you're confident that those teams were

9    competitive only; did no sideline cheer?

10   A.    Hundred percent confident.

11   Q.    Now, I know you said that there are a bunch of, there

12   are a bunch of --

13   A.    Oh, North Carolina State.  That would be 17.

14            THE COURT:  Well, actually you said Maryland

15   twice.

16            THE WITNESS:  Okay, thank you,.

17            MR. ORLEANS:  You're more awake than I am at

18   this point, Judge.

19   BY MR. ORLEANS:

20   Q.    I think you said a moment or two ago there are a

21   number of organizations that have different competitive

22   rules?

23   A.    Do you mean as far as the venue itself?

24   Q.    Well, I'm actually trying to understand what you

25   said.  I asked you about rules and you mentioned the

1   National Cheerleaders Association, which has one set of

2   rules that would apply to this championship that we were

3   just discussing?

4   A.   I think I meant to say score sheets because sometimes

5   the score sheet changes from event to event?

6   A.   What does that mean, the score sheet?

7   A.   The actual score sheet that you're scored on.

8   Q.   So there may be different weights to the different

9   elements?

10  A.   No, they don't give different weight to the different

11  elements -- well, in some instances they do.  At the

12  college nationals, they have a collegiate image score but

13  I know that's set in place by Fox, I think, to satisfy the

14  sport networks for uniform purposes, because there has

15  been some uniform deductions given and they don't want

16  that.  So they have now what is a collegiate image score

17  on the score sheet to make sure we're all on the same page

18  for family viewing.

19  Q.   Well, is it true, isn't it, there are several

20  organizations that sponsor collegiate cheer competitions?

21  A.   No, there's two -- collegiate or you mean nationals?

22  Q.   Okay, I was starting with intercollegiate

23  competitions.  There are several organizations, are there

24  not?

25  A.   I know of two that sponsor --

1   Q.   What are the two that you know of?

2   A.   UCA, National Cheerleading Association, and NCA.

3   Q.   Okay.  And NCA is the organization that we've been

4   discussing that sponsors the collegiate cheer and dance

5   championship; this year it was in Datona Beach in April,

6   correct?

7   A.   Every year it's in Datona.

8   Q.   And then UCA sponsors a college cheerleading and

9   dance team national championship, this year at Disney in

10  January, correct?

11  A.   Correct.  And the difference usually in between which

12  colleges decide to go where or get their bids to either, a

13  lot of the time is based on football, and because a lot of

14  those teams go to, we don't go.  We don't hold our trials

15  until September.  We have basketball programs.  Those

16  teams that go or are competing are competing because they

17  are at the end of their bigger season, being football.  So

18  they go to UCA in January.

19  Q.   Ms. Powers, do me a favor.  Wait until I ask you a

20  question and then answer the question.

21  A.   Thank you, sir.

22  Q.   And let Ms. Gambardella ask you to amplify, okay?

23  A.   Okay.

24  Q.   Thank you.

25       But there's no reason that a school couldn't,

1    schedule permitting, enter both the UCA and the NCA

2    championships?

3    A.    No, they won't allow you to enter both.

4    Q.    You have to pick one or the other?

5    A.    Absolutely.

6    Q.    All right.  And there's also an United Spirit

7    Association; are you familiar with that organization?

8    A.    No.

9    Q.    That runs a collegiate, this year ran a collegiate

10   nationals championship in Anaheim in March.

11   A.    What I do know is anybody calling it collegiate

12   nationals, it has been taken up within its own, that has

13   been -- NCA and UCA have exclusive rights to college

14   nationals and there's companies coming up and calling them

15   collegiate nationals but they are not.  It's just a title

16   that they are bringing to entice, and we've all been made

17   aware of that in competitive cheer.

18   Q.    Is there a national governing organization for

19   competitive cheer?

20   A.    I think we all follow NCA or UCA rules.

21   Q.    And --

22   A.    Because there's a safety handbook put for collegiate

23   cheer.

24   Q.    Okay, so NCA puts out a safety handbook?

25   A.    As does UCA.

1    Q.    Is this the same document?

2    A.    Yes.

3    Q.    And both NCA and UCA are affiliated with a company

4    called Varsity?

5    A.    Yes.

6    Q.    Are they not?  Do you know what that is?

7    A.    Varsity is the name of the company.  You're asking me

8    what it is?

