**PROSKAUER ROSE LLP**



FILED
2009 OCT

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
HONG KONG
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Edward A. Brill
Member of the Firm

Direct Dial 212.969.3015
ebrill@proskauer.com

October 20, 2009

**By Facsimile**

The Honorable Stefan R. Underhill
United States District Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard - Suite 411
Bridgeport, Connecticut 06604

**Re:   Biediger et al., v. Quinnipiac University, 3:09-CV-00621**

Dear Judge Underhill:

We represent the defendant, Quinnipiac University, in this action. I write in advance of the conference scheduled on October 22, 2009. In the draft Rule 26(f) plan that was submitted to the Court on September 18, 2009, the defendant proposed a schedule that included many dates that have now passed or have become impractical. I, therefore, attach a revised proposed schedule for the Court's consideration.

Respectfully submitted,

Edward A. Brill

Attachment

cc:   Jonathan Orleans, Esq. (w/attachment)
      Alex Hernandez, Esq. (w/attachment)
      Kristen Galles, Esq. (w/attachment)
      Mary Gambardella Esq. (w/attachment)

# Biediger, et al v. Quinnipiac University

## Defendant's Proposed Schedule

|  | Rule 26(f) Report | Modified Proposal |
|---|---|---|
| **Joinder of Parties & Amendment of Pleadings** |  |  |
| Motions to Add Parties/ Amend Complaint | September 18, 2009 | November 13, 2009 |
| Motion for Class Certification | October 19, 2009 | November 13, 2009 |
| Defendant to Add Parties | N/A | N/A |
| Defendant's Response to Amended complaint | within time permitted by rules | within time permitted by rules |
| **Discovery** |  |  |
| Cutoff | December 22, 2009 | February 5, 2009 |
| Depositions of Fact Witnesses | October 30, 2009 | December 22, 2009 |
| *Plaintiffs' Experts* |  |  |
| Designations and Rule 26(a)(2) Reports | November 16, 2009 | December 22, 2009 |
| Depositions | November 30, 2009 | January 15, 2010 |
| *Defendants' Experts* |  |  |
| Designations and Rule 26(a)(2) Reports | December 7, 2009 | January 22, 2010 |
| Depositions | December 22, 2009 | February 5, 2010 |
| *Rebuttal Experts* |  |  |
| Designation/Rule 26(a)(2) Reports | leave of court required | leave of court required |
| Depositions | — | — |
| Damages Analysis | October 1, 2009 | November 13, 2009 |

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
HONG KONG
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

## Fax Transmittal

| Date | October 20, 2009 | Client-Matter | 60224-002 |
|---|---|---|---|
| Total Pages (Including Cover) | | 3 | |
| From | Edward A. Brill | | |
| Sender's Voice Number | 212-969-3015 | Sender's Room Number | 2156 |
| Sender's Email Address | ebrill@proskauer.com | Main Fax Number | 212.969.2900 |
| To: | The Honorable Stefan R. Underhill | Fax No.: | 203-579-5704 |
| Company: | United States District Court | Voice No.: | 203-579-5714 |

**Message**

RE:   Biediger et al., v. Quinnipiac University, 3:09-CV-00621

**Confidentiality Note:** This message is confidential and intended only for the use of the addressee(s) named above. It may contain legally privileged material. Dissemination, distribution or copying of this message, other than by such addressee(s), is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original to us at the address above. We will reimburse you for the cost of the telephone call and postage. Thank you.