IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER ERIN OVERDEVEST, KRISTEN CORINALDESI, and LOGAN RIKER, individually and on behalf of all those similarly situated; and ROBIN LAMOTT SPARKS, individually, <br><br> Plaintiffs, <br> v. <br><br> QUINNIPIAC UNIVERSITY, <br><br> Defendant. | Case No. 3:09-CV-621(SRU) <br><br><br><br><br><br><br><br><br><br><br><br> February 1, 2010 |

**DECLARATION OF ALEX V. HERNANDEZ IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION**

I, ALEX V. HERNANDEZ, declare as follows:

1. I am over the age of 18 and am competent to testify about the matters set forth herein.

2. I am one of the attorneys for the plaintiffs in the above-captioned action. I submit this declaration to demonstrate my adequacy to serve as class counsel under Fed. R. Civ. P. 23(a)(4).

3. I have been admitted to the bar of this Court since 1991. I am also admitted to practice in the states of Connecticut and New York, the U.S. District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

4. I began my legal career in 1986 as an Assistant District Attorney in New York County where I litigated numerous criminal and civil cases.  As an Assistant District Attorney, I also represented the People of the State of New York on a number of occasions on appeal before the Appellate Division, First Department and on one occasion before the New York Court of Appeals.

5. In 1991, I was appointed to the position of Assistant United States Attorney for the District of Connecticut where I served until 2007.  During my tenure as an Assistant United States Attorney, I prosecuted numerous cases before this Court, and represented the United States on appeal numerous times before the United States Court of Appeals for the Second Circuit.

6. In 2007, I joined the law firm of Pullman & Comley, LLC,  where I have practiced as a civil and criminal litigator in Connecticut Superior Court, and in the United States District Court for the District of Connecticut.  I have also represented persons in criminal matters in the United States District Courts of New Jersey and the Southern District of New York.  I am a member of the Criminal Justice Act panel of court-approved defense counsel for the indigent in the District of Connecticut and have been certified as a Special Public Defender for the State of Connecticut.

7. I have been a cooperating attorney with the American Civil Liberties Union  of Connecticut for approximately 10 months.  The instant litigation is my first Title IX case, and my first as a cooperating attorney with the American Civil Liberties Union  of Connecticut.

8. I have served as local counsel in one class action case in federal court, *Rodriguez et al v. Bear Stearns Co Inc et al,* 3:07cv1816(JCH).  The instant litigation is my first experience representing class plaintiffs.  However, my co-counsel in this matter, Attorney Kristen Galles, is experienced in representing class plaintiffs in Title IX actions.

9. With Attorney Galles, my partner Jonathan B. Orleans, and Attorney David McGuire of the ACLU Foundation of Connecticut, I represented the plaintiffs herein in obtaining the preliminary injunction entered by the Court in this action.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and recollection.

Executed this 1st day of February, 2010, in Bridgeport, CT.

By: /s/ *Alex V. Hernandez*
Alex V. Hernandez

### CERTIFICATION of SERVICE

I hereby certify that on the date hereon, a copy of the foregoing *DECLARATION OF ALEX V. HERNANDEZ IN SUPPORT OF MOTION FOR CLASS CERTIFICATION* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Alex V. Hernandez*
Alex V. Hernandez (ct08345)

ACTIVE/73061.1/AHERNANDEZ/2006782v1