IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER ERIN OVERDEVEST, KRISTEN CORINALDESI, and LOGAN RIKER individually and on behalf of all those similarly situated; and ROBIN LAMOTT SPARKS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>Defendant. | Case No. 3:09-CV-621(SRU)<br><br><br><br><br><br><br><br><br><br><br><br>February 20, 2010 |

## DECLARATION OF KAYLA LAWLER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Kayla Lawler, state and declare as follows:

1. I am a named plaintiff in the above-referenced matter. I am a female student at Quinnipiac University ("QU"). The facts contained in this declaration are within my personal knowledge, and I could and would testify truthfully to those facts if called to do so under oath.

2. I am currently a member of the women's varsity intercollegiate volleyball team at QU. I want to continue playing varsity volleyball at QU until I exhaust my NCAA athletic eligibility. Thus, I oppose any plan or attempt by QU to eliminate volleyball or any other varsity women's athletic participation opportunities. On the contrary, I want to make sure that QU provides female students with as many legitimate (not contrived) athletic participation opportunities as possible. I filed this action to stop QU from eliminating women's participation opportunities and to require QU to add more participation opportunities until QU provides female students with equity compared to male students.

3. QU provides members of varsity athletic teams with athletic financial assistance. I receive such aid. I filed this action to make sure that QU does not eliminate any aid from female athletes and to require QU to allocate more athletic financial assistance to female athletes and women's teams until QU provides female students with athletic scholarship equity compared to male students.

4. QU provides members of varsity athletic teams with many benefits unique to athletics such as sports equipment, supplies, uniforms, transportation to/from competitions, travel and per diem for competitions, competition and practice facilities, locker rooms, medical and training services, strength and conditioning services, access to coaching, academic support services, recruiting support, and publicity. Based upon my own observation and information provided by other QU athletes, I believe that QU provides more benefits to male athletes than to female athletes   I filed this action to investigate this belief and to require QU to provide female athletes with the same and/or comparable benefits as it provides to male athletes.

5. I am willing to serve as a class representative on behalf of all similarly situated present, prospective, and future female students at QU, as well as those deterred from enrolling at QU because of the alleged sex discrimination.

6. I filed this action to make sure that QU complies with Title IX and provides female students with an equal opportunity to participate in and receive scholarship aid in athletics --- and to be treated equitably once they participate. I am committed to actively pursing this case on behalf of all class members to obtain equal opportunity for women in sports.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Executed this 20 day of February, 2010, in Hamden, Connecticut.

By: *Kayla Lawler*
Kayla Lawler

ACTIVE/73061.1/JORLEANS/2012194v1

3

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2010, a copy of foregoing *DECLARATION OF KAYLA LAWLER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Jonathan B. Orleans
                                        Jonathan B. Orleans (ct05440)