HONORABLE: _____

DEPUTY CLERK _____   RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☐ ………… Jury of _____ Report ☐ Jury sworn
☐ ………… Jury Trial held ☐ Jury Trial continued until _____ at _____
☐ ………… Court Trial begun   Court Trial held   Court Trial continued until _____
☐ ………… Court Trial concluded ☐ DECISION RESERVED
☐ ….# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… _____ ☐ filed ☐ docketed
☐ …… _____ ☐ filed ☐ docketed
☐ …… _____ ☐ filed ☐ docketed
☐ …… _____ ☐ filed ☐ docketed
☐ …… _____ ☐ filed ☐ docketed
☐ ………… Plaintiff(s) rests ☐ Defendant(s) rests
☐ ………… Briefs(s) due __ Pltf _____ __ Deft _____ Reply _____
☐ ………… ☐ Summations held ☐ Court's Charge to the Jury
☐ ………… All full exhibits, ☐ Verdict form,   Interrogatories to the jury handed to jury
☐ ………… Jury commences deliberations at _____
☐ ………… Court orders Jury to be fed at Govt. Expense (bill w/copy to Jury Clerk)
☐ ………… SEE page 2 for verdict
☐ ………… COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____