UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER, ERIN OVERDEVEST, KRISTEN CORINALDESI, and LOGAN RIKER, individually and on behalf of all those similarly situated, and ROBIN LAMOTT SPARKS, individually,<br>        Plaintiffs,<br><br>     v.<br><br>QUINNIPIAC UNIVERSITY,<br>        Defendant. | No. 3:09cv621 (SRU) |

### INJUNCTION ORDER

The defendant, Quinnipiac University, has violated Title IX of the Education Amendments of 1972 (20 U.S.C. § 162, *et seq.*), and the regulations adopted pursuant thereto (34 C.F.R. Part 106).  *See* Mem. of Decision (July 21, 2010) (doc. # 171).  Accordingly, pursuant to Rule 65 of the Federal Rules of Civil Procedure, it is hereby ordered that:

(1) Quinnipiac University and its officers, agents, servants, and employees are permanently enjoined from discriminating against female students on the basis of sex by failing to provide equal athletic participation opportunities;

(2) Quinnipiac University shall not eliminate its women's volleyball team; and

(3) By September 21, 2010, the defendant shall submit to the court a compliance plan detailing how it will achieve compliance with Title IX and its regulations.

This injunction shall remain in force pending further court order.

It is so ordered.

Dated at Bridgeport, Connecticut, this 22d day of July 2010.

                        /s/ Stefan R. Underhill
                             Stefan R. Underhill
                             United States District Judge