STEPHANIE BIEDIGER, KAYLA LAWLER,    :
ERIN OVERDEVEST, KRISTEN             :
CORINALDESI, and LOGAN RIKER,     :     10-3302-cv
individually and on behalf of all those    :
similarly situated; and                   :
ROBIN LAMOTT SPARKS, individually,  :     CIVIL ACTION NO
                                     :     3:09-cv-00621-SRU
            Plaintiffs-Appellees,  :
                                 :
   v.                              :
                                 :
QUINNIPIAC UNIVERSITY,         :     August 26, 2010
                                 :
           Defendant-Appellant. :

## INDEX TO THE RECORD ON APPEAL

|  | Document No. |
|---|---|
| VERIFIED COMPLAINT against Quinnipiac Univ (Filing fee $ 350 receipt number B017758), filed by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker (Torres, K.) (Entered:  04/20/2009) | 1 |
| MOTION for Temporary Restraining Order & Preliminary Injunction (Responses due by 5/7/2009,) by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Attachments:  # 1 Memorandum in Support, # 2 Text of Proposed Order -Temporary Restraining Order, # 3 Text of Proposed Order - Preliminary Injunction) (Torres, K.) (Entered: 04/20/2009) | 2 |
| MOTION for Order to Show Cause by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker, (Attachments:  # 1 Text of Proposed Order to Appear and Show Cause) (Torres, K.) (Entered:  04/20/2009) | 3 |
| MOTION for Waiver of Security by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. Responses due by 5/7/2009 (Torres, K.) (Entered:  04/20/2009) | 4 |
| Sealed Document:  Unredacted Complaint by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Torres, K.) (Entered:  04/20/2009) | 7 |

|  | Document No. |
|---|---|
| Sealed Document:  Unredacted MOTION for Temporary Restraining Order & Preliminary Injunction by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Attachments:  # 1 Memorandum in Support) (Torres, K.) (Entered:  04/20/2009) | 8 |
| Sealed Document:  Unredacted MOTION for Order to Show Cause by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Torres, K.) (Entered: 04/20/2009) | 9 |
| Sealed Document:  Unredacted MOTION for Waiver of Security by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Torres, K.) (Entered: 04/20/2009) | 10 |
| Memorandum in Opposition re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Quinnipiac Univ. (Bardavid, Jonathan) (Entered:  04/21/2009) | 13 |
| AFFIDAVIT re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction Signed By John McDonald filed by Quinnipiac Univ. (Bardavid, Jonathan) (Entered:  04/21/2009) | 14 |
| Minute Entry. Proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 4/17/2009 re 3 MOTION for Order to Show Cause, 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction. Oral ruling issued finding as moot (withdrawn) 2 Motion for TRO; granting 3 Motion for Order to Show Cause. A hearing re MOTION for Preliminary Injunction shall be held on May 11, 2009 at 9:30 a.m. Pretrial Memorandum shall be due 5/6/09 and a Pretrial Conference shall be held on 5/7/09 at 3:30 p.m., Room 411, 915 Lafayette Blvd, Bridgeport, CT. 30 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  04/21/2009) | 16 |
| Summons Issued as to Quinnipiac Univ. (Torres, K.) Modified on 4/22/2009 to edit file date (Torres, K.). (Entered:  04/20/2009) | |
| Minute Entry for proceedings held before Judge Stefan R. Underhill: Telephone Scheduling Conference held on 5/1/2009. 30 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  06/11/2009) | |
| MEMORANDUM of telephone conference re timeliness of plaintiffs' expert disclosure, as required under Rule 26 of the Federal Rules of Civil Procedure. Signed by Judge Stefan R. Underhill on 5/4/09. (Candee, D.) (Entered:  05/05/2009) | 22 |

<table>
<tr><td></td><td style="text-align:right">Document No.</td></tr>
</table>

