<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2010, a copy of the foregoing United States

Court of Appeals for the Second Circuit Civil Appeal Pre-Argument Statement (Form C),

Addendums A and B to Form C, Civil Appeal Transcript Information (Form D), and Index

to the Record on Appeal was filed electronically.  Notice of this filing will be sent by e-

mail to all parties by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's system.

  /s/ Edward A. Brill_____
Edward A. Brill
Federal Bar No. phv015747