# EXHIBIT B



ATTORNEYS



## Jonathan B. Orleans
Member

| | |
|---|---|
| 850 Main Street | t 203.330.2129 |
| P.O. Box 7006 | f 203.330.2088 |
| Bridgeport, CT 06601-7006 | e jborleans@pullcom.com |

Jonathan B. Orleans is a business litigator with significant experience in a broad range of cases, particularly employment litigation. He represents businesses and individuals in cases concerning non-competition and non-solicitation agreements, employment contracts, and other commercial agreements. He also handles cases arising under federal and state antidiscrimination statutes, ERISA, the Fair Labor Standards Act, the Connecticut Uniform Trade Secrets Act, and the Connecticut Unfair Trade Practices Act, and counsels clients concerning compliance with laws and regulations concerning employment. Jon tries cases in both the federal and state courts and practices before state and federal administrative agencies.

Jon represents both employers and senior executives in the negotiation of employment contracts and separation agreements. He regularly counsels employers on the development and application of personnel policies.

He has lectured to lawyers and businesspeople on topics including restrictive covenants in employment contracts, employment discrimination law, employer regulation of employees' speech and appearance, wage and hour laws, and mediation of employment claims.

Before joining Pullman & Comley, Jon clerked for the Honorable M. Joseph Blumenfeld, Senior U.S. District Judge in Hartford, and practiced for 23 years with another prominent Connecticut firm, where he served as Managing Shareholder for six years.

In 2007, Jon was appointed by Connecticut's Chief Justice to the Civil Commission of the Connecticut Judicial Branch, a body charged with developing practices to improve the state courts' handling of civil cases. He is also a member of the Executive Committee of the Federal Practice Section of the Connecticut Bar Association.



Continued

ATTORNEYS

## Practice Areas

Litigation; Labor and Employment; Labor and Employment Counseling, Training and Litigation; Securities and Antitrust Litigation

## Representative Experience

- Represents a bank defendant in a multidistrict consolidated class action antitrust suit challenging fees charged to merchants who accept payment (credit and debit) cards
- Successfully defended, in trial and on appeal, a marketing firm charged with unfair trade practices and misappropriation of trade secrets in connection with its hiring of a competitor's employee
- Represents a bank in a breach of contract dispute arising from an agreement to purchase mortgage servicing rights
- Has defended numerous businesses, from manufacturers to law firms, against claims of employment discrimination filed with the Connecticut Commission on Human Rights and Opportunities, the Equal Employment Opportunity Commission, and state and federal courts
- Represented a physician group that broke away from employer and obtained hospital contract, against claims of, inter alia, unfair competition brought by the former employer. Negotiated a favorable settlement
- Obtained an injunction under the federal Fair Housing Act in favor of a nonprofit organization denied permission by municipal authorities to establish a residence for homeless persons with HIV/AIDS
- Represents a business trust with annual revenues of approximately $500 million in a dispute with the trust's creator concerning the meaning of the trust agreement
- Represented a high-technology manufacturer in the enforcement of a non-competition and non-solicitation agreement against a former employee
- Obtained an injunction under Title IX (the federal statute prohibiting gender discrimination in collegiate athletics) preventing a university from eliminating its varsity women's volleyball team

## Bar and Court Admissions

Connecticut

New York

U.S. Court of Appeals for the Second Circuit

U.S. District Court, District of Connecticut



**PULLMAN &COMLEY**ʟʟᴄ
ATTORNEYS

Continued

U.S. District Court, Southern District of New York

U.S. Supreme Court

## Clerkship(s)

Clerked for the Honorable M. Joseph Blumenfeld, Senior U.S. District Judge in Hartford

## Education

New York University School of Law, J.D., *cum laude*, 1984

Princeton University, M.P.A., 1984

Hampshire College, B.A., 1977

## Publications

"Current Regulatory Compliance Issues Affecting Employers," *Complying with Employment Regulations, Aspatore Books*, 2010

"Key Terms in Today's Employment Agreements," *Negotiating and Drafting Employment Agreements, Aspatore Books*, 2010

"Workplace Notes Summer 2010," July 23, 2010

"ALERT: Connecticut Court Rules that DOL Must Count Out-of-State Workers Under Connecticut's FMLA," June 7, 2010

"ALERT: COBRA Subsidy Extended to May 31, 2010," June 2, 2010

"Workplace Notes Winter 2010," January 20, 2010

"ALERT: COBRA Subsidy Extended," December 23, 2009

"Knowing Your Policy is the Best Policy," *The Connecticut Law Tribune*, July 28, 2009

"Workplace Notes Fall 2008," November 15, 2008

"Workplace Notes Summer 2008," July 10, 2008

## Professional Affiliations

American Bar Association - Litigation Section; Labor and Employment Section

Connecticut Bar Association - Litigation Section; Labor and Employment Section; Federal Practice Section

Connecticut Bar Foundation - Fellow

Litigation Counsel of America - Fellow



Continued

## Community Involvement

American Civil Liberties Union of Connecticut - board of directors

Bridgeport Public Education Fund - board of directors

Connecticut Fair Housing Center - board of directors

Fairfield Theatre Company, Inc. - board of directors

## Honors and Awards

Listed in *The Best Lawyers in America* in the area of labor and employment law

Selected to the *Connecticut Super Lawyers* list in 2006, 2007, 2008, 2009 and 2010 in the areas of employment and labor

\*For more about the standards for inclusion in Best Lawyers in America, please see
www.bestlawyers.com/news/news.aspx?event_id=47.
\*\*For more about the standards for inclusion in Connecticut Super Lawyers, please see
www.superlawyers.com/connecticut/selection_details.html.