# EXHIBIT C



PULLMAN
&COMLEY,llc
ATTORNEYS



## Alex V. Hernandez
Member

107 Elm Street
Four Stamford Plaza, 4th Floor
Stamford, CT 06902-3834

203.674.7952
203.576.8888
ahernandez@pullcom.com

Alex V. Hernandez is a member of Pullman & Comley's Litigation Department and chair of its White Collar Defense and Corporate Investigations Section.

Prior to joining Pullman & Comley in 2007, Alex was the Supervisory Assistant U.S. Attorney for the Fairfield County office of the U.S. Attorney's Office for the District of Connecticut where he supervised 12 attorneys and six support personnel in the investigation and prosecution of criminal tax fraud, white collar crime, fraud, public corruption, computer related offenses, theft of trade secrets and violent felonies.

Alex worked at the U.S. Department of Justice for 16 years. He has handled and supervised hundreds of cases at all phases of litigation, from case assessment and intake, investigation, early case resolution, suppression of evidence, the presentation and cross-examination of expert witnesses, jury selection and trial. He has conducted hundreds of witness and document driven investigations before the grand jury, tried dozens of federal and state jury trials and briefed and argued dozens of appeals in federal and state court.

Prior to joining the Department of Justice in 1991, Alex served for five years as an Assistant District Attorney in the Manhattan District Attorney's Office.

A highly experienced trial attorney, Alex has served for years as an instructor and lecturer in trial advocacy at the Department of Justice's National Advocacy Center in Columbia, South Carolina; a guest instructor and lecturer in trial advocacy at the Quinnipiac Law School; and an instructor in trial advocacy at the National Institute for Trial Advocacy. He is the chair of Pullman & Comley's Diversity Committee.



**PULLMAN & COMLEY**ᴸᴸᶜ
ATTORNEYS

Continued

### Practice Areas

Litigation; White Collar Defense and Corporate Investigations; Financial Restructuring; Appellate; Cybersecurity and Infrastructure Protection; Municipal Law and Community Associations

### Bar and Court Admissions

Connecticut

New York

U.S. Court of Appeals for the the Second Circuit

U.S. District Court, District of Connecticut

U.S. District Court, Eastern District of New York

U.S. District Court, Southern District of New York

U.S. Supreme Court

### Education

Stanford Law School, J.D., 1986

Harvard University, A.B., *cum laude*, 1983

### Publications

"ALERT: U.S. Defense Secretary Outlines Plan for Substantial Changes to Current U.S. Export Control System," June 14, 2010

"ALERT: The HEAT is On: Increased Health Care Fraud Enforcement Expected Following Creation of Federal Interagency Joint Task Force," July 24, 2009

"ALERT: Meet the Firm's Financial Restructuring Team," October 15, 2008

"ALERT: White Collar Defense & Corporate Investigations," August 29, 2008

"Internal Investigations," *(Reprinted with permission from GC New England)*, December 17, 2007

### Community Involvement

Cardinal Shehan Center - board of directors

United Way of Coastal Fairfield County - board of directors

Shelter for the Homeless, Inc. - board of directors