UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of February, two thousand and eleven,

_____

Quinnipiac University,

Defendant - Appellant,

v.

Stephanie Biediger, Individually and on behalf of all those similarly situated, Kayla Lawler, Individually and on behalf of all those similarly situated, Erin Overdevest, Individually and on behalf of all those similarly situated, Kristen Corinaldesi, Individually and on behalf of all those similarly situated, L. R., Individually and on behalf of all those similarly situated, Robin L. Sparks, Individually, Logan Riker, Individually and on behalf of all those similarly situated,

Plaintiffs - Appellees,

and,

Lesley Riker, on behalf of her minor daughter,

Plaintiff.

_____

ORDER
Docket Number: 10-3302

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the appellant has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/02/2011

For The Court:

Catherine O'Hagan Wolfe, Clerk