**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER, | : | Class Action |
| ERIN OVERDEVEST, KRISTEN | : | Case No. 3:09-CV-621(SRU) |
| CORINALDESI and LOGAN RIKER, | : | |
| individually and on behalf of all those similarly | : | |
| situated; and ROBIN LAMOTT SPARKS, | : | |
| individually, | : | |
| PLAINTIFFS | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| QUINNIPIAC UNIVERSITY | : | |
| | : | |
| DEFENDANT | : | APRIL 2, 2012 |

**PLAINTIFFS' MOTION TO COMPEL QUINNIPIAC UNIVERSITY TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFFS' THIRD AND FOURTH REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiffs move this Court pursuant to Fed.R.Civ.P. 37(a) and D.Conn.L.Civ.R 37 to compel

Quinnipiac University to produce documents in response to Plaintiffs' Third Request for

Production of Documents and Plaintiffs' Fourth Request for Production of Documents.  In

support of this motion, Plaintiffs submit the Affidavit of Sandra Staub in Support of Plaintiffs'

Motion to Compel Discovery, and Plaintiffs' Memorandum of Law, filed herewith.

WHEREFORE, Plaintiffs respectfully request that this motion be granted.

Respectfully submitted,
THE PLAINTIFFS

By: /s/ Jonathan B. Orleans.
        Jonathan B. Orleans (ct05440)
        Alex V. Hernandez (ct08345)
        Pullman & Comley
        850 Main Street
        Bridgeport, CT 06601
        (203) 330-2129 (phone)
        (203) 576-8888 (fax)
        jorleans@pullcom.com
        ahernandez@pullcom.com

        Kristen Galles
        Equity Legal
        10 Rosecrest Avenue
        Alexandria, VA  22301
        (703) 683-4491 (phone)
        (703) 683-4636 (fax)
        kgalles@comcast.net

        Sandra J. Staub (ct 28408)
        Legal Director
        ACLU Foundation of Connecticut
        330 Main Street
        Hartford, CT 06106
        (860) 471-8471 (phone)
        (860) 586-8900 (fax)
        sstaub@acluct.org

        Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2012, a copy of the foregoing *PLAINTIFFS' MOTION TO COMPEL QUINNIPIAC UNIVERSITY TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFFS' THIRD AND FOURTH REQUESTS FOR PRODUCTION OF DOCUMENTS* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF.

/s/  Jonathan B. Orleans
Jonathan B. Orleans (ct 05440)