# Affidavit of Sandra Staub

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER, ERIN OVERDEVEST, KRISTEN CORINALDESI and LOGAN RIKER, individually and on behalf of all those similarly situated; and ROBIN LAMOTT SPARKS, individually,<br>PLAINTIFFS<br><br>v.<br><br>QUINNIPIAC UNIVERSITY<br><br>DEFENDANT | Class Action<br>Case No. 3:09-CV-621(SRU) |

## AFFIDAVIT OF SANDRA STAUB IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

STATE OF CONNECTICUT :

: ss.: Hartford

COUNTY OF HARTFORD :

Sandra Staub, being duly sworn, on oath deposes and says:

1. I am an attorney admitted to practice before this Court and I submit this affidavit in support of Plaintiffs' Motion to Compel Discovery.

2. After receiving Defendant's Responses and Objections to Plaintiffs' Fourth Request for Production, dated February 6, 2012 (Response to Fourth Request), on behalf of plaintiffs, I conferred on February 16, 2012 for approximately two and one half hours by telephone with Ms. Susan D. Friedfel, counsel for the Defendant, to discuss the discovery issues relating to the Response to Fourth Request in detail in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution.

3. During the February 16, 2012 discovery conference, we were unable to reach an accord on the scope of Defendant's production of documents. However, Ms. Friedfel indicated the

Defendant would consider and she would then let me know whether the Defendant was willing to produce further responsive records to the Response to Fourth Request.

4. Shortly after receiving Defendant's Responses and Objections to Plaintiffs' Third Request for Production, dated March 1, 2012 (Response to Third Request), Ms. Friedfel and I scheduled a second discovery conference on March 8, 2012, to discuss the issues in the Response to Third Request and the issues we had discussed about the Response to Fourth Request during our previous conference.

5. During our March 8, 2012 telephone conversation, Ms. Friedfel and I made a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution, but were unable to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution.

6. The parties have not been able to bridge the divide between the plaintiffs' requests for documents relating to the history of Defendant's compliance or non-compliance with Title IX. Plaintiffs have requested these historical documents and Ms. Friedfel has indicated that the Defendant will not produce documents in its Response to Third Request or its Response to Fourth Request that pre-date this Court's Memorandum of Decision, 728 F. Supp. 2d 62 (D. Conn. 2010)(No. 3:09-CV-621)(Document No. 171), claiming that any documents other than 2010-2012 records are irrelevant to the pending motion and claims.

7. During our conference on March 8, 2012, I attempted to engage Ms. Friedfel in a discussion about the extent of the burden involved in producing the requested historical information, suggesting, for example, that requested squad lists for the requested years would be relatively easy to produce. Ms. Friedfel declined to enter into a discussion about the burdensomeness of producing the requested historical records, instead relying on the Defendant's over-arching objection to the production based on relevance.

March 23, 2012

*Sandra J. Staub* (signature)

Sandra J. Staub (ct28408)
Legal Director
ACLU of Connecticut
330 Main Street, First Floor
Hartford, CT 06106
Telephone: 860-471-8471
Fax: 860-586-8900
E-mail: sstaub@acluct.org

STATE OF Connecticut
COUNTY OF Hartford

The foregoing instrument was acknowledged before me this 23 day of March, 2012, by _____

Notary Public's Signature
My Commission Exp. Sept 30, 2016

Jeremy Shafer — Notary Name

Jeremy Shafer
Notary Public-Connecticut
My Commission Expires
September 30, 2016