UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE BIEDIGER, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>QUINNIPIAC UNIVERSITY,<br>    Defendant. | No. 3:09cv621 (SRU) |

**ORDER PRELIMINARILY APPROVING CONSENT DECREE; AUTHORIZING DISTRIBUTION OF NOTICE OF SETTLEMENT; AND SETTING A SCHEDULE FOR FAIRNESS HEARING AND FINAL APPROVAL**

On April 26, 2013, the parties to this class action informed the Court that they have reached a mediated settlement of all claims in the form of a proposed Consent Decree. The parties filed a Joint Motion for Preliminary Approval of Consent Decree, along with the proposed Consent Decree, a proposed notice to class members, the Declaration of Plaintiffs' attorney Jonathan B. Orleans, and a memorandum of law. The motion (doc. # 307) asks the Court to preliminarily approve the Consent Decree, approve the class notice, direct the defendant to transmit the notice to class members, set a schedule for submission of objections, and schedule a Fairness Hearing.

The Court, having considered the joint submissions of the parties to this action seeking preliminary approval of their proposed Consent Decree, finds and orders as follows:

1. The proposed Consent Decree bears sufficient indicia of fairness, reasonableness, and adequacy to merit preliminary approval, and the motion for preliminary approval (doc. # 307) is therefore GRANTED;

2. The form of notice to the class proposed by the parties will fairly and adequately advise class members of the proposed terms of the settlement, and is therefore APPROVED by the Court;

3. E-mail distribution of the notice to current female Quinnipiac University students and recruited female athletes is a reasonable means of providing notice to all class members who would be bound by the settlement, and Defendant is therefore ORDERED by the Court to transmit the notice by no later than **May 6, 2013**;

4. Class members who wish to object to or comment on the settlement, and/or who wish to be heard at the Fairness Hearing, are ORDERED to file their objections, comments, and/or notices of intent to appear so that they are received by the Clerk of the Court and counsel for both parties by **June 5, 2013**, all as described in the notice to class members;

5. The parties are ORDERED to file any additional submissions in support of final approval of the Consent Decree by no later than **June 17, 2013**; and

6. A Fairness Hearing is scheduled for **June 20, 2013** at 10:00 a.m., before me.

It is so ordered.

Dated at Bridgeport, Connecticut, this 29th day of April 2013.

  /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge