IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER, ERIN OVERDEVEST, KRISTEN CORINALDESI, and LOGAN RIKER, individually and on behalf of all those similarly situated; | ) ) ) ) ) ) | Case No. 3:09-CV-621(SRU) |
| Plaintiffs, | ) ) | June 17, 2013 |
| v. | ) ) | |
| QUINNIPIAC UNIVERSITY, Defendant. | ) ) | |

**PLAINTIFFS' MOTION FOR A FINAL ORDER
APPROVING THE PROPOSED CONSENT DECREE**

Plaintiffs hereby move for an order of this Court granting final approval to the proposed Consent Decree (doc. #307-1) resolving this litigation by agreement of the parties. The Court previously granted preliminary approval to the proposed Consent Decree (doc. #308).

Plaintiffs' counsel represent to the Court that in their opinion, the proposed Consent Decree is fair, adequate, reasonable, and in the best interests of the plaintiff class. The proposed Decree is not a product of collusion.

In support of this motion, Plaintiffs have filed herewith their Memorandum of Law, the Declaration of Mark Thompson, and a proposed Order.

WHEREFORE, Plaintiffs request that this motion be granted.

Respectfully Submitted,

By: /s/ Jonathan B. Orleans
Jonathan B. Orleans (ct05440)
Alex V. Hernandez (ct08345)
Pullman & Comley, LLC
850 Main St., P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone:  (203) 330-2000
Facsimile:  (203) 576-8888
Email:  jorleans@pullcom.com
Email:  ahernandez@pullcom.com

Kristen Galles (*pro hac vice*)
Equity Legal
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone:  (703) 722-1071
E-Mail:  kgalles@comcast.net

Sandra Staub (ct28408)
American Civil Liberties Union
 Foundation  of Connecticut
330 Main Street
Hartford, CT  06106
Telephone:  (860) 523-9146
Email:  sstaub@acluct.org

*Attorneys for Plaintiffs*

2

## **CERTIFICATION**

I hereby certify that on the date hereon, copies of the foregoing ***MOTION FOR FINAL ORDER APPROVING THE PROPOSED CONSENT DECREE,*** with attached ***DECLARATION OF MARK THOMPSON*** and ***PROPOSED ORDER,*** were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  June 17, 2013

/s/ Jonathan B. Orleans
Jonathan B. Orleans (ct05440)