UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHANIE BIEDIGER, KAYLA LAWLER, ERIN OVERDEVEST, KRISTIN CORINALDESI, and LOGAN RIKER, individually and on behalf of all those similarly situated; and ROBIN LAMOTT SPARKS, individually,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>DEFENDANT. | CIVIL ACTION NO:<br><br>3:09-CV-00621 (SRU) |

## DECLARATION OF MARK THOMPSON

MARK A. THOMPSON, Phd declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am Senior Vice President for Academics and Student Affairs of defendant Quinnipiac University.

2. I was responsible for ensuring distribution of the "Notice of Proposed Class-Action Settlement and Hearing in Title IX Athletics Litigation" pursuant to the Court's Order dated April 29, 2013, and worked with the University's IT Department to do so.

3. The Notice was distributed by email on May 3, 2013 to all then-current female Quinnipiac University students and recruited female athletes. A copy of the Notice as distributed is attached as Exhibit A.

0041/60224-002 current/37110467v2

4.   At the plaintiffs' request, I confirm that Quinnipiac University does not have any current plans to eliminate the volleyball team at the conclusion of the consent decree.

_____          6/14/13
MARK A. THOMPSON                                       DATE

2