IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------- X
STEPHANIE BIEDIGER, KAYLA LAWLER,
ERIN OVERDEVEST, KRISTEN
CORINALDESI, and LOGAN RIKER,
individually and on behalf of all those
similarly situated; and
ROBIN LAMOTT SPARKS, individually,

        Plaintiffs,

against

QUINNIPIAC UNIVERSITY,

        Defendant.
------------------------------------- X

CIVIL ACTION NO:

3:09-CV-00621 (SRU)

## STIPULATION OF DISMISSAL OF THE INDIVIDUAL CLAIMS OF STEPHANIE BIEDIGER, KAYLA LAWLER, ERIN OVERDEVEST, KRISTEN CORINALDESI, AND LOGAN RIKER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the Fifth Claim for Relief in the First Amended Complaint on behalf of Stephanie Biediger, Kayla Lawler, Erin Overdevest, Kristen Corinaldesi, and Logan Riker in this Action is withdrawn and shall be, and the same hereby is, dismissed with prejudice and without fees or costs to any party.

Dated: October 2, 2013

By: _____
Edward A. Brill
Federal Bar No. phv015747
Susan D. Friedfel
Federal Bar No. phv03585

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: 212.969.3000
Fax: 212.969.2900
ebrill@proskauer.com

sfriedfel@proskauer.com

Mary A. Gambardella (ct05386)
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
Tel: (203) 363-7662
Fax: (203) 363-7676
mgambardella@wiggin.com

*Attorneys for Defendant*

By: /s/ Jonathan B. Orleans
Jonathan B. Orleans (ct05440)
Alex V. Hernandez (ct08345)

PULLMAN & COMLEY, LLC
850 Main Street
Bridgeport, CT 06601
Tel: 203.330.2129
Fax: 203.576.8888
jborleans@pullcom.com

Kristen Galles (*pro hac vice*)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA 22301
(703) 683-4491 (phone)
(703) 683-4636 (fax)
kgalles@comcast.net

Sandra Staub

American Civil Liberties Union –
Connecticut
330 Main Street, First Floor
Hartford, CT 06106
Tel: (860) 523-9146

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Susan D. Friedfel
Federal Bar No. phv03585