9    Q.    Yeah.

10   A.    They do camps from -- they do camps.  They sell cheer

11   apparel.  They do competition routines.  They do whole

12   competitions.  They --

13   Q.    So Varsity is a private profit-making company that

14   runs camps for profit and --

15   A.    I don't know anything about the profits or --

16   Q.    -- sells uniforms for profit, correct?

17   A.    I would say -- I would imagine so, but I don't know

18   anything about the profits.

19   Q.    Is there an organization of which the collegiate, of

20   which the colleges that sponsor competitive cheer teams

21   are members?  Sort of like the NCAA for other sports, but

22   is there some sort of organization where educational

23   institutions are the members and they sponsor, those are

24   institutions that sponsor the competitive cheer teams?

25   A.    I'm not understanding the question.

```
1    Q.   Well, I asked you a moment ago if there was a
2    national governing body for cheer and you said everybody
3    follows NCA or UCA, correct?
4    A.   Correct.  Or if they are All Star, USAF.
5    Q.   And All Star, that's a high school organization,
6    right?
7    A.   No.
8    Q.   Private clubs doing competitive cheer?
9    A.   It's pretty intense training for kids starting at the
10   age of five and up.
11   Q.   Okay.  I'm not trying to denigrate the intensity of
12   it; I'm just trying to understand what it is.  All Star is
13   some sort of organization of private clubs that do cheer
14   training for kids starting at the age of five?
15   A.   Uh huh.  (Affirmative.)
16   Q.   And does it run, does it run through college?
17   A.   Yes, they go up to what's called a level six.
18   Q.   And how old are the competitors at level six?
19   A.   They can be 18 years or older.
20   Q.   Eighteen year old or older at level six, but they
21   don't have to be affiliated with a college or university?
22   A.   No, they don't.  You mean the actual member of the
23   team?
24   Q.   Yes.
25   A.   No, they don't.
```

```
 1    Q.   Well, so to come back, so now we've got, there are --
 2    there are rules from NCA, there are rules from UCA, there
 3    is a safety handbook that those two organizations
 4    cooperate on, there's a separate organization that's the
 5    All Star organization?
 6    A.   USAF.
 7    Q.   USAF.  Is there any governing body for all this?
 8    A.   We follow the AACCA.  As I said earlier, we follow
 9    the AACCA.
10    Q.   When you say "we" who do you mean?
11    A.   You can't compete if you don't hold an AACCA
12    certification.
13    Q.   That's for the coaches?
14    A.   Uh huh.  (Affirmative.)
15    Q.   Okay.
16              THE COURT:  Mr. Orleans, I'm going to ask a
17    couple of questions, if you don't mind.
18              MR. ORLEANS:  That's fine.  I don't always move
19    too quickly.
20              THE COURT:  The competitions, you said you took
21    26 participants?
22              THE WITNESS:  Yes.
23              THE COURT:  To the nationals?  Do all the 26
24    participate?  Like did I see 26 women?
25              THE WITNESS:  No, you saw 20.  The amount you
```

```
1    can put on the floor at college nationals is 20.  Locally,

2    regionally -- locally and regionally you can compete up to

3    36 people on the floor, but when it comes to college

4    nationals you're allowed to put 20, your 20 best on the

5    floor.

6              THE COURT:  Okay.  So the 40 that you're looking

7    at next year are going to be a single competitive squad,

8    not an A team and a B team?

9              THE WITNESS:  No, this would be a single squad

10   and they would all compete locally and regionally, but

11   when it came down to that final competition, being

12   collegiate nationals, it would be like having, you go to

13   match and the other 20 would probably, you know, sponsor

14   your pyramids around the gymnastics skills, quite frankly,

15   the team position.

16             THE COURT:  When did you first hear of the

17   possibility that competitive cheer would be made a varsity

18   sport?

19             THE WITNESS:  Well, competitive cheer is a

20   varsity sport as named by several --

21             THE COURT:  No, I mean at Quinnipiac.

22             THE WITNESS:  When did I hear about it?

23             THE COURT:  Yes.

24             THE WITNESS:  I'm not sure.

25             THE COURT:  And had you requested that status
```

1    prior to March 5th?

2              THE WITNESS:  Had I requested that status?  No.

3    It had been discussed with me several years ago, possibly

4    starting around 2005.