| | Document No. |
|---|---|
| MOTION to Dismiss *Complaint by Plaintiffs Overdevest and Sparks* by Quinnipiac Univ.Responses due by 5/26/2009 (Bardavid, Jonathan) (Entered:  05/05/2009) | 23 |
| Memorandum in Support re 23 MOTION to Dismiss *Complaint by Plaintiffs Overdevest and Sparks* filed by Quinnipiac Univ. (Bardavid, Jonathan) (Entered:  05/05/2009) | 24 |
| MOTION for Hearing re 23 MOTION to Dismiss *Complaint by Plaintiffs Overdevest and Sparks* by Quinnipiac Univ. (Attachments:  # 1 Memorandum in Support) (S-Candee, D.) (Entered:  05/06/2009) | 25 |
| MOTION to Preclude Testimony of Dr. Lopiano by Quinnipiac Univ.Responses due by 5/28/2009 (Bardavid, Jonathan) (Entered:  05/07/2009) | 26 |
| Memorandum in Support re 26 MOTION to Preclude Testimony of Dr. Lopiano filed by Quinnipiac Univ. (Bardavid, Jonathan) (Entered:  05/07/2009) | 27 |
| TRIAL MEMO *Joint* by Quinnipiac Univ, Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Lesley Riker, Robin Lamott Sparks. (Bardavid, Jonathan) Modified on 5/19/2009 to add filers. (Candee, D.). (Entered:  05/07/2009) | 28 |
| Minute Entry for proceedings held before Judge Stefan R. Underhill: Pretrial Conference held on 5/7/2009. Total Time:  1 hour and 30 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  06/11/2009) | |
| Supplemental MOTION for Disclosure *of Potential Witness* by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Hernandez, Alex) (Entered:  05/08/2009) | 29 |
| MOTION to Compel (*Letter Re:  Work Product Issue Discussed at Pretrial Conference)* by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. Responses due by 5/29/2009 (Orleans, Jonathan) (Entered:  05/08/2009) | 30 |
| Memorandum in Opposition re 4 MOTION for Waiver of Security filed by Quinnipiac Univ. (Gambardella, Mary) (Entered:  05/08/2009) | 31 |

3

|  | Document No. |
|---|---|
| Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 5/11/2009 re 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Kristen Corinaldesi, Erin Overdevest, Kayla Lawler, Stephanie Biediger, L. R., Robin Lamott Sparks, Lesley Riker. Total Time:  6 hours and 25 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  05/12/2009) | 32 |
| Minute Entry for proceedings held before Judge Stefan R. Underhill: Telephone Status Conference held on 4/23/2009. Total Time:  1 hour (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  05/13/2009) | 33 |
| Minute Entry. Proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 5/12/2009 re 29 Supplemental MOTION for Disclosure, 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction, 30 MOTION to Compel. Oral ruling issued by Judge Underhill granting 29 Motion for Disclosure; denying as moot 30 Motion to Compel; taking under advisement 2 Motion for Preliminary Injunction. Total Time:  4 hours and 40 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  05/13/2009) | 34 |
| ORAL MOTION for Judgment as a Matter of Law by Quinnipiac Univ.Responses due by 6/3/2009 (Sbalbi, B.) (Entered:  05/13/2009) | 35 |
| Minute Entry. Proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 5/13/2009 re 35 MOTION for Judgment as a Matter of Law, 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction. Oral ruling issued by Judge Underhill denying 35 Motion for Judgment as a Matter of Law; taking under advisement 2 Motion for Preliminary Injunction. Total Time:  4 hours and 05 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  05/13/2009) | 36 |
| MOTION to Strike *Testimony of Germaine Fairchild* by Quinnipiac Univ.Responses due by 6/4/2009 (Bardavid, Jonathan) (Entered: 05/14/2009) | 37 |
| TRANSCRIPT of Proceedings held on 4/17/09 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Pretrial Conference. NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due | 38 |

|  | Document No. |
|---|---|

6/4/2009. Redacted Transcript Deadline set for 6/14/2009. Release of Transcript Restriction set for 8/12/2009. (Catucci, S.) (Entered: 05/14/2009)

NOTICE by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker (Orleans, Jonathan) Modified on 5/15/2009 (Simpson, T.). Modified on 5/15/2009 (Simpson, T.). (Entered: 05/14/2009)   **39**

NOTICE by Quinnipiac Univ re 39 Notice (Other) *Cross-Designation* (Bardavid, Jonathan) Modified on 5/15/2009 (Simpson, T.). Modified on 5/15/2009 (Simpson, T.). (Entered: 05/14/2009)   **40**

TRIAL MEMO by Quinnipiac Univ. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Affidavit D, # 5 Appendix E) (Bardavid, Jonathan) (Entered: 05/14/2009)   **41**

Proposed Findings of Fact and Conclusions of Law by Quinnipiac Univ. (Bardavid, Jonathan) (Entered: 05/14/2009)   **42**

TRIAL MEMO *re Preliminary Injunction* by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Attachments: # 1 Appendix) (Orleans, Jonathan) (Entered: 05/14/2009)   **43**

Minute Entry. Proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 5/14/2009 re 26 MOTION to Preclude Testimony, 37 MOTION to Strike, 2 Motion for Preliminary Injunction. Oral ruling issued by Judge Underhill denying 37 Motion to Strike; taking under advisement 2 Motion for Preliminary Injunction; denying 26 Motion to Preclude. Total Time: 1 hour and 25 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered: 05/15/2009)   **44**

Marked Witness List by L. R., Robin Lamott Sparks, Quinnipiac Univ, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Sbalbi, B.) (Entered: 05/15/2009)   **45**

Marked Exhibit List by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Sbalbi, B.) (Entered: 05/15/2009)   **46**

Marked Exhibit List by Quinnipiac Univ. (Sbalbi, B.) (Entered: 05/15/2009)   **47**

Docket Entry Correction re 40 Notice (Other), 39 Notice (Other) MODIFIED BOTH ENTRIES TO NOTE DOCUMENTS ENTERED IN

Document No.