5              THE COURT:  Had members of your squad requested

6    of you to seek varsity status?

7              THE WITNESS:  Yes.

8              THE COURT:  When was that?

9              THE WITNESS:  It's been ongoing for a long time,

10   the girls asking to be compete only.  I would think more

11   out of -- you know, just looking back to some of my

12   alumni, I think a lot of the reasons was their plates were

13   full, as all the kids at Quinnipiac.  They have pretty

14   intense majors and they were cheering for men's and

15   women's basketball and they were competing as well, as

16   well as practicing.  And so they had come to me many

17   times -- what I will say, I typically will lose several

18   kids a year up to this point.  I will lose several -- it's

19   not uncommon for me to lose ten players, and the reason is

20   their plates were way too full.  And I would often ask the

21   question, well, is it the sideline cheering you want or is

22   it the competitive end?  And that question has been posed

23   to me.  I would say it's 80/20, eighty percent want to

24   compete.  They have been raised on competitive cheer, all

25   through the All Star program and through high school.

1            And the other kids, I know this year 37 girls

2      are not going to return because they wanted to cheer for

3      games, and there's been a couple kids who asked if they

4      could do both because they like the competitive end and

5      they don't feel like their studies stress them out so much

6      that they can't competitively cheer, cheer for games and

7      handle their academics.

8            But for the majority of the kids on my team, you

9      know -- and then there's the kids who know that they are

10     going to try to enter a competitive program.  If they only

11     have a back hand spring, the likelihood of making the team

12     without a standing tuck and a back flip and having, you

13     know, a position that's going to be really tough for them

14     because it's kind of expected that at the collegiate level

15     to come in with a standing tuck at the very least, and if

16     you don't, you're not going to grab one of those

17     positions.

18            THE COURT:  All right.  Going back to the team

19     size issue, you said local competitions you can have up to

20     36.

21            THE WITNESS:  Thirty-six, correct.

22            THE COURT:  And who makes that decision?  Who

23     limits the size of the team that's competing?

24            THE WITNESS:  I suppose the venue in itself.

25     You know, they send you their set of rules and it's been

```
1    pretty standard you can have up to 36 on the floor, you
2    can have 36 kids taking the floor.  That is standard.  No
3    more.
4              THE COURT:  Okay.  Go ahead.
5              MR. ORLEANS:  Are you --
6              THE COURT:  Done.
7              MR. ORLEANS:  -- done for now, Your Honor?
8              THE COURT:  Yes.
9    BY MR. ORLEANS:
10   Q.   You said you follow the American Association of
11   Cheerleading Coaches and Advisors.  Do you look at that as
12   the governing body for the sport of cheer?
13   A.   For the most part, yes.
14   Q.   Okay.  Are you familiar with the position of that
15   organization on whether cheer should be counted as a sport
16   for Title IX purposes?
17   A.   I am not familiar with that, no.
18   Q.   You know who Jim Lord is?
19   A.   Yes, I do.
20   Q.   Who is Mr. Lord?
21   A.   Mr. Lord is the head of University -- UCA.
22   Q.   Beg pardon?
23   A.   UCA, I believe.
24   Q.   And do you know whether he was Executive Director of
25   the American Association of Cheerleading Coaches and
```

1    Advisors?

2    A.    I believe he would be.

3    Q.    Okay.  And do you go to the American Association of

4    Cheerleading Coaches and Advisors website from time to

5    time and look at what's on that website?

6    A.    Do I go on it?  I think the last time I was on it was

7    because they also post, they had posted the college safety

8    initiative, so I think I had gone on it to look up that.

9    I had navigated the site to look at the National Safety

10   Initiative.

11   Q.    Did you ever see a copy of the American Association

12   of Cheerleading Coaches and Advisors' position paper

13   addressing the issue of cheering as a sport?

14   A.    Who was it addressed to and by?

15   Q.    Well, it's something that appears on the website.  It

16   is the statement that appears on the website?

17             MS. GAMBARDELLA:  Your Honor, I think this is

18   beyond the scope of my direct.  I didn't ask this

19   witness's testimony about whether or not the Office of

20   Civil Rights could come in and scrutinize this.  That's I

21   think what this court should decide.

22             MR. ORLEANS:  I'm not understanding the

23   objection.