ERROR - PER THE LOCAL RULES, DISCOVERY IS NOT TO BE FILED (Simpson, T.) (Entered:  05/15/2009)

Docket Entry Correction re 40 Notice (Other), 39 Notice (Other) MODIFIED TO REMOVE ENTERED IN ERROR TEXT. ENTRIES ARE ACCEPTABLE BY THE JUDGE AS IS (Simpson, T.) (Entered:  05/15/2009)

Proposed Findings of Fact and Conclusions of Law re 2 Motion for Preliminary Injunction by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Orleans, Jonathan) Modified on 5/20/2009 to create link to document # 2 (Candee, D.). (Entered:  05/19/2009) — 48

ORDER granting 2 Motion for Preliminary Injunction. Signed by Judge Stefan R. Underhill on 05/22/2009. (Penberthy, Katherine) (Entered:  05/22/2009) — 51

Minute Entry for proceedings held before Judge William I. Garfinkel: Telephone Pre-Settlement Conference held on 6/16/2009. 15 minutes (Sanders, C.) (Entered:  06/16/2009) — 58

Memorandum in Opposition re 23 MOTION to Dismiss *Complaint by Plaintiffs Overdevest and Sparks* filed by L. R., Robin Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker. (Orleans, Jonathan) (Entered:  07/24/2009) — 68

Minute Entry for proceedings held before Judge William I. Garfinkel: Settlement Conference held on 7/27/2009. Case not settled. Counsel will contact the court for a follow-up. Total Time:  4 hours and 30 minutes (Sanders, C.) (Entered:  07/27/2009) — 69

MOTION to Withdraw *Without Prejudice Its 23. Motion Dismiss Complaint by Plaintiff Robin Sparks* by Quinnipiac Univ. (Gambardella, Mary) Modified on 8/17/2009 to create link to document # 23 (Candee, D.). (Entered:  08/13/2009) — 72

ORDER granting 72 Motion to Withdraw 23 MOTION to Dismiss Complaint. Signed by Judge Stefan R. Underhill on 8/17/09. (Sbalbi, B.) (Entered:  08/17/2009) — 73

ORDER re (withdrawn) 23 Motion to Dismiss; finding as moot 25 Motion for Hearing. Signed by Judge Stefan R. Underhill on 8/17/09. (Sbalbi, B.) (Entered:  08/17/2009) — 74

|                                                                                 | Document No. |
|---------------------------------------------------------------------------------|:------------:|

NOTICE TO COUNSEL - Parties are to file a Form 26(f) report by 10/5/09 along with a written statement signed by all counsel and pro se parties explaining why sanctions should not be imposed for the parties' failure to comply with Local Rule 26(f). Failure to comply with this order will result in dismissal of the complaint. Signed by Clerk on 9/15/09. (Candee, D.) Modified on 9/17/2009 (Candee, D.). (Entered:  09/17/2009)                                                                           77

Docket Entry Correction - Docket entry 77 Notice modified to indicate correct signature on document. (Candee, D.) (Entered:  09/17/2009)

REPORT of Rule 26(f) Planning Meeting. (Orleans, Jonathan) (Entered:  09/17/2009)                                                                       78

TRANSCRIPT of Proceedings held on 5/11/09 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Jury Trial (Morning Session). NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 10/27/2009. Redacted Transcript Deadline set for 11/6/2009. Release of Transcript Restriction set for 1/4/2010. (Catucci, S.) (Entered:  10/06/2009)                                                                       81

TRANSCRIPT of Proceedings held on 5/11/09 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Preliminary Injunction Hearing (Afternoon Session). NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 10/27/2009. Redacted Transcript Deadline set for 11/6/2009. Release of Transcript Restriction set for 1/4/2010. (Catucci, S.) (Entered:  10/06/2009)                                                                       82

TRANSCRIPT of Proceedings held on 5/12/09 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Preliminary Injunction Hearing (Part 1). NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar                                                                       83

days. The policy is located on our website at www.ctd.uscourts.gov.
Redaction Request due 10/27/2009. Redacted Transcript Deadline set
for 11/6/2009. Release of Transcript Restriction set for 1/4/2010.
(Catucci, S.) (Entered:  10/06/2009)