24             MS. GAMBARDELLA:  The objection is it's beyond

25   the scope of my direct.

1        MR. ORLEANS:  Well, the witness testified that

2   the closest thing to a national governing body she's aware

3   of for the sport of cheer is the AACCA and I'm trying to

4   bring out the position of the AACCA on cheerleading as a

5   sport.

6        THE COURT:  I'll allow it.

7   BY MR. ORLEANS:

8   Q.   So, my question is have you ever seen the position

9   paper of the AACCA on the issue of cheerleading as a

10  sport?

11  A.   No, I have not.

12       MS. GAMBARDELLA:  Your Honor, what date are we

13  talking about for that position paper?

14       MR. ORLEANS:  It's not dated, the copy that I

15  have from the website.

16       MS. GAMBARDELLA:  Is it an exhibit?

17       MR. ORLEANS:  No, this is not an exhibit and

18  that's the only copy that I have.

19       MS. GAMBARDELLA:  Thank you.

20       (Pause)

21       MS. GAMBARDELLA:  And it's not dated?

22       MR. ORLEANS:  It's dated April 16, 2009, which

23  is the date that I printed it off the website.

24       MS. GAMBARDELLA:  Got you.

25       MR. ORLEANS:  I don't know what date it was

1    issued.

2         MS. GAMBARDELLA:  I'm making sure it's not an

3    exhibit.

4         MR. ORLEANS:  No.

5    BY MR. ORLEANS:

6    Q.   Let me refer you to Exhibit 35, to which there is an

7    objection.  I think you said that Jim Lord, you knew that

8    Jim Lord had been the Executive Director of the American

9    Association of Cheerleading Coaches and Advisors, correct?

10   A.   I said -- you know what, he's been involved in

11   cheerleading since as long as I have, so I don't know how

12   many times he's changed his position within the company.

13   I'm sure if you're telling me that he has been, he has.

14   Q.   Is he recognized in the community of cheerleading

15   coaches as an authority figure?

16   A.   He is, but with the division of the UCA and NCA,

17   which we have attended, as I've told you, we enter NCA

18   collegiate national championships, that would be Bill

19   Boggs (ph), who is more the person that I speak to if I

20   have any concerns on score sheets or -- anything to do

21   with cheerleading, the athletic aspects of cheerleading.

22   Q.   Would it surprise you to know that Mr. Lord's opinion

23   is that the acceptance of cheerleading as a Title IX

24   activity will not enhance cheerleading, nor increase

25   athletic opportunities for women?

 1          MS. GAMBARDELLA:  Your Honor, this is totally

 2   unfair.  This document is dated 1998.  If you'd like the

 3   witness to refer to it, it's only fair that she refer to

 4   it.  The document is 11 years old.

 5          MR. ORLEANS:  I think that was the date that

 6   Quinnipiac last announced it was adding a women's sport,

 7   counselor.

 8          MS. GAMBARDELLA:  Your question --

 9          MR. ORLEANS:  I'll be glad to show the witness.

10          THE WITNESS:  Go ahead.

11          THE COURT:  It's in this notebook.

12          MR. ORLEANS:  It's in one of these notebooks,

13   it's Exhibit 35.

14          THE WITNESS:  1998?

15          MS. GAMBARDELLA:  1998.

16          THE WITNESS:  I'd be happy to see this one.

17   BY MR. ORLEANS:

18   Q.   And I'd just call your attention to the third

19   paragraph, which states the AACCA position on cheerleading

20   as a sport at that time.

21   A.   Okay, I've read it.

22   Q.   Okay?  Do you agree with it?

23   A.   Do I agree with it?  I think a lot has changed in ten

24   years since this was put out.