TRANSCRIPT of Proceedings held on 5/12/09 before Judge Stefan R.          84
Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:
Preliminary Injunction hearing (Part 2). NOTICE RE REDACTION OF
TRANSCRIPTS:  The parties have seven (7) calendar days to file with
the Court a Notice of Intent to Request Redaction of this transcript. If
no such Notice is filed, the transcript will be made remotely
electronically available to the public without redaction after 90 calendar
days. The policy is located on our website at www.ctd.uscourts.gov.
Redaction Request due 10/27/2009. Redacted Transcript Deadline set
for 11/6/2009. Release of Transcript Restriction set for 1/4/2010.
(Catucci, S.) (Entered:  10/06/2009)

TRANSCRIPT of Proceedings held on 5/12/09 before Judge Stefan R.          85
Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:
Preliminary Injunction Hearing (Part 3). NOTICE RE REDACTION OF
TRANSCRIPTS:  The parties have seven (7) calendar days to file with
the Court a Notice of Intent to Request Redaction of this transcript. If
no such Notice is filed, the transcript will be made remotely
electronically available to the public without redaction after 90 calendar
days. The policy is located on our website at www.ctd.uscourts.gov.
Redaction Request due 10/27/2009. Redacted Transcript Deadline set
for 11/6/2009. Release of Transcript Restriction set for 1/4/2010.
(Catucci, S.) (Entered:  10/06/2009)

TRANSCRIPT of Proceedings held on 5/12/09 before Judge Stefan R.          86
Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:
Preliminary Injunction Hearing (Part 4). NOTICE RE REDACTION OF
TRANSCRIPTS:  The parties have seven (7) calendar days to file with
the Court a Notice of Intent to Request Redaction of this transcript. If
no such Notice is filed, the transcript will be made remotely
electronically available to the public without redaction after 90 calendar
days. The policy is located on our website at www.ctd.uscourts.gov.
Redaction Request due 10/27/2009. Redacted Transcript Deadline set
for 11/6/2009. Release of Transcript Restriction set for 1/4/2010.
(Catucci, S.) (Entered:  10/06/2009)

TRANSCRIPT of Proceedings held on 5/13/09 before Judge Stefan R.          87
Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:
Preliminary Injunction Hearing. NOTICE RE REDACTION OF
TRANSCRIPTS:  The parties have seven (7) calendar days to file with
the Court a Notice of Intent to Request Redaction of this transcript. If

<u>Document No.</u>

no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 10/27/2009. Redacted Transcript Deadline set for 11/6/2009. Release of Transcript Restriction set for 1/4/2010. (Catucci, S.) (Entered:  10/06/2009)

TRANSCRIPT of Proceedings held on 5/14/09 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing: Preliminary Injunction Hearing. NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 10/27/2009. Redacted Transcript Deadline set for 11/6/2009. Release of Transcript Restriction set for 1/4/2010. (Catucci, S.) (Entered:  10/06/2009)     88

Memorandum of scheduling conference held on 10/23/2009 before Judge Stefan R. Underhill. Bench trial is scheduled to begin May 3, 2010. Parties are requested to confer about dates for motions to join new parties, motions to certify a class, and matters relating to discovery. Total Time:  1 hour (Court Reporter Susan Catucci.) (Yaster, B.) (Entered:  10/23/2009)     89

Letter from Edward A. Brill Dated 10/20/09 Re:  revised 26(f) report schedule. (Candee, D.) (Entered:  10/27/2009)     91

ORDER re 78 Report of Rule 26(f) Planning Meeting. Report approved. Discovery shall be completed by 10/1/10 and dispositive motions shall be filed by 11/1/10. Signed by Judge Stefan R. Underhill on 10/27/09. (Sbalbi, B.) (Entered:  10/27/2009)     92

MOTION for Court approval of proposed Schedule for pre-trial discovery (Exhibit A) and re-set trial date for July 2010 by Robin Lamott Sparks. Responses due by 12/3/2009 (Attachments:  # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Orleans, Jonathan) (Entered:  11/12/2009)     94

ORDER granting 4 Motion for waiver of security. Signed by Judge Stefan R. Underhill on 11/16/09. (Sbalbi, B.) (Entered:  11/16/2009)     96

Memorandum in Opposition *to Plaintiffs' Motion for Miscellaneous Relief.* re 94 MOTION for Court approval of proposed Schedule for pre-trial discovery (Exhibit A) and re-set trial date for July 2010     97

Document No.