25   Q.   Okay.

```
1              MR. ORLEANS:  I'll offer this, Your Honor.
2              MS. GAMBARDELLA:  Your Honor, I have no idea
3    what probative value something somebody wrote in 1998 has
4    to do with Quinnipiac's program in 2007, -8 and -9.
5              THE COURT:  All right, well, it's obviously
6    hearsay.
7              MS. GAMBARDELLA:  And it's hearsay.
8              THE COURT:  I'm going to keep it out on that
9    ground.
10   BY MR. ORLEANS:
11   Q.   Do you have any reason, Ms. Powers, to believe that
12   the AACCA's position on cheerleading has changed,
13   cheerleading as a sport under Title IX has changed since
14   1998?
15   A.   The AACCA and Jim Lord are two separate entities.
16   Just because he might have been on the governing body of
17   one at some given time does not mean that the positions
18   are constantly held and reflect each other at all times.
19   Competitive cheer is changing all the time.  The rules
20   have changed in the past ten years since this was written.
21   The owners of -- Varsity NCA and UCA at one point had
22   merged, collectively merged, okay?
23        So, there's lots of changes since this document has
24   ran.  It's like a corporation where management has changed
25   where they've been elevated to a new position.  So I'm not
```

1    quite sure what you're asking me.

2    Q.   Well, what I asked you was do you have any reason to

3    believe that the position of the American Association of

4    Cheerleading Coaches and Advisors on whether cheer should

5    be counted as a sport for Title IX purposes has changed

6    since 1998.  I think it's a pretty straightforward

7    question.

8    A.   I don't know.  I think it's changed.

9    Q.   You don't know.  That's a perfectly acceptable

10   answer.

11          MS. GAMBARDELLA:  Don't interrupt her.  I'm

12   sorry, he interrupted her.  If he doesn't like the answer,

13   he shouldn't interrupt.

14          THE COURT:  The hour's getting late.  I don't

15   know where you are.  I do need to --

16          MR. ORLEANS:  You need to leave, Your Honor?

17          THE COURT:  I had a couple quick questions.

18          MR. ORLEANS:  Why don't you ask your questions

19   while I check to see whether I have any more.

20          THE COURT:  All right.  On the question of

21   competitions, many sports at the collegiate level have a

22   fixed series of competitions.  You play people in your

23   league.

24          THE WITNESS:  Correct.

25          THE COURT:  You may have a, a record that

1    qualifies you for some post season competition.  Is there

2    any of that in competitive cheer?  Or is it more you

3    decide, for whatever reason, to go to this competition or

4    that competition or whatever?

5              THE WITNESS:  Your second, your second

6    situation --

7              THE COURT:  Okay.

8              THE WITNESS:  -- I know that our conference, the

9    NCA, there are coaches currently working on developing our

10   own competition within the conference.

11             THE COURT:  And what criteria do you use when

12   deciding what competitions to enter?

13             THE WITNESS:  Well, it's going to change but the

14   criteria we've had to use for the past ten years is when

15   we are not cheering for men's and woman's basketball.  So

16   it's pretty hard to answer that question.

17             THE COURT:  So, it's more of a scheduling --

18             THE WITNESS:  It's been a scheduling issue

19   because cheering for men's and women's basketball has come

20   first, and there's many a time on Saturday where my girls

21   have done a double team back to back and there's been a

22   1:00 o'clock game but we have to be at the arena by 12:00

23   noon, and we don't finish the game until 3:00, there's a

24   half-hour break in between before the men's game starts at

25   4:00 and we're not done until 6:00, so we lost the

1    opportunity to compete.  This has happened probably six

2    times this past year.

3              THE COURT:  Are most of the competitions, do

4    they involve groups of schools, much as the nationals did

5    where you have 16 schools and eight make the final and you

6    pick one, two, three?

7              THE WITNESS:  Again, I think everything is at

8    the mercy of the schedule.  So this year, for instance, we

9    competed in the Alameda Open and we typically, because of

10   the scheduling of that event, it's usually typically eight

11   to ten teams on that day competing.

12             THE COURT:  Let me try this.  Do you compete --

13   for example, do you call up Fairfield University and say,

14   hey, let's have a meet, a competition or whatever, head to

15   head?  Or is it more there's going to be six, eight, ten

16   ten, twelve --

17             THE WITNESS:  Six, eight, ten, twelve.  Is that

18   a good idea though?

19             THE COURT:  I don't know.  I'm just trying to

20   figure out how it works.

21             And then -- but there's no, for example, you

22   don't have to have achieved any particular outcome in any

23   competition in order to participate in nationals?

24   Nationals is open to anybody who sends in a tape that's

25   selected by --

 1              THE WITNESS:  The committee, yes, or through a

 2     camp bid, yes.

 3              THE COURT:  Or -- I'm sorry?

 4              THE WITNESS:  Or through a camp bid.  They've

 5     gone to camp and received a full or -- partial or fully

 6     paid bid.