MOTION for Court approval of proposed Schedule for pre-trial
discovery (Exhibit A) and re-set trial date for July 2010 filed by
Quinnipiac Univ. (Attachments:  # 1 Exhibit 1, # 2 Exhibit 2, # 3
Exhibit 3) (Brill, Edward) (Entered:  11/17/2009)

CONFERENCE MEMORANDUM re telephone conference held before                98
Judge Stefan R. Underhill on 11/19/2009. Discovery and trial dates
were reset. 94 Motion for court approval of proposed scheduling order
was granted in part and denied in part. Signed by Judge Stefan R.
Underhill on 11/20/2009. (Yaster, B.) (Entered:  11/20/2009)

Set Deadlines/Hearings:  Discovery due by 6/15/2010. Bench Trial set
for 6/28/2010 at 9:00 AM in Courtroom One, 915 Lafayette Blvd.,
Bridgeport, CT before Judge Stefan R. Underhill (Sbalbi, B.)
(Entered:  12/03/2009)

Minute Entry for proceedings held before Judge Stefan R. Underhill:        100
Telephone Status Conference held on 11/19/2009. Total Time:  1 hour
(Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  12/09/2009)

AMENDED COMPLAINT against Quinnipiac Univ, filed by Robin               101
Lamott Sparks, Stephanie Biediger, Kayla Lawler, Erin Overdevest,
Kristen Corinaldesi, Lesley Riker. (Attachments:  # 1 Exhibit 2, # 2
Exhibit Four, # 3 Exhibit Five) (Orleans, Jonathan)
(Entered:  12/09/2009)

EXHIBIT *1 Part 1* by L. R., Robin Lamott Sparks, Stephanie Biediger,     102
Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, Lesley Riker re
101 Amended Complaint. (Attachments:  # 1 Exhibit 1 Part 2, # 2
Exhibit 3 Part 1, # 3 Exhibit 3 Part 2) (Orleans, Jonathan)
(Entered:  12/10/2009)

ORDER granting 99 Motion for Extension of Time to 12/9/09 to file          103
amended complaint and to 1/13/10 for defendants to respond to 101
Amended Complaint. Signed by Judge Stefan R. Underhill on
12/11/09. (Sbalbi, B.) (Entered:  12/11/2009)

*Defendant's* ANSWER to 101 Amended Complaint with Affirmative           104
Defenses. *Defendant's Answer to the First Amended Class Action
Complaint* by Quinnipiac Univ. (Brill, Edward) (Entered:  01/13/2010)

MOTION to Certify Class by Robin Lamott Sparks, Stephanie Biediger,      107
Logan Riker, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi.
Responses due by 2/22/2010 (Hernandez, Alex)
(Entered:  02/01/2010)

10

|  | Document No. |
|---|---|
| Memorandum in Support re <u>107</u> MOTION to Certify Class filed by Robin Lamott Sparks, Stephanie Biediger, Logan Riker, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi. (Hernandez, Alex) (Entered: 02/01/2010) | 108 |
| AFFIDAVIT re <u>108</u> Memorandum in Support of Motion, <u>107</u> MOTION to Certify Class Signed By Kristen Galles filed by Robin Lamott Sparks, Stephanie Biediger, Logan Riker, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi. (Hernandez, Alex) (Entered: 02/01/2010) | 109 |
| AFFIDAVIT re <u>108</u> Memorandum in Support of Motion, <u>107</u> MOTION to Certify Class Signed By Jonathan B. Orleans filed by Robin Lamott Sparks, Stephanie Biediger, Logan Riker, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi. (Hernandez, Alex) (Entered: 02/01/2010) | 110 |
| AFFIDAVIT re <u>108</u> Memorandum in Support of Motion, <u>107</u> MOTION to Certify Class Signed By Alex V. Hernandez filed by Robin Lamott Sparks, Stephanie Biediger, Logan Riker, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi. (Hernandez, Alex) (Entered: 02/01/2010) | 111 |
| TRANSCRIPT of Proceedings held on 10/22/09 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. Type of Hearing: Status Conference. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 2/25/2010. Redacted Transcript Deadline set for 3/7/2010. Release of Transcript Restriction set for 5/5/2010. (Catucci, S.) (Entered: 02/04/2010) | 112 |
| AFFIDAVIT re <u>108</u> Memorandum in Support of Motion, <u>107</u> MOTION to Certify Class Signed By Erin Overdevest filed by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, L. R., Lesley Riker, Logan Riker, Robin Lamott Sparks. (Orleans, Jonathan) (Entered: 03/01/2010) | 115 |
| AFFIDAVIT re <u>108</u> Memorandum in Support of Motion, <u>107</u> MOTION to Certify Class Signed By Kayla Lawler filed by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, L. R., Lesley Riker, Logan Riker, Robin Lamott Sparks. (Orleans, Jonathan) (Entered: 03/01/2010) | 116 |