 7              THE COURT:  Okay, all right.

 8              MR. ORLEANS:  Your Honor, I apologize to the

 9     court and to Ms. Powers and counsel but, you know, I think

10     I probably have ten, 15 minutes left and I'm sure

11     Ms. Gambardella is going to want to do some redirect.  I

12     think we've got to bring this witness back.

13              MS. GAMBARDELLA:  I doubt it.  I only have one

14     question.

15              THE COURT:  Go ahead.  Let's see if we can get

16     it done.

17              MR. ORLEANS:  All right.

18     BY MR. ORLEANS:

19     Q.   I think we've established, Ms. Powers, that there are

20     no NCAA eligibility rules for this sport?

21     A.   No.  I think that's correct.

22     Q.   Okay.  And you said you're going to have scholarship,

23     you've been told you'll have scholarships next year?

24     A.   I've been told there is scholarships forthcoming,

25     yes.

1    Q.   You have not -- have you promised scholarships to

2    any --

3    A.   No.

4    Q.   -- athletes for next year?

5    A.   Not at all.

6    Q.   And you already said that the rules or the score

7    sheets vary somewhat from venue to venue, is that correct?

8    A.   Slightly.  Not in the actual -- you know, an element

9    is an element.  A gymnastics element, both standing and

10   running are elements.  A partner element is an element.  A

11   pyramid score is an element.

12        The things that change are possibly some of the

13   things like you could see in an ice skating championship

14   or in a gymnastics championship where it's more about the

15   choreography and how it becomes a subjective part of the

16   score, and how they work, the overall effect.  Perfection

17   of routine, execution of routine.  You know, the grid

18   doesn't vary on how they are going to, how they are going

19   to score the skill.

20        What I think is the variance is what's -- I'm a

21   certified judge and so when I judge an event, I might be

22   put on the category of tumbling or might be put on --

23   let's just say I'm put on standing tumbling.  My eye has

24   to be at 20 girls to 35 girls, 36 girls on the mat, and

25   I'm watching to see how many execute a standing back tuck

1    and when they do and if they do, if they touch down and if

2    they touch down with hands is a deduction, and I have to

3    incorporate that deduction into my score as the team is

4    competing.  So I might be able to start them at a grid

5    score of nine to 11 on the high end but, depending on how

6    many girls have touched down, it's a .5 deduction for

7    every time a girl touches down, I have to take that into

8    consideration when judging.  And it's, quite frankly, the

9    same in a gymnastics meet or in an ice skating meet, which

10   is where I think the scoring has become comparative.

11   Q.   But I think you did say earlier there was some

12   variation from venue in venue in the score sheets?

13   A.   Variation, let me just clarify, it's not in the

14   undeniable skill.  It's in the overall effect.  Basically

15   it's the choreography of the routine.

16   Q.   Okay.  And but one thing that does vary competition

17   to competition and venue to venue is the number of

18   athletes competing?

19   A.   No, there was -- in one, I said it varies in one.  I

20   didn't say it varies in all.  I said it varies in one.  In

21   the college nationals they allow for 20 on the floor.

22   Q.   And in other events you've entered, they allow for

23   36?

24   A.   Yes.

25   Q.   You said something about in your judging there was

```
1    some --
2    A.    I said.
3    Q.    Between 20 --
4    A.    I said between 20 and 36.
5    Q.    Okay.  You've never had as many as 40 girls on the
6    team in the past, have you?
7    A.    No, I have not.
8    Q.    You've had 36?
9    A.    I said last year I believe I took 34.  It was my
10   highest I've ever taken.
11   Q.    And are you familiar with the Quinnipiac University
12   Athletic Department website?
13   A.    Yes.
14   Q.    And I think we established with another witness that
15   there was a website for the cheer squad that was then
16   changed sometime in April to competitive cheer?
17   A.    Correct.
18   Q.    Are you familiar with that?
19   A.    Yes.
20   Q.    Were you involved in making that change at all?
21   A.    No.
22   Q.    Have you looked at the website both before and after
23   the change was made?
24   A.    I have, and I would say right now we've got some more
25   work to do on it.
```

1    Q.   But I want to focus on the roster.  Would I be

2    correct that the list of girls who are currently listed as

3    being on the competitive cheer team is exactly the same

4    list of girls that were previously listed as cheerleaders?