| | Document No. |
|---|---|
| AFFIDAVIT re 108 Memorandum in Support of Motion, 107 MOTION to Certify Class Signed By Stephanie Biediger filed by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, L. R., Lesley Riker, Logan Riker, Robin Lamott Sparks. (Orleans, Jonathan) (Entered:  03/01/2010) | 117 |
| AFFIDAVIT re 108 Memorandum in Support of Motion, 107 MOTION to Certify Class Signed By Kristen Corinaldesi filed by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, L. R., Lesley Riker, Logan Riker, Robin Lamott Sparks. (Orleans, Jonathan) (Entered:  03/01/2010) | 118 |
| Memorandum in Opposition *to Plaintiffs' Motion for Class Certification* re 107 MOTION to Certify Class filed by Quinnipiac Univ. (Attachments: # 1 Exhibit 1) (Brill, Edward) (Entered:  03/15/2010) | 123 |
| MOTION for Leave to File Excess Pages by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Logan Riker, Robin Lamott Sparks.  (Hernandez, Alex) (Entered: 04/07/2010) | 128 |
| REPLY to Response to 128 MOTION for Leave to File Excess Pages, 107 MOTION to Certify Class filed by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Logan Riker, Robin Lamott Sparks. (Hernandez, Alex) (Entered:  04/07/2010) | 129 |
| AFFIDAVIT re 129 Reply to Response to *Motion for Class Certification* Signed By Alex V. Hernandez filed by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Logan Riker, Robin Lamott Sparks. (Attachments: # 1 Exhibit A) (Hernandez, Alex) (Entered:  04/07/2010) | 130 |
| ORDER granting 128 Motion for Leave to File Excess Pages. Signed by Judge Stefan R. Underhill on 4/9/10. (Sbalbi, B.) (Entered: 04/09/2010) | 131 |
| Minute Entry for proceedings held before Judge Stefan R. Underhill: Scheduling Telephone Conference held on 4/20/2010. 10 minutes (Sbalbi, B.) (Entered:  05/13/2010) | |
| MEMORANDUM of Telephone Conference held 04/20/2010. Signed by Judge Stefan R. Underhill on 04/26/2010. (Yaster, B.) (Entered:  04/26/2010) | 132 |
| Joint MOTION for Approving Stipulation to Bifurcate Order by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Quinnipiac Univ, Logan Riker, Robin Lamott Sparks. (Attachments: # 1 Stipulation and Proposed Order re Bifurcation) | 136 |

|  | Document No. |
|---|---|

(Orleans, Jonathan) (Entered:  05/12/2010)

ORDER granting <u>136</u> Motion for Order. Signed by Judge Stefan R. Underhill on 5/17/10. (Sbalbi, B.) (Entered:  05/17/2010)

137

ORDER granting in part and denying in part <u>107</u> Motion to Certify Class. Signed by Judge Stefan R. Underhill on 05/20/2010. (Yaster, B.) (Entered:  05/20/2010)

138

STIPULATION re:  trial procedure by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Quinnipiac Univ, Logan Riker, Robin Lamott Sparks. (Lewis, D) (Entered:  05/21/2010)

139

ORDER approving <u>139</u> Stipulation filed by Kristen Corinaldesi, Quinnipiac Univ, Erin Overdevest, Kayla Lawler, Stephanie Biediger, Robin Lamott Sparks, Logan Riker. Signed by Judge Stefan R. Underhill on 5/20/10. (Lewis, D) (Entered:  05/21/2010)

140

Joint MOTION for *Order* Approving Stipulated Protective Order Order by Quinnipiac Univ., Stephanie Biediger, kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Logan Riker, Robin Lamott Sparks. (Attachments: # <u>1</u> Exhibit Stipulated Protective Order) (Friedfel, Susan) Modified on 5/28/2010 to add plaintiffs as filers. (Lewis, D). (Entered:  05/25/2010)

141

Minute Entry for proceedings held before Judge Stefan R. Underhill: Telephone Scheduling Conference held on 5/25/2010. 30 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  06/10/2010)

ORDER granting <u>141</u> Motion for Order approving Stipulated Protective Order. Signed by Judge Stefan R. Underhill on 5/26/10. (Sbalbi, B.) (Entered:  05/26/2010)

142

MEMORANDUM of Telephone Conference held May 25, 2010. Signed by Judge Stefan R. Underhill on 05/27/2010. (Yaster, B.) (Entered:  05/27/2010)

143

STIPULATED PROTECTIVE ORDER. Signed by Judge Stefan R. Underhill on 5/26/10. (Lewis, D) Modified on 5/27/2010 (Lewis, D) TO CORRECT TITLE. (Main Document 144 replaced on 5/27/2010) (Lewis, D). (Entered:  05/27/2010)

144

Docket Entry Correction re <u>144</u> Protective Order to correct pdf. (Lewis, D) (Entered:  05/27/2010)

|  | Document No. |
|---|---|

Minute Entry for proceedings held before Judge Stefan R. Underhill: Telephone Conference held on 6/7/2010. 30 minutes (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  07/08/2010)

TRIAL MEMO *Joint Pretrial Order* by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Quinnipiac Univ, Logan Riker, Robin Lamott Sparks Estimated trial time 1 week. (Attachments:  # 1 Exhibit Exhibit C - Stipulations of Fact and Law) (Orleans, Jonathan) (Entered:  06/10/2010) — 145