5    A.   Correct.

6         MR. ORLEANS:  I'm almost finished, Your Honor.

7    I apologize for being slow.

8    BY MR. ORLEANS:

9    Q.   Within the academic, within the college year from

10   September through May or June, there is no defined

11   competitive season for competitive cheer, is that right?

12   A.   There has not been to date, no.  We've had our

13   typical year when we begin to compete which has been

14   pretty standard.

15   Q.   And the Northeast Conference, to which Quinnipiac

16   belongs, does not recognize competitive cheer as a varsity

17   sport, is that correct?

18   A.   Are you asking me if I know that or --

19   Q.   I'm asking you if you know that.

20   A.   I don't believe so.  What I do know is that two other

21   teams within our conference are looking to do the same.

22   Q.   Okay.  But they haven't done it yet?

23   A.   They are working towards that.

24   Q.   But they haven't done it yet?

25   A.   No.

1          MS. GAMBARDELLA:  Your Honor --

2          MR. ORLEANS:  I'm asking a yes or no question.

3          THE WITNESS:  It's okay.  I'm fine.

4          MR. ORLEANS:  She's holding her own just fine.

5          THE WITNESS:  I'm really quite fine.

6          MR. ORLEANS:  I have nothing further, Your

7   Honor.

8          MS. GAMBARDELLA:  I have two minutes.  I

9   promise.

10          Do you mind if I just do that, and -- take your

11   time.

12          MR. ORLEANS:  You start while I'm packing up.

13   I'll try to be quiet.

14   REDIRECT EXAMINATION

15   BY MS. GAMBARDELLA:

16   Q.   What is the standard competitive season for

17   competitive cheer?

18   A.   I think the standard season for competitive cheer is

19   competing twice in the first semester and possibly six to

20   eight times in the second.

21   Q.   All right.  And one last question.  If 36 and I think

22   you said most of the competitions are the maximum allowed

23   on the floor?

24   A.   Uh huh.  (Affirmative.)

25

1    Q.   What does "on the floor" mean?

2    A.   On the mat, on the matted surface.

3    Q.   Okay.  So why is 40 realistic?

4    A.   Because we typically lose some kids from that roster.

5    Q.   Right, so they get injured, they come back?

6    A.   They get injured.  The freshmen come in and it's

7    different than it was in high school for them.  Flyers are

8    expected to go one body high and when they get to college,

9    if they are a flyer, we ask them to go two and-a-half

10   bodies high, and they are asked to do backwards rotating

11   stunts and they are not allowed to do that by high school

12   federation rules.  So --

13   Q.   But they all practice and participate, correct?

14   A.   They all practice and participate, correct.

15   Q.   Just like some other teams, some people play one

16   game, some people are on the bench, correct?