MOTION in Limine *for an order precluding and eliminating evidence* by Quinnipiac Univ.Responses due by 7/1/2010 (Brill, Edward) (Entered:  06/10/2010) — 146

Memorandum in Support re 146 MOTION in Limine *for an order precluding and eliminating evidence* filed by Quinnipiac Univ. (Brill, Edward) (Entered:  06/10/2010) — 147

First proposed Exhibit List *of Defendant Quinnipiac University, Exhibit B to Joint Pre-Trial Order* by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Quinnipiac Univ, Logan Riker, Robin Lamott Sparks. (Orleans, Jonathan) (Entered:  06/10/2010) — 149

Minute Entry for proceedings held before Judge Stefan R. Underhill: Pretrial Conference held on 6/10/2010. Total Time:  1 hour (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  07/12/2010)

Minute Entry for proceedings held before Judge Stefan R. Underhill: Pretrial Conference held on 6/11/2010. Total Time:  1 hour (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered:  07/08/2010)

MEMORANDUM of telephone conference held on June 7, 2010. Signed by Judge Stefan R. Underhill on 06/14/2010. (Wolf, S.) (Entered:  06/14/2010) — 150

TRIAL MEMO *TRIAL BRIEF by* Quinnipiac Univ. (Attachments:  # 1 Exhibit A and B, # 2 Certificate of Service) (Brill, Edward) (Entered:  06/21/2010) — 151

MOTION in Limine *Defendant's Notice of Motion in Limine* by Quinnipiac Univ.Responses due by 7/12/2010 (Attachments:  # 1 Memorandum in Support of Defendant's Motion in Limine To Limit Scope of Testimony of Jeff Webb and Athena Yiamouyiannis, # 2 Exhibit A-B, # 3 Certificate of Service) (Brill, Edward) — 152

14

<u>Document No.</u>

(Entered:  06/21/2010)

MOTION for Leave to Appear as Amicus Curiae Attorney John B. Hughes. by United States. (Hughes, John) (Entered:  06/21/2010)

153

EXHIBIT *Proposed Amicus Brief by* United States re 153 MOTION for Leave to Appear as Amicus Curiae Attorney John B. Hughes. (Attachments: # 1 Exhibit Exhibit A to Proposed Amicus Brief, # 2 Exhibit Exhibit B to Proposed Amicus Brief, # 3 Exhibit Exhibit C to Proposed Amicus Brief) (Hughes, John) (Entered:  06/21/2010)

154

Minute Entry for proceedings held before Judge Stefan R. Underhill: Bench Trial held on 6/21/2010. Total Time:  7 hours and 40 minutes (Court Reporter S. Catucci). (Yaster, B.) (Main Document 156 replaced on 7/1/2010) (Sbalbi, B.). (Entered:  06/21/2010)

156

Proposed Exhibit List by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, L. R., Lesley Riker, Logan Riker, Robin Lamott Sparks. (Orleans, Jonathan) (Entered:  06/22/2010)

157

Minute Entry. Proceedings held before Judge Stefan R. Underhill: Bench Trial held on 6/22/2010. 152 Motion in Limine denied without prejudice; 153 Motion to Appear as Amicus Curiae granted. Bench Trial Continued Until 6/23/2010. (Court Reporter S. Catucci.) (Yaster, B.) (Main Document 158 replaced on 7/1/2010) (Sbalbi, B.). (Entered:  06/22/2010)

158

Minute Entry for proceedings held before Judge Stefan R. Underhill: Bench Trial held on 6/23/2010. Bench Trial continued until 6/24/2010. Total Time:  3 hours and 15 minutes. (Court Reporter S. Catucci.) (Yaster, B.) (Main Document 159 replaced on 7/1/2010) (Sbalbi, B.). (Entered:  06/23/2010)

159

TRIAL MEMO *Defendant's Brief in Response to the Amicus Curiae Brief of the United States* by Quinnipiac Univ Estimated trial time 5 days. (Friedfel, Susan) (Entered:  06/24/2010)

160

Minute Entry for proceedings held before Judge Stefan R. Underhill: Bench Trial held on 6/24/2010. Bench Trial continued until 6/25/2010. Total Time:  3 hours and 30 minutes. (Court Reporter S. Catucci.) (Yaster, B.) (Main Document 161 replaced on 7/1/2010) (Sbalbi, B.). (Entered:  06/24/2010)

161

Proposed Findings of Fact and Conclusions of Law by Quinnipiac Univ. (Friedfel, Susan) (Entered:  06/25/2010)

162

|  | Document No. |
|---|---|
| Proposed Findings of Fact and Conclusions of Law by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Logan Riker, Robin Lamott Sparks. (Hernandez, Alex) (Entered: 06/25/2010) | 163 |
| Minute Entry for proceedings held before Judge Stefan R. Underhill: Bench Trial completed on 6/25/2010. Decision reserved. Total Time: 2 hours and 15 minutes. (Court Reporter S. Catucci.) (Yaster, B.) (Main Document 164 replaced on 7/1/2010) (Sbalbi, B.). (Entered: 06/25/2010) | 164 |
| TRIAL MEMO */BRIEF* by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, L. R., Lesley Riker, Logan Riker, Robin Lamott Sparks. (Orleans, Jonathan) (Entered: 06/25/2010) | 165 |
| TRIAL MEMO *Defendant's Supplemental Brief Responding to New Arguments in Plaintiffs' Trial Brief* by Quinnipiac Univ Estimated trial time 5 days. (Attachments: # 1 Exhibit Certificate of Service) (Friedfel, Susan) (Entered: 06/30/2010) | 166 |
| RESPONSE re 166 Trial Memo by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Logan Riker, Robin Lamott Sparks *Plaintiffs' Response to Defendants' Supplemental Brief* (Orleans, Jonathan) (Entered: 07/01/2010) | 167 |
| Marked Exhibit List by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Quinnipiac Univ, L. R., Lesley Riker, Logan Riker, Robin Lamott Sparks. (Sbalbi, B.) (Main Document 168 replaced on 7/8/2010) (Sbalbi, B.). (Entered: 07/06/2010) | 168 |
| Marked Witness List by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Quinnipiac Univ, L. R., Lesley Riker, Logan Riker, Robin Lamott Sparks. (Sbalbi, B.) (Entered: 07/06/2010) | 169 |
| MEMORANDUM OF DECISION following bench trial held June 21-25, 2010. Signed by Judge Stefan R. Underhill on 7/21/10. (Sbalbi, B.) (Entered: 07/21/2010) | 171 |
| TRANSCRIPT of Proceedings held on 6/21/10 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. Type of Hearing: Bench Trial (morning session). NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set | 172 |

Document No.

for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered:  07/21/2010)

| | Document No. |
|---|---|
| TRANSCRIPT of Proceedings held on 6/21/10 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Bench Trial (afternoon session). NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered:  07/21/2010) | 173 |
| TRANSCRIPT of Proceedings held on 6/22/10 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Bench Trial (morning session). NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered:  07/21/2010) | 174 |
| TRANSCRIPT of Proceedings held on 6/22/10 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Bench Trial (afternoon session). NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered:  07/21/2010) | 175 |
| TRANSCRIPT of Proceedings held on 6/22/10 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Bench Trial (afternoon session). NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely | 176 |

Document No.

electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered:  07/21/2010)

TRANSCRIPT of Proceedings held on 6/23/10 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Bench Trial. NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered:  07/21/2010)      177

TRANSCRIPT of Proceedings held on 6/24/10 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Bench Trial. NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered:  07/21/2010)      178

TRANSCRIPT of Proceedings held on 6/25/10 before Judge Stefan R. Underhill. Court Reporter:  Susan E. Catucci. Type of Hearing:  Bench Trial. NOTICE RE REDACTION OF TRANSCRIPTS:  The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered:  07/21/2010)      179

INJUNCTION ORDER. Signed by Judge Stefan R. Underhill on 07/22/2010. (Yaster, B.) (Entered:  07/22/2010)      180

MOTION for Attorney Fees by Stephanie Biediger, Kristen Corinaldesi, Kayla Lawler, Erin Overdevest, Logan Riker, Robin Lamott Sparks. Responses due by 8/25/2010 (Orleans, Jonathan)      181

Document No.

(Entered:  08/04/2010)

NOTICE by Quinnipiac Univ *of Compliance with the Court's 7-21-10*    182
*order* (Attachments:  # 1 Exhibit Certificate of Service of Quinnipiac's
Proposed Compliance Plan via email on 8-11-10) (Brill, Edward)
(Entered:  08/11/2010)

NOTICE OF APPEAL as to 171 Order, 180 Order by Quinnipiac Univ.    183
Filing fee $455, receipt number B020150. (Lewis, D)
(Entered:  08/16/2010)

Dated:  August 26, 2010                      PROSKAUER ROSE LLP

By:  __/s/Edward A. Brill_
      Edward A. Brill
      Federal Bar No. phv015747
      Susan D. Friedfel
      Federal Bar No. phv03585
1585 Broadway
New York, NY  10036
Tel:  212.969.3000
Fax:  212.969.2900
ebrill@proskauer.com
sfriedfel@proskauer.com

WIGGIN AND DANA
Mary Gambardella, Esq.
Federal Bar No. ct05386
400 Atlantic Street
Stamford, CT  06911-0325
Tel:  (203) 363-7662
Fax: (203)363-7676
mgambardella@wiggin.com

*Attorneys for Defendant*