17   A.   Absolutely.

18           MS. GAMBARDELLA:  Nothing further.

19           MR. ORLEANS:  Just one follow-up, Your Honor.

20           THE COURT:  All right.

21   RECROSS EXAMINATION

22   BY MR. ORLEANS:

23   Q.   Next year, in addition to the 40 that you intend to

24   have on the competitive cheer squad, there will also be a

25   sideline cheer squad, correct?

```
 1    A.   I'm being told they are making plans for that, yes.
 2    Q.   Do you know how many girls they will be looking for
 3    for that?
 4    A.   I have no idea.  I do know they will be seeking my
 5    assistance in that matter, on deciding that.
 6    Q.   Nothing further.  Thank you.
 7              MS. GAMBARDELLA:  Nothing further.
 8              THE COURT:  Thank you.  You're excused.
 9              THE WITNESS:  Thank you very much.
10              (Witness excused.)
11              THE COURT:  Quickly, we're going to return here
12    tomorrow morning at 9:30 and we're going to finish with
13    Mr. McDonald.
14              MS. GAMBARDELLA:  Yes.
15              THE COURT:  And have you two sorted out the
16    expert?
17              MS. GAMBARDELLA:  No.
18              MR. ORLEANS:  We have not yet, Your Honor.  I'm
19    hoping to have our designations tomorrow morning.
20              THE COURT:  That's fine.  And I'm granting the
21    motion to extend the trial brief deadline until tomorrow.
22              MS. GAMBARDELLA:  Not only smart but psychic.
23              THE COURT:  At the close of business tomorrow.
24              MS. GAMBARDELLA:  Thanks, Judge.
25              THE COURT:  I would urge you to work out the
```

```
 1    expert.  I would like to take a look at that at some
 2    point.
 3              MS. GAMBARDELLA:  Does it make sense for us to
 4    get here by 9:00 and see what we can accomplish by 9:30?
 5    So if you designate and cross designate, we can try to
 6    have this done.
 7              THE COURT:  Great idea.  All right, but once
 8    you're done, you're done with your live witnesses, we
 9    still have the issue -- I'll tell you, I'm inclined to
10    allow all three of these witnesses and if we need to, we
11    can come back Thursday morning, but I would rather have
12    more than less evidence, quite frankly, so --
13              MR. ORLEANS:  Okay.
14              MS. GAMBARDELLA:  All right.
15              THE COURT:  So if we can get it done tomorrow,
16    wonderful.  If not --
17              MS. GAMBARDELLA:  I know you don't want to hear
18    this but am I going to be allowed to depose this witness?
19              MR. ORLEANS:  Your Honor, the witness is a coach
20    at Quinnipiac.  I think at this point asking for a
21    deposition of her own employee is basically -- is a little
22    beyond --
23              MS. GAMBARDELLA:  Your Honor, we had already
24    been told that she wasn't put on the list on time because
25    they wanted to make sure we couldn't retaliate against
```

```
 1    her.  Now, what counsel is suggesting is I should take her

 2    in a room and interview her with Mr. McDonald so we can be

 3    accused of something else.  I don't want to do it.

 4              MR. HERNANDEZ:  With all due respect, Your

 5    Honor, that wasn't my representation.  My representation

 6    was we did not want to confirm her as a witness until we

 7    had spoken with that witness and had gotten an affirmative

 8    representation from the witness that she was, in fact,

 9    willing to testify in court.

10              MS. GAMBARDELLA:  The record speaks for itself.

11              MR. ORLEANS:  I think I said that we were

12    concerned about retaliation.

13              MS. GAMBARDELLA:  Thank you, Jonathan, because I

14    know I heard it.

15              MR. ORLEANS:  But I don't think we said that she

16    was concerned.

17              MS. GAMBARDELLA:  No, that is correct.  What I

18    don't want is anything to be misconstrued or anything to

19    be off the record.  That having been said, what I'm

20    willing to do is do an interview with counsel present

21    instead of a deposition.

22              THE COURT:  Sounds fine.  Sounds fine.  You can

23    do that --

24              MS. GAMBARDELLA:  We can do it tonight.  We can

25    do it tonight.
```

1          MR. HERNANDEZ:  The witness has left so --

2          MR. ORLEANS:  We can try to reach her by

3   telephone.

4          MR. HERNANDEZ:  Or by phone.

5          MS. GAMBARDELLA:  Or early tomorrow.  We'll work

6   it out.

7          MR. HERNANDEZ:  We'll work it out.

8          THE COURT:  Very good.

9          MS. GAMBARDELLA:  Thank you.

10          THE COURT:  But in terms of trying to get

11   through tomorrow, are we optimistic we're going to get

12   through --

13          MS. GAMBARDELLA:  You can be.  I have Tracey

14   Flynn for a very limited purpose because we got through a

15   lot, but I'm sure you appreciate why she has to be called

16   for a limited purpose.  And then we just have the three.

17          MR. ORLEANS:  We have to finish Mr. McDonald and

18   that shouldn't take too long.

19          THE COURT:  Very good.  All right, excellent.

20   We'll see you -- you'll be here at 9:00, I'll be here

21   9:30.  Have a great night.  We'll stand adjourned.

22          (Whereupon the above matter was adjourned at 4:45

23   o'clock, p. m.)

24

25

C E R T I F I C A T E


          I, Susan E. Catucci, RMR, Official Court

Reporter for the United States District Court for the

District of Connecticut, do hereby certify that the

foregoing pages are a true and accurate transcription of

my shorthand notes taken in the aforementioned matter to

the best of my skill and ability.



          /S/ Susan E. Catucci
          _____

          Susan E. Catucci, RMR
          Official Court Reporter
          915 Lafayette Boulevard
       Bridgeport, Connecticut  06604
          Tel: (917) 703-